

Ex. 1A

**MEMORANDUM**

To: U.S. Department of Education
State Departments of Education
Institutional and Programmatic Accrediting Agencies

Date: May 11, 2018

From: Accrediting Council for Independent Colleges and Schools

Subject: Final Actions, Show-cause Directives, Compliance Warnings, Programmatic Withdrawals of Approval, and Adverse Actions Taken by the ACICS Council at the April 2018 Meeting

## ACICS Council Actions from April 2018

In April 2018, the Council took actions that affected a number of institutions accredited by ACICS, including renewals of accreditation (new grants), actions conditioning accreditation, and adverse actions based on the review of information generated through the on-site evaluation review process, reported student achievement information, and that provided by the institutions and/or campuses in a response to a previous Council directive. The actions that affect overall institutional accreditation are listed below:

**Renewal of Accreditation Granted (6-year grant)**
1. Millennia Atlantic University (00027636), Doral, FL

**Renewal of Accreditation Deferred**
1. Schiller International University (00010647), Largo, FL
2. Virginia International University (00023099), Fairfax, VA

**Renewal of Inclusion in Institution's Grant of Accreditation Granted (4-year grant)**
1. California Aeronautical University (00269056), Bakersfield, CA – Main campus Santa Barbara Business College (00020699), Ventura, CA

**Renewal of Inclusion in Institution's Grant of Accreditation Granted (3-year grant)**
1. Branford Hall Career Institute (00019180), Bohemia, NY – Main campus Branford Hall Career Institute (00015062), Amityville, NY

**Renewal of Accreditation Denied (Appealable)**
1. BIR Training Institute (00223527), Chicago, IL

**Withdrawal by Suspension (Appealable)**
1. Peloton College (00024852), Dallas, TX (Student Achievement)

**Institutional Show-Cause Directive Issued**
1. Academy College (00010400), Bloomington, MN (Student Achievement)
2. BAU International University (00275488), Washington, DC (Financial)
3. Best Care College (00028717), East Orange, NJ (Student Achievement)
4. Brightwood Career Institute (00011179), Harrisburg, PA (Student Achievement)
5. Brightwood College (00010164), Houston, TX (Student Achievement)
6. Brightwood College (00170988), El Paso, TX (Student Achievement)
7. Brookline College (00010976), Phoenix, AZ (Student Achievement)
8. Bryan University (00010722), Springfield, MO (Student Achievement)
9. College of Business & Technology (00022322), Miami, FL (Student Achievement)
10. Daymar College (00011217), Clarksville, TN (Student Achievement)
11. EDP School of Computer Programming (00021281), Brooklyn, NY (Student Achievement)
12. Florida Technical College (00011286), Orlando, FL (Student Achievement)
13. Fortis Institute (00010934), Erie, PA (Student Achievement)
14. Lansdale School of Business (00010663), North Wales, PA (Student Achievement)
15. Mountain State College (00011220), Parkersburg, WV (Student Achievement)
16. National College (00010683), Nashville, TN (Student Achievement)
17. National Latino Education Institute (00011105), Chicago, IL (Student Achievement)
18. Penn Commercial Business/Technical School (00010315), Washington, PA (Student Achievement)
19. Pittsburgh Career Institute (00070534), Pittsburgh, PA (Student Achievement)
20. Stratford University (00019411), Falls Church, VA (Student Achievement)
21. Suncoast College of Health (00257970), Bradenton, FL (Student Achievement)
22. Tribeca Flashpoint College (00028864), Chicago, IL (Student Achievement)
23. Universal Training Institute (00047158), Perth Amboy, NJ (Student Achievement)
24. Virginia College (00010582), Birmingham, AL (Adverse Action from another Agency and Student Achievement)

**Institutional Show-Cause Directive Continued**
1. American National University (00011238), Lexington, KY (Renewal of Accreditation and Student Achievement)

**Institutional Compliance Warning Issued**
1. Art Institute of Phoenix (00016228), Phoenix, AZ (Student Achievement)

Council Actions
May 11, 2018
Page 3 of 5

2. Branford Hall Career Institute (00178224), Amityville, NY (Student Achievement)
3. Brightwood Career Institute (00011256), Pittsburgh, PA (Student Achievement)
4. Brightwood College (00223659), Beltsville, MD (Student Achievement)
5. Brightwood College (00170992), Dallas, TX (Student Achievement)
6. Brightwood College (00235912), Dayton, OH (Student Achievement)
7. Brightwood College (00010363), Hammond, IN (Student Achievement)
8. Brightwood College (00171034), Nashville, TN (Student Achievement)
9. Brightwood College (00011298), Sacramento, CA (Student Achievement)
10. Brightwood College (00223669), Salida, CA (Student Achievement)
11. Brightwood College (00171010), San Antonio, TX (Student Achievement)
12. Brightwood College (00173484), San Antonio, TX (Student Achievement)
13. Brightwood College (00173481), San Diego, CA (Student Achievement)
14. Bryan University (00010128), Topeka, KS (Student Achievement)
15. College of Court Reporting (00010864), Valparaiso, IN (Student Achievement)
16. Consolidated School of Business (00010680), York, PA (Student Achievement)
17. Daymar College (00011217), Clarksville, TN (Student Achievement)
18. Daymar College (00010306), Owensboro, KY (Student Achievement)
19. East West College of Natural Medicine (00225143), Sarasota, FL (Student Achievement)
20. Florida Career College-Miami (00011150), Miami, FL (Student Achievement)
21. Florida Technical College (00011286), Orlando, FL (Student Achievement)
22. Fortis College (00010770), Norfolk, VA (Student Achievement)
23. Fortis Institute (00010934), Erie, PA (Student Achievement)
24. Harris School of Business (00010547), Cherry Hill, NJ (Student Achievement)
25. Hondros College of Business (00234214), Westerville, OH (Renewal of Accreditation)
26. Hondros College of Nursing (00010429), Westerville, OH (Continued Inclusion in the Institution's Grant of Accreditation)
27. Long Island Business Institute (00019325), Flushing, NY (Student Achievement)
28. McCann School of Business & Technology (00021311), Pottsville, PA (Renewal of Accreditation)
29. Metro Business College (00010399), Cape Girardeau, MO (Student Achievement)
30. Miller-Motte Technical College (00010911), Clarksville, TN (Student Achievement-Through Closing)
31. Miller-Motte Technical College (00010317), Lynchburg, VA (Student Achievement-Through Closing)
32. Niels Brock Copenhagen Business College (00171290), Copenhagen, Denmark (Student Achievement)
33. Northwestern Polytechnic University (00015527), Fremont, CA (Renewal of Accreditation)
34. SAE Institute of Technology (00032108), North Miami Beach, FL (Student Achievement)
35. Salter College: A Private Two-Year College (00010357), West Boylston, MA (Student Achievement)

36. Santa Barbara Business School (00010730), Bakersfield, CA (Student Achievement)
37. Southern Technical College (00020720), Orlando, FL (Student Achievement)
38. Virginia College (00010582), Birmingham, AL (Student Achievement)

**Institutional Compliance Warning Continued**
1. Branford Hall Career Institute (00178224), Amityville, NY (Renewal of Accreditation)
2. California University of Management and Sciences (00021311), Anaheim, CA (Renewal of Accreditation)

**Extension of Institutional Grant of Accreditation**
1. Fortis Institute (00010934), Erie, PA – Extended through August 31, 2018

**Program Withdrawal of Approval (Appealable)**
1. Salter College: A Private Two-year College (00010357), West Boylston, MA - Occupational Associate's in Respiratory Therapy
2. Florida Career College (00011150), Miami, FL - Certificate/Diploma in Cosmetology; Academic Associate's in Nursing
3. College of Business & Technology (00022322), Miami, FL - Certificate/Diploma in Electricity Technician
4. Art Institute of Fort Lauderdale (00016231), Fort Lauderdale, FL - Academic Associate's in Fashion Design; Bachelor's in Industrial Design
5. The Art Institute of Phoenix (00016228), Phoenix, AZ - Academic Associate's in Graphic Design; Bachelor's in Digital Filmmaking & Video Production; Bachelor's in Media Arts & Animation; Bachelor's in Fashion Design
6. Schiller International University (00010647), Largo, FL - Master's in International Relations & Diplomacy
7. Stratford University (00019411), Falls Church, VA - Academic Associate's in Advanced Culinary Arts; Academic Associate's in Baking and Pastry Arts; Academic Associate's in Medical Billing and Coding; Bachelor's in Healthcare Administration; Master's in International Master of Business Administration
8. Florida Technical College (00011286), Orlando, FL - Academic Associate's in Criminal Justice; Bachelor's in Criminal Justice with Emphasis on Homeland Security
9. Academy College (00010400), Bloomington, MN - Academic Associate's in Aviation Business
10. American Institute (00010428), West Hartford, CT - Certificate/Diploma in Computers, Networking and Security
11. Virginia College (00010582), Birmingham, AL - Occupational Associate's in Diagnostic Medical Sonography
12. Fortis Institute (00010770), Norfolk, VA - Certificate/Diploma in Medical Assisting
13. Metro Business College (00010399), Cape Girardeau, MO - Certificate in Medical Assistant

ADDITIONAL ACICS COUNCIL ACTIONS EFFECTIVE DECEMBER 2017 – APRIL 2018

A summary of the Council decisions taken between December 2017 and April 2018, to expand institutions' scope of accreditation as the result of a new program of study, a program at a higher credential level, or a new method of delivery are:

## Approval Actions

**Additional Learning Site Approval:**
Niels Brock Copenhagen Business College (00171290), Copenhagen, Denmark

**New Program Approval (Out of Scope):**
Miami Regional University (00179009), Miami Springs, FL

**New Program Approval (Higher Credential):**
Laurus College (00023501), San Luis Obispo, CA – Bachelor's Degree Level
Laurus College (00060414), Oxnard, CA – Bachelor's Degree Level
PITC Institute (00025097), Wyncote, PA – Occupational Associate's Degree Level

## Actions to Deny

**New Delivery Method Denial (Distance Education):**
Jose Maria Vargas (0022465), Pembroke Pines, FL

**New Program Denial (Out of Scope):**
PITC Institute (00025097), Wyncote, PA