Ex. 5B

# Stratford
## University

*Changing Lives ... One Student at a Time.*

**2019-20 CATALOG**
**Erbil, Iraq**



# Welcome to Stratford University

A Personal Message from the President



Dear Student,

Thank you for the interest you have shown in our programs. You have taken the first step toward an exciting and rewarding career. For over forty years, we have helped students just like you find a place on the career ladder of their choice. Many of whom are now in management positions or own their own businesses.

Stratford University provides programs that deliver the skills (or competencies) demanded by industry. We Design our programs using input from industry advisory boards. More importantly, Stratford University provides a student-centered classroom environment. This means that our faculty members are flexible and will accommodate students with different learning styles and modes without compromising employer-dictated standards. This dual focus, on the student and the employer, is the reason for our success and the success of our domestic and international graduates.

The University's faculty members have been hand-chosen for their teaching ability, personality traits, and experience in the field. In fact, the entire Stratford University staff works as a team to help you succeed. Because of our commitment to your career success, the educational atmosphere in the school is friendly, helpful, and knowledgeable.

We have designed the placement and instructional programs so you can start in your new career soon after graduation. Because of the quality of our educational product and the enthusiasm of our staff, we have an excellent placement record.

Come and visit the school, even if only virtually, at www.stratford.edu. Any member of the admissions, administration, or instructional teams would enjoy describing how Stratford can help you achieve your goals. We look forward to welcoming you to the Stratford community.

Richard R. Shurtz, II. PhD
President



# 2019-20 CATALOG TABLE OF CONTENTS

**Welcome to Stratford University** ................................................................................................ 2

**General Information** ................................................................................................................... 6

    Mission ................................................................................................................................... 6

    Instructional Philosophy ...................................................................................................... 5

    History ................................................................................................................................... 7

    Public Service ....................................................................................................................... 7

    Accreditation ........................................................................................................................ 7

    KRG (Kurdistan Regional Government) Authorization ....................................................... 8

    Collegiate Memberships and Affiliations............................................................................. 8

    Awards and Honors .............................................................................................................. 8

    University Administration .................................................................................................... 9

    Legal Control........................................................................................................................ 9

    Erbil Campus ...................................................................................................................... 10

    Corporate ............................................................................................................................ 11

**Academic Policies** .................................................................................................................. 12

    Academic Calendar… ......................................................................................................... 12

    Course Methodology .......................................................................................................... 12

    Term and Credit System ..................................................................................................... 12

    Calculation of Credit ......................................................................................................... 13

    Definition of Courses ......................................................................................................... 13

    Description of Certificates, Diplomas, and Degrees .......................................................... 13

    Laboratory Specifics.......................................................................................................... 13

    Mode of Delivery ............................................................................................................... 15

    Moodle ............................................................................................................................... 15

    Acceptance ......................................................................................................................... 15

    Registration ........................................................................................................................ 16

    Add/Drop Period ................................................................................................................ 16

    Changing Programs ............................................................................................................ 16

    Upgrading Programs .......................................................................................................... 17

    Course Substitution Policy ................................................................................................. 17

    Course Repetition ............................................................................................................... 17

    Course Auditing ................................................................................................................. 18

    Independent Study Courses ................................................................................................ 18



Attendance Policy ................................................................................................. 18
Withdrawal Policy ................................................................................................ 19
Grading Policies ................................................................................................... 21
Honor Code ........................................................................................................... 22
Standard Term of Non-Attendance ....................................................................... 28
Unbound Program ................................................................................................. 24
Textbook Distribution Program............................................................................ 25
Requesting Transcripts and Enrollment Verification ........................................... 25
Transfer of Stratford Credits ................................................................................ 25

**PAYMENT AND STUDENT ACCOUNTS**................................................................ **25**
Tuition and Fees ................................................................................................... 26
Payment Options ................................................................................................... 26
Refund Policy ....................................................................................................... 26

**SCHOLARSHIP PROGRAMS** ................................................................................... **26**
Alumni Advantage Award: ................................................................................... 27
Professional Affiliate Grant: ................................................................................ 27
Corporate Alliance: .............................................................................................. 27
Private Scholarship Programs ............................................................................... 27
International Student Scholarships ........................................................................ 27

**ACADEMIC PROGRESS POLICY FOR ALL STUDENTS**...................................... **27**
Basis of Measurement ........................................................................................... 29
Standards of Academic Progress .......................................................................... 29
Student Status and the Evaluation Process ........................................................... 29
Regaining Academic Eligibility after Academic Suspension................................ 30

**UNDERGRADUATE POLICIES**................................................................................. **31**
Undergraduate Admission ..................................................................................... 31
Transfer Credit ...................................................................................................... 32
Undergraduate Student Status ............................................................................... 33
Satisfactory Academic Progress ........................................................................... 33
Undergraduate Graduation Requirement .............................................................. 35
First-Time Undergraduate Students ...................................................................... 36
Non-Degree Seeking Students ............................................................................... 36
Placement Testing ................................................................................................. 33
International Students ............................................................................................ 33
Placement Testing ................................................................................................. 37
Grades.................................................................................................................... 37


**UNDERGRADUATE PROGRAMS** .............................................................................. **38**
Arts and Sciences Courses ..................................................................................... 39
School of Business Administration ........................................................................ 40
School of Computer Science and Information Technology ................................... 47


**UNDERGRADUATE COURSE DESCRIPTIONS**........................................................ **57**



Graduate Policies............................................................................................................... 58
Graduate Admission ......................................................................................................... 58
Transfer Credit .................................................................................................................. 58
Sources of Credit .............................................................................................................. 58
Graduate Student Status ................................................................................................... 58
Satisfactory Academic Progress ...................................................................................... 58
Graduate Graduation Requirement................................................................................... 58

**GRADUATE PROGRAMS** ........................................................................................ **69**

School of Business Administration ................................................................................... 54
School of Sciences and Information Technology.............................................................. 56
School of Sciences and Information Technology.............................................................. 70
**GRADATE COURSE DESCRIPTIONS** .................................................................. 71

**STUDENT SERVICES** ................................................................................................ **84**

Academic Advising ........................................................................................................... 84
Career Services Center ..................................................................................................... 84
Student Support Service .................................................................................................... 84
Learning Resource Center ................................................................................................ 85
New Student Orientation ................................................................................................... 85
Description of Facilities .................................................................................................... 85
Student Lounges ................................................................................................................ 86
International Student Office ............................................................................................... 86
Student Resources ............................................................................................................. 86

**UNIVERSITY POLICIES**

Changes to Catalog, Procedures, or Policy ...................................................................... 87
Consumer Information ....................................................................................................... 88
Formal Grievance Procedures .......................................................................................... 88
Non-Academic Dishonesty or Misconduct ...................................................................... 89
Non-Discrimination Policy ............................................................................................... 90
Student Records and Release of Information .................................................................... 91
Campus Safety ................................................................................................................... 93
Student Information ........................................................................................................... 94



# General Information

## Mission

Stratford University is a private institution of higher learning with a diverse student body that includes recent high school graduates, working professionals, international students, and persons desiring to change their career fields. The mission of Stratford University is to prepare students for rewarding careers through quality educational programs that meet the changing needs of employers and the community. In order to meet this mission, the University offers a variety of certificate, diploma, associate's, bachelor's, and graduate programs in emerging and high employment demand fields. To meet the needs of a diverse community of learners, the University provides education that balances technical, professional, and critical thinking components. In pursuit of this mission, the University seeks to ensure that:

- Student's career goals are met by matching students with appropriate programs of study
- A quality learning experience by employing faculty committed to learning and who demonstrate excellent teaching skills
- Relevant curricula through input from the governing board, advisory boards, and graduates
- Student success through a comprehensive support program including financial planning, academic assistance, and other student services

## Instructional Philosophy

The face and climate of today's business world is changing rapidly. Economic growth and the constantly changing needs of modern industries can provide exciting and challenging opportunities for qualified graduates. Stratford University is at the forefront of these changes and is dedicated to assisting graduates with employment in the evolving job market. The University's innovative approach to education helps graduates gain the skills and self-confidence needed to be successful.

Stratford University seeks to maximize the personal and academic growth of students while providing relevant skills and knowledge leading to satisfying careers. The University is able to achieve these goals through carefully-planned academic programs and career advising, including timely curriculum revisions, hands-on learning experiences in appropriate undergraduate courses, and individualized assistance. Instructional Focus: Programs are directed toward specific instructional goals coupled with small class size. All curricula, presentations, supportive reference materials, and student-teacher interactions are collectively driven by this strategy

**Instructional Focus:** Programs are directed toward specific instructional goals coupled with small class size. All curricula, presentations, supportive reference materials, and student-teacher interactions are collectively driven by this strategy.

- **Communication:** Effective use of communication reinforces the instructional message. Creative seating arrangements and small group projects are used to encourage student to student and student to faculty interaction. Programs are structured to cultivate an environment of teamwork.

- **Self-Discovery:** Hands-on learning using actual equipment is essential to the University's instructional methodology. The University recognizes hands-on learning as a key to long-term retention of information. In the final analysis, the University combines sound instructional technology with an insight into the career market to produce a valuable and unique



educational experience.

# History

Richard Shurtz Sr. established American Transportation Institute (ATI) in 1976. ATI offered certificate programs in the transportation industry. The programs included training for travel agents, hotel and restaurant management, and bartenders. The single Falls Church campus featured an on-site travel agency which worked with airline and railroad travel. Dr. Richard Shurtz, II and Mary Ann Shurtz took over the company in 1986. ATI became Stratford College in 1998 and began offering associate degree programs in culinary arts and information technology. Dr. Shurtz named the college after Stratford-upon-Avon and his love of literature and travel. In 2001, Stratford College began offering master's degrees and became Stratford University. The University is dedicated to changing with the times to provide its students with education in high-demand industries.

# Public Service

Stratford University understands that community service contributes to its mission. To this end, the University maintains effective and continuous community relations. The University is involved in activities at the national, regional, and local levels. The program representatives are continually developing relationships with various persons and organizations. The University strives to provide and support organizations for the homeless, veterans, and women in need.

# Accreditation

Stratford University is accredited by the Accrediting Council for Independent Colleges and Schools (ACICS) to award certificate, diploma, associate's, bachelor's, and master's degrees. ACICS is listed as a nationally recognized accreditation agency by the U.S. Department of Education and is recognized by the Council for Higher Education Accreditation (CHEA), a national advocate and institutional voice for self-regulation of academic quality through accreditation. CHEA is an association of 3,000 degree granting colleges and universities and recognizes 60 institutional and programmatic accrediting organizations.

Stratford University is certified to operate by the State Council of Higher Education for Virginia (SCHEV) to operate campuses in Virginia.

The undergraduate and graduate programs are approved for federal student financial aid by the U.S. Department of Education. The University has the authority to issue I-20s by the U.S. Immigration and Naturalization Service for F-1 visas. This institution is approved to offer GI Bill® educational benefits by the Virginia State Approving Agency. The Virginia and the District of Columbia Rehabilitation Services approve many programs.

The Maryland Higher Education Commission (MHEC) has approved Stratford University to operate a campus in Baltimore, Maryland. Stratford University carefully monitors developments in Maryland state law and acts promptly to meet all requirements.



The Virginia Board of Nursing provisionally approves the Bachelor of Science in Nursing program to accept students. Students are eligible to sit for the NCLEX-RN examination after graduating from the program. The baccalaureate program at Stratford University is accredited by the Commission on Collegiate Nursing Education (CCNE), 655 K Street, NW, Suite 750, Washington, DC 20001, (202) 887-6791.

The Accrediting Bureau of Health Education Schools (ABHES) accredits the Associate of Applied Science in Medical Assisting program at some of the Virginia campuses. ABHES is recognized by the United States Secretary of Education for the accreditation of private, postsecondary institutions in the United States. ABHES is located at 7777 Leesburg Pike, Suite 314N, Falls Church, VA 22043, (703) 917-9503, www.abhes.org.

The American Culinary Federation Education Foundation Accrediting Commission (ACFEFAC) accredits the Associate of Applied Science in Advanced Culinary Arts and the Associate of Applied Science in Baking and Pastry Arts programs at some of campuses. ACFEFAC is located at 180 Center Place Way, St. Augustine, FL 32095, (904) 824-4468, www.acfchefs.org.

As a result of ACICS Council action on April 4, 2017, the Stratford University doctoral programs have been placed on permanent moratorium. ACICS will no longer accept applications for any of its accredited institutions to offer doctoral programs. Therefore, Stratford University's existing doctoral programs will be taught out by December 31, 2019. This includes Stratford University's certificate programs which will no longer issue any academic credit towards existing doctoral programs or any other programs. Current Stratford students with questions or concerns are invited to contact compliance@stratford.edu.

## KRG (Kurdistan Regional Government) Authorization

On July 14, 2018, Stratford University secured a license from Kurdistan Regional Government to operate as a full fledge University offering its programs.

## Collegiate Memberships and Affiliations

For a current listing of Stratford University's memberships and professional affiliations, please visit: www.stratford.edu/about/accreditation.

## Awards and Honors

- Dr. Richard R. Shurtz, II, Stratford University president, won the 2009 Ernst & Young Entrepreneur of the Year award in Greater Washington for the Government/Education Services category.
- Stratford University was ranked as one of the Top 100 Graduate Degree Producers for All Disciplines in 2009 by Diverse Education.



## University Administration

Dr. Richard R. Shurtz, II
President,

Jim Killan
Chief Executive Officer

Mary Ann Shurtz
Executive Vice President

Natasha Walker University Controller

Feroze Khan
Vice President, International Development

Dr. Dutchie Reid
Interim Vice President, Academic Affairs

## Legal Control

Stratford University is a proprietary institution of higher education and is a wholly owned subsidiary of Stratford University, Inc. The control of University operations rests with its Board of Trustees, which is composed of the following members:

Daniel Woodley, Chairman of the Board,
Craig Quigley, Vice Chairman of the Board
Richard R. Shurtz, II, PhD - Secretary to the Board
Richard Anderson
Veer V. Bhartiya
Gerald L. Gordon, PhD
Michael Hillyard, DPA
Tariq Khan
Ed Meehan
Frank Turnage, EdD (*Emeritus*)
Mary Ann Shurtz

The Stratford University Board of Trustees is the designated policy-making agency for Stratford University, Inc. and shall have all of the powers and duties to ensure all University departments comply with the policies, procedures, and regulations of all accrediting bodies. University Administration is located at 3201 Jermantown Road, Suite 500, Fairfax, VA 22030.



**Erbil Campus**

Erbil - Iraq Campus

Stratford University operates an additional location and a learning site in Erbil, Iraq.
Gulan Street, Behind RT Bank,

Phones: 07514144447, 07509508181, 07514144446, 07509801616, 07509701616
Website: www.stratford.edu.krd.

# Campus Descriptions



The Erbil campus is located in Erbil, behind RT. It is a campus of around 45,931 square feet in area. The first-floor houses the Admission office, the Campus Director's office and also all the Administrative offices. The class rooms, Library and Labs occupy the third floor of the building along with the activity area. The basement has a conference hall of 200 persons with a café of 150 persons capacity. The campus has its own parking facility.



# Corporate

| Name | Title |
| --- | --- |
| Dr. Saqi Barzani | Chairman & Chief Executive Officer |
| Dr. Saqi Barzani | Campus President |
| Dr. Anwar Anaid | Vice President |

### Academics

| | |
| --- | --- |
| Dr. Ali Kattan | Dean school of Computers |
| Dr. Kofand Anwar | Dean school of Business |
| Dilman Othman | Registrar |
| Dilan Ahmed | Student Service Manager |
| Bako Ali | Academic Counselor |
| | Librarian |

### Student Support Services & Corporate

| | |
| --- | --- |
| Lucy Turnbull | Head - Corporate Business |
| Mina Salih | Assistant Manager |

### Finance and Accounts

| | |
| --- | --- |
| Asif Hussien | Manager- Finance & Accounts |

### Admissions and Continuing Education

| | |
| --- | --- |
| Hussien Salim | Manager |
| Hussien Salim | International Student Advisor |

### Administration

| | |
| --- | --- |
| Hedi Aziz | Admin Executive |
| Bana Wrya | Receptionist |

### Information Technology

| | |
| --- | --- |
| Mohammad Samir | IT Manager |



# Academic Policies

### Academic Calendar

| Year/Term | Session | Strat | End | -----2019-----<br>Add/Drop | Holidays 2019 |
|---|---|---|---|---|---|
| 2019-1 | A | 29/09/2019 | 05/12/2019 | 29/09/2019-<br>31/09/2019 | 09/11/2019 National Holiday |

| Year/Term | Session | Strat | End | -----2020-----<br>Add/Drop | Holidays 2019 |
|---|---|---|---|---|---|
| 2020-1 | A | 15/12/2019 | 20/02/2020 | 15/12/2019-<br>17/12/2019 | 24/12/2019-31/12/2019 National Holiday (Christmas break)<br>01/01/2020-02/01/2020 New Year Holiday |
| 2020-2 | A | 01/03/2020 | 07/05/2020 | 01/03/2020-<br>03/03/2020 | 11/03/2020-22/03/2020 Nawroz Holiday |
| 2020-3 | Summer Term | 17/05/2020 | 18/06/2020 | 17/05/2020-<br>19/05/2020 | 24/05/2020-26/05/2020 Eid al-Fatir |
| 2020-4 | Summer Term | 09/08/2020 | 10/09/2020 | 09/08/2020-<br>11/08/2020 | 3108/2020-03/09/2020 Eid Al-Adha |

## Course Methodology

Stratford University believes the best way to learn is through self-discovery; using actual equipment in a hands-on environment. Additionally, learning in an environment with copious academic support through instruction and advising is essential. Students experience small class sizes to ensure hands-on learning with abundant resources to prepare them for their career field. Maximum class sizes for lecture classes is 25 students per instructor and 20 students per instructor for lab classes.

## Term and Credit System

Stratford University operates on a quarter-credit system allowing students to attend courses year round and finish degree programs quickly. The academic calendar year is divided into five, ten-week terms. For administrative and financial purposes, the student's academic year is made up of three, ten-week terms. Courses are either offered in a full ten-week session (C session) or two five-week sessions (A and B sessions) with each course typically equaling 4.5 credit hours. This structure allows for an equivalent number of contact hours as a three-hour, semester credit-based course.

## Calculation of Credit

For purposes of calculating units of credit, one term credit is equivalent to ten hours of lecture instruction, twenty hours of laboratory instruction, or thirty hours of externship experience, in most cases. The conversion for nursing clinicals is forty to one; the conversion for medical assisting is thirty-six to one. Many courses at Stratford University are designed to be a combination of lecture and laboratory instruction.

12



Students should expect to spend a minimum of two hours studying or completing assignments outside of class for every hour spent in class or under direct faculty instruction.

## Definition of Courses

Stratford University offers on-campus and online courses. Courses are offered during the day, evening, and weekends. Many of Stratford's degree programs require additional time such as laboratory, clinical, or externship. Students may reference the course description or speak to an advisor about lab specifics. Students should note that not all courses are offered every term or at all course times. The University uses Moodle to facilitate all courses, on-campus and online. Each course has a Moodle shell which includes, but is not limited to, the course syllabus, University and course resources, discussion boards and threads, and other assignments. It is essential for students to have access to a computer which supports the instructional materials. See computer specifications listed in this catalog. See the textbook policy in this catalog for information on textbooks.

## Description of Certificates, Diplomas, and Degrees

Stratford University offers several certificates, diplomas, and degrees. Certificates are six courses which equal 27 credit hours. Certificate programs do not require any arts and sciences requirements; however, prerequisites may be required based on the subject and student academic history. Diplomas are between twelve and fourteen courses equaling 54 to 63 credit hours. Prerequisites for diploma programs may be required based on the subject and a student's academic history. Diplomas are generally finished within 12 months or under two academic years. Associate's degrees consist of twenty courses equaling 90 credit hours. Five arts and sciences courses equaling 22.5 credit hours are required. An associate's degree takes 15 months or two academic years to complete. Bachelor's degrees require forty courses or 180 credit hours and twelve arts and sciences courses equaling 54 credit hours. It normally takes 30 months or four academic years to complete a bachelor's degree. Master's degrees require twelve courses equaling 54 credit hours. Depending on program content, concentration, or specialization, students may be required to complete a lab or capstone course, externship experience, or clinical hours for successful completion of a program.

## Laboratory Specifics

### Computer Labs

Stratford University provides computers, scanners, printers, copiers, and Internet access for student use while conducting research and for working on assignments. Labs offer a wide variety of computer applications, including word processing, spreadsheets, desktop publishing, and other software for educational use. These are located in the learning resource center as well as various classrooms on-campus.

### Health Sciences Labs

Health sciences laboratory courses provide first-hand experience with course concepts and the opportunity to explore methods used by practitioners in their discipline. Laboratory sessions have particular challenges and opportunities differing from those in a standard classroom environment. Led by the faculty member, hands-on exercises in the laboratory provide students the opportunity to review, plan, and provide explanations within the context of a controlled experiential learning environment. Rather than discussing the tools, experience in the lab provides students the opportunity to handle and operate instruments critical to their success in their chosen career.



## Nursing Labs

The nursing labs serve as a mock hospital wing. The beds have headwalls equipped with suction and medical air and are occupied by a variety of adult mannequins. The exam tables are equipped with wall mounted ophthalmoscopes, otoscopes, and blood pressure monitors. There are mock ICU rooms with mannequins that mimic some human reactions. The skills lab has birthing mannequins capable of producing fetal heart tones, wound care, IV placement and catheterization models, a medication cart, a crash cart, and appropriate supplies for carrying out routine nursing procedures.

## Externships, Clinicals, and Capstone Courses

Many of Stratford's degree programs require students to complete a clinical, externship, or capstone course as a requirement for completion of degree. The location depends on the program and many vary from retail, hospital, medical, or culinary facilities. Typically, sites are no more than 25 miles from campus. Students work with an externship coordinator to set up the location and schedule. For more information about these courses, students should speak with their designated department representative.

Stratford University capstone course provides a culminating experience for students to integrate their knowledge, skills, and dispositions into a student-centered independent project. During the capstone, students critically analyze course work and experiences to demonstrate a range of abilities to solve a real-world problem. The capstone course is taken at the end of an academic program. The student-centered independent project is supervised by a faculty advisor who guides and monitors the project development. Capstone projects may be but, not limited to, research papers, exhibits, portfolios, demonstration, or service learning project.

# Re-Admitted Students

Students returning to the University after five or more terms of non-enrollment are considered re-admitted students. (A student on standard term of non-attendance (STNA) is considered to be enrolled.) These students are required to complete the admissions process at the time of return. This includes application and enrollment agreement. Re-admitted students are encouraged to meet with an advisor to determine how their program of interest may have changed since they were last enrolled. Students being re-admitted are expected to follow the curriculum requirements in the catalog in effect at the time of re-admittance.

# Transfer Students or Students with a Previous Degree

Students who have earned credit at another college may be able to use credit toward a degree at Stratford University. It is the student's responsibility to contact all previously attended institutions and have official transcripts sent to the admissions officer or Office of the Registrar. Students may provide unofficial transcripts for initial registration; however, an official transcript must be submitted to Stratford University within 30 days to be eligible for transfer credit.



## Mode of Delivery

Stratford University courses are delivered in 2 formats: hybrid education, and externships/clinicals. Hybrid education courses are comprised of face-to-face lecture and/or lab and threaded discussion contact hours. Threaded discussion contact hours are dedicated to student-to-student, student-to-faculty, and student-to-content interaction to demonstrate critical thinking and are always delivered online via the Learning Management System (LMS), Moodle. Threaded discussion contact hours take a minimum of one hour per week and are not homework assignments. Ten hours of threaded discussion contact hours are equivalent to one credit hour. Lecture and lab contact hour breakdowns located in the catalog course descriptions group the lecture and threaded discussion contact hours together as lecture contact hours. Externship/clinical courses take place outside the classroom and do not require threaded discussion contact hours. In all courses, students receive a syllabus which outlines course content, objectives, course schedule, instructor information, grading scale, and homework assignments. Students are expected to spend a minimum of two hours studying or completing assignments out of class for every contact hour.

Faculty members teaching hybrid courses use a variety of instructional techniques best suited for their subject. Face-to-face learning affords students the opportunity to ask questions, have discussions with their peers, and interact in their learning environment.

## Moodle

Stratford University facilitates its online courses through Moodle. Moodle is an open source course management system (CMS), otherwise known as a Learning Management System or Virtual Learning Environment. It is a very popular method to deliver college coursework because it creates dynamic learning tools via websites. Moodle is used for both online and hybrid courses. For online courses, students are able to access the course syllabus, objectives, schedule, instructor information, grading scale, and homework assignments through Moodle. For hybrid courses, Moodle is used as a supplemental way to distribute materials, participate in discussion threads, and turn in assignments. A student is issued a unique user name and password during the first term which is required to access the online platform, distance learning orientation, and the courses for which they are enrolled. The user name and password are e-mailed to students when they enroll for their first term. The e-mail is sent to the e-mail address provided to the Office of the Registrar during the enrollment process. Students are able to change their password once they log onto the site. Moodle is very easy to use; however, if students have any questions or concerns, they may contact the IT Service Desk, faculty member, or designated department representative.

## Acceptance

### Notification of Acceptance

Stratford University issues decision letters to students after they have completed their application process and provided the appropriate documentation granting them acceptance into the program for which they have applied. Unless otherwise requested, decision letters are mailed to the address provided on the application.



**Conditional Acceptance**

Students who cannot complete the admissions process prior to the Add/Drop Period may be eligible for conditional acceptance. Conditional acceptance applies only for the first term of enrollment. A student who has not submitted the remaining required documentation is not allowed to register for subsequent terms. Reasons for conditional acceptance may include, but are not limited to: waiting for official college or high school transcripts, or completing placement tests. The Director of Admissions awards conditional acceptances at their discretion. Students are responsible for submitting all required documents or their acceptance will be revoked.

**Deferring Acceptance**

Students may defer their acceptance for up to five terms or one calendar year. This must be done in writing and submitted to an admissions officer. After this time, the student must re-apply following the admissions process outlined in this catalog.

**Conditions of Enrollment**

The University reserves the right to discontinue any student's enrollment for failure to maintain Satisfactory Academic Progress (SAP), non-payment of tuition, or failure to abide by the University rules.

# Registration

New undergraduate students are required to successfully complete an English and mathematics course during the first two terms of enrollment at Stratford University. Students are placed into appropriate courses based on their placement testing scores; see the Placement Testing section and course prerequisites in the catalog. If a student has transfer credit for either or both English and mathematics, the requirement to take the respective course is waived. In order for students to receive transfer credits, all requirements of the transfer credit policy must be met.

# Add/Drop Period

Students who wish to change their registration status may add or drop a course(s) and must submit the completed add/drop form to the Office of the Registrar. Refer to Academic Calendar for specific Add/Drop dates. Prior to and during the Add/Drop Period, students may drop from a course without incurring any financial penalty. If a course is dropped during the Add/Drop Period, all records related to that course are removed from the student's academic and financial records and all tuition and/ or fees are refunded for the course. Courses dropped during the designated Add/Drop Period are not evaluated in SAP. If an add/drop form is received after the Add/Drop Period has ended, the student is responsible for charges based on the University's refund policy.

# Changing Programs

A program changes occurs when a student moves from program to program within the same academic level without graduating; for instance, from one associate program to another. Students who wish to change their program of study must submit a program change form to the Office of the Registrar with appropriate signatures, meet with the Office of Student Accounts, and request a review of transfer credits, if needed. Students may change academic programs twice (i.e. enroll into three programs which include returning to a



previous program without graduating). A student who changes a program for a second time must have completed 67% of the current program prior to changing. Program upgrades are not considered the same as changing academic programs.

## Upgrading Programs

A program upgrade occurs when a student moves from a lower level to higher-level program without completing the lower-level program. For instance, a student moves from an associate's program to a bachelor's program. Students should speak with their academic advisor, obtain a program upgrade form, have any previous transcripts reevaluated prior to registering for courses. In cases where a student downgrades from a higher-level to lower-level program, the same process is followed.

## Changing Campuses

For the first term of study, students are assigned a campus at enrollment. Students may choose which campus they prefer based on personal preference. Students receive student services from all departments at their assigned campus including student accounts, registration, and academic advising. The assigned campus houses student documents. A student who wishes to change the assigned campus must complete the campus change form and submit it to the Office of the Registrar. After the campus change process is complete and has been approved by the receiving campus, students receive all student services at their new campus and all of the student documents are sent to the appropriate offices at the new campus.

## Course Substitution Policy

Some students enter the University possessing certain skills which allow them to begin at an advanced point in their program of study or to substitute a course in the program. In order to serve the specific educational needs of these students, the designated department representative may grant course substitutions on a case-by-case basis. Course substitutions normally apply only to core courses, not to arts and sciences courses. The primary exception is the case in which a student transfers advanced mathematics course(s). In this case, the student may be permitted to take an appropriate Stratford University elective in place of the substituted course. Students interested in a course substitution should contact their academic advisor for more information. The program director determines all course substitutions; this documentation is maintained in the students' files.

## Course Repetition

A student who is required to repeat a course must complete it within the maximum time frame for Satisfactory Academic Progress (SAP) and is charged tuition at the regular published rate. All course repetitions count as courses attempted for purposes of calculating SAP. The GPA is based only on the latest attempt of the course; previous attempts are not computed in the GPA calculation. Federal student aid is available for one repetition of a previously passed course. Financial assistance covers multiple attempts for a failed course. Veterans' service benefits do not pay for a second failing grade.



# Course Auditing

A student who has been admitted to Stratford University may choose to register for a course for no academic credit. A student may not change status in a course from audit to credit after the mid-point of the term. An auditor is not required to complete the admissions process and does not take an active part in the class, complete assignments, or take examinations. Audited courses do not count as credits attempted for purposes of calculating Satisfactory Academic Progress or GPA.

# Independent Study Courses

Students in good standing who are unable to take a course specifically required to complete their degree and graduate on time may earn academic credit by taking an independent study course. Independent study courses may not be taken in a term when the course is offered on the schedule. When the above necessity exists, a student should request an independent study from his/her academic advisor, who contacts the program lead for instructor availability and authorization. If verified that the course needed is unavailable and no other option exists, the student completes the Independent Study Contract and submits the contract to the program lead. An official form for such contracts is required and available on each campus. The faculty member facilitating the independent study adjusts the corresponding course syllabus for the independent study and provides it to the student at the beginning of the term. The content of an independent study course must significantly duplicate material offered in a regularly scheduled course.

## Articulation Agreements

An articulation agreement is a formal agreement between two educational institutions defining how courses or programs taken at one school can be used toward academic requirements at another school. Stratford University has articulation agreements with the schools listed on the website www.stratford.edu/about/articulation-agreements . Each agreement outlines detailed requirements including the participating campus(es), programs and courses included, and the time frame of the agreement. The specifics of the agreements can be discussed with the designated program representative at the campus.

# Attendance Policy

Stratford University faculty members take and record attendance in the self-service portal. Students are expected to attend and be on time for all regularly scheduled campus classes and labs. Online attendance is demonstrated through student participation in assigned activities which include, but are not limited to, submission of academic assignments, completing quizzes or exams, or participating in discussion boards. Logging into a course without active participation does not constitute attendance. Students are responsible for all scheduled course time, course requirements, and course material. If a student is forced to miss class or an assignment, the student is expected to contact the faculty member to request make-up work and/or additional time. Faculty members are not required to assign make-up work.



Students who have a circumstance for which they must be absent, arrive late, or leave class early are responsible for obtaining the faculty member's permission in advance. Circumstances may include, but are not limited to, serious illness of the student or immediate family member for whom the student is the primary caregiver, death of an immediate family member, military deployment, or unforeseen travel or relocation due to employment. Students who encounter an emergency requiring them to miss a non-lecture class must contact the faculty member as early as possible. Excessive absences, tardiness, or leaving early make it difficult for a student to meet academic objectives and causes a student to receive a lower grade including the possibility of failing the course, even if the circumstances were unavoidable.

**Appeals for Absences**

A student who is absent without notification is contacted by the faculty member and Student Support Services. Upon reaching three consecutive absences, notification is sent to the student by Student Support Services and the registrar explaining they have reached the absence limit for the course and must file an appeal to remain in the course. The appeal form is attached with the notification and explains the required documentation for submission to the campus president, student accounts, registrar, and student support who notifies the student. The student has five business days to submit the appeal and is instructed to attend class during that period.

If the appeal is not granted, the student is informed of the decision; the registrar removes the student from the course as of the date of the third absence, and assigns a grade based on attendance withdrawal guidelines. If the appeal is granted, the student is informed of the decision and reminded any additional absences result in immediate removal from the course with grade based on attendance withdrawal guidelines. If circumstances are such that due to length of the class absences or the length of the anticipated absence, the preferable course of action is withdrawal, the student may petition the campus president for a tuition adjustment based on the University refund policy.

# Withdrawal Policy

The process by which students are removed from courses is a withdrawal. Withdrawals may be University or student initiated and may affect all or individual courses. Additionally, withdrawals affect new or continuing students, reflect on student transcripts, and are appealable. The effect on student charges are determined by the last date of attendance (LDA) and refunds are issued based on the date of determination (DOD) which is published in the refunds section of this catalog, except when a student does not return after a term of STNA.

**Student-Initiated-Withdrawal**

**Pre-Start Cancel:** A new student who intends to withdraw prior to the first day of the term will be considered a "Pre-Start Cancel" and not reflect in any institutionally registered measurement.



**Cancel:** A student attending for the first time who intends to withdraw from the University during the first term he/she is registered should submit a cancellation form to the Director of Admissions. Students who withdraw from the University during their first term on or after the day of the term start, and up to the start of the fourth week for A and B session courses or the ninth week for C session courses will be considered a "cancel". A student may only "cancel" once regardless of how long between terms of enrollment, degrees, or levels. Readmit students are not eligible for a cancellation. Cancellations and withdraws of international students is decided by the International Student Office. For "cancel" students, the transcript does not reflect enrollment in any courses, charges are reversed, and any funds returned. Any stipend funds received by the student are owed back to Stratford University.

A new student who does not attend any classes is cancelled; non-attendance constitutes student-initiation. Student Support Services contacts these students to notify them of the cancellation.

**Drop:** Continuing students may drop all or individual courses from the first day after Add/Drop Period to the end of seventh week in C session, end of in the second week of the A session, and end of second week of the B session. Courses dropped before these dates receive a W grade; courses dropped after these dates receive grades based on student achievements. Withdrawal forms are available in the Office of the Registrar. The last date of attendance is the last recorded date of attendance. Refunds are based on the refund policy published in this catalog.

A student may petition withdraw from a course at any time based on medical need, family emergency, a death in the immediate family, or other significant circumstance resulting in unforeseen hardship for the student. Petitions will be reviewed by academic advisors, who, with the student's permission, will consult with medical personnel where appropriate. Consultation with faculty members, the student's advisor, and/or others will be part of the decision process. Petitions will be considered for approval by the Campus President.

**Administrative Withdrawal/University Initiated**

**Failure to register:** Continuing students who do not register for a subsequent term or who do not return from STNA are withdrawn from the University. This is determined at the end of the Add/Drop Period. The last date of attendance is the last date recorded as present. The transcript does not reflect enrollment and there are no charges for the term.

**University-Initiated**

**Failure to attend:** Continuing students who do not attend the first three course meetings of all courses are withdrawn from the University. This is determined after the third scheduled class is missed. The last day of attendance is the last date recorded as present. The transcript does not reflect enrollment in these courses, charges are reversed, and any funds returned.

**Attendance:** A continuing student who is absent from three consecutive course meetings of a C session course, or two consecutive meetings of an A or B session course, which are not the first course meetings is automatically withdrawn. Lab and lecture are considered course meetings. This may be for one or all courses for which the student is registered.



For C session courses, if the three consecutive absences occur at or before the end of seventh week the student receives a W grade. If any or all of the absences occur after these dates, the student will not be withdrawn from the class and a grade is awarded based on student achievement.

For A and B sessions, if the two consecutive absences occur at or before the fourth week, the student receives a W grade. If any or all of the absences occur after these dates, the student will not be withdrawn from the class and a grade is awarded based on student achievement.

The last date of attendance is the last recorded as present. Refunds are based on the refund policy published in this catalog. Students may appeal this action based on the attendance appeals process published in the catalog.

**No show:** Any student who does not attend the first three course meetings of an individual course is withdrawn from that course. This is determined after the third scheduled class is missed. The transcript does not reflect enrollment in these courses, charges are reversed, and any funds returned. The student who simply does not show up to class, makes no effort to get in touch with the instructor, and is unresponsive to communication from student services and/or the instructor may not appeal; students in other circumstances may appeal following the appeal process.

### Re-Entry after Withdrawal

Students who have been withdrawn from all courses or the University entirely must complete a re-entry form prior to registering for a subsequent term. Re-entry students are those who have been away from the University less than one year based on the Last Date of Attendance (LDA); this includes students who are reentering after a successful appeal to a withdrawal. A student on STNA is considered to be enrolled. Students who enroll into the same program enter into their original catalog year unless a program change or program upgrade is requested by the student. This form is available from the student's program department or the Office of the Registrar.

## Grading Policies

### Incomplete Grades

A grade of incomplete (I) is issued as a place holder when a student has enrolled in a course but is unable to finish the course assigned. Students may request a grade of incomplete (I) from their instructor as long as they have been active in the course, unless extenuating circumstances can be demonstrated. Requests to instructors must be made on or before the last day of the course. Students must complete a request for incomplete form available through the Office of the Registrar or program department and submit it to the instructor for approval. If approved, the instructor will inform the student of the required work and deadline; the designated department representative, and the Office of the Registrar will also be notified of the request for an incomplete grade. A student is required to make up any incomplete course work within five weeks of the conclusion of the course. If the instructor denies the request, the student may appeal to the campus president. Incomplete grades are temporary grades; courses with I grade are calculated in attempted credit hours, but not in the grade point average. If work is not completed or a new grade is not assigned, the grade of incomplete converts into an F. Incomplete grades may be used if grades are not submitted by instructors in a timely manner. Upon submission of the late grades, incomplete grades are updated.



## Withdrawal Grades

Students who withdraw from a course after the Add/Drop Period are awarded a withdrawal (W) grade and tuition is calculated based on the University's refund policy. A W grade is counted for the maximum time frame requirement as credits attempted, but not credits earned in Satisfactory Academic Progress calculations. Withdrawal courses may affect federal student aid or registration eligibility for the next term.

## Grade Appeal

In the event a student wishes to challenge or dispute a grade, a grade appeal must be initiated by the student within three weeks of receiving the grade by submitting a written request to the instructor. If satisfactory resolution is not reached, the written request must be submitted to the designated department representative. If after a review by the designated department representative the issue remains unresolved, a committee of uninvolved faculty or staff is selected by the campus president for the grade appeal hearing. The student and the faculty member may present information. Each appeal to the next level must be determined within two weeks. All decisions are final. Grade changes may result in the loss of federal student aid (FSA) eligibility because regulations may limit the time within which aid may be re-awarded or disbursed. Stratford University adheres to a schedule that allows grades to be submitted during the subsequent term. Because of this, students evaluated after grade submissions may have their FSA eligibility recalculated and may need to adjust their payment arrangements.

# Honor Code

The Honor Code is a formal process governing student conduct at Stratford University. It governs conduct directly related to academic life of the University and is in effect during all phases of a student's academic career. The policy is applicable to any academically related experience involving University students whether occurring on-campus, in a distance learning environment, or at host institutions or sites. Honor Code violations may occur on an exam, test, quiz, laboratory, out of class assignment, during online work, or on any other work submitted by a student to fulfill course requirements and is not presented as solely the work of the student. Soliciting the assistance of another to commit an act of academic dishonesty or intentionally or knowingly helping or attempting to help another commit an act of academic dishonesty are also Honor Code violations.

When a student is found responsible for a first violation, the faculty member makes the final decision about a grade-related sanction using the ranges outlined below. Additional sanctions, including dismissal from the University, may be recommended by the faculty member, but must be approved by the campus president. Any second violation, proven or admitted, results in failure of the course and may include dismissal from the University. All recommendations for dismissal by faculty after a second offense must be reviewed and approved by the campus president. In order to help students to learn from their experiences, remedial activities may be assigned in addition to sanctions, particularly for first violations. These activities may be chosen by the faculty member who may also choose to include such assignments in the course grade.

## Cheating

The use or attempted use of unauthorized materials, information, or study aids in any academic exercise is considered cheating. This may include, but is not limited to, unauthorized copying from the work of another student, using notes or other unauthorized materials during an exam, giving or receiving information or assistance on work when it is expected a student will do individual work, or engaging in any similar act that violates the concept of academic integrity.



**Plagiarism**

Presenting the work of another as one's own in any academic exercise is considered plagiarism. This can occur on any paper, report, or other work submitted to fulfill course requirements or as part of an educational activity. This includes submitting work done by another, whether a commercial or non-commercial enterprise, including websites, as one's own work. Plagiarism can also be a misrepresentation caused by failure to document sources accurately, thoroughly, and appropriately; the use of information or phrasing from any source not cited or included in the bibliography and references; or submitting as one's own work done by, copied from, or purchased from another.

**Falsification**

The invention or alteration of information or citation in an academic exercise is considered falsification. This includes knowingly reporting data, research, or reports as different from what actually occurred; falsely reporting attendance or participation in class, practicum, internship, or other types of field work experience; or submission of falsified excuses for tardiness or absences in such experiences. Falsification also includes submitting work to meet the requirements of one course when it was done in whole or in part to meet the requirements of another course, unless special permission has been granted from the faculty members involved. Exceptions to this provision must be given prior approval by the faculty member to whom the work is to be submitted. The recommended penalties for a first violation are at a minimum failure of the assignment or exam and the maximum is dismissal from the course for the term.

**First Violation**

A faculty member who believes a violation has occurred must contact the designated department representative to determine whether a prior violation was committed by the student. If the alleged violation of the Honor Code is a first violation, it may be resolved through a faculty-student joint conference or by requesting an Academic Integrity Review to determine the accuracy of the allegations and assign appropriate penalties, if warranted. The joint conference is to be held at a time acceptable to both parties. The faculty member informs the student of the details of the suspected violation and the reasons for believing it has occurred. The faculty member is under no obligation to disclose third-party individuals at this time. The minimum penalty for a first violation may be failure of the assignment and the maximum is failure of the course. The faculty works alongside the student to make this a learning opportunity. The student learns why their work is considered plagiarized and how to tie to other work or paraphrase. The assignment is returned, retaken, or a zero is given on the assignment. The faculty denotes the incident in the student's record. The minimum penalty for a first violation may be failure of the assignment and required completion of antiplagiarism training.

**Second Violation**

If a student has been found to have committed an Honor Code violation at any time during enrollment at the University, any subsequent violation is considered as a second violation. Thus, a violation committed by a graduate student who also committed a violation as a Stratford undergraduate would be classified as a second violation. If the alleged violation of the Honor Code is a second violation, a joint conference may be held to determine whether the allegation has merit. An Academic Integrity Review by the campus president is conducted regarding all alleged second violations in addition to or in replace of the joint conference. All proven second violations of the Honor Code result in failure of the course and dismissal for the term. These decisions must be approved by the campus president, who is the only individual that may recommend alternative actions. A second issue with plagiarism results in a more in depth learning session held with the faculty, student, and campus librarian. Students may be required to repeat the online modules on avoiding plagiarism and APA.



### Third Violation

The campus president and designated program representative are notified and the offense is noted in the student's record. A student accused of an Honor Code violation may withdraw from the course in which the offense is alleged to have occurred only if the proposed penalty is less severe than failure of the course, dismissal for the term, or from the University. In all other situations, the student cannot withdraw. A record of a proven violation is kept even if a student is able to withdraw.

### Withdrawal from a Course after an Alleged Violation

A student accused of an Honor Code violation may withdraw from the course in which the offense is alleged to have occurred only if the proposed penalty is less severe than failure of the course, dismissal for the term, or from the University. In all other situations, the student cannot withdraw. A record of a proven violation is kept even if a student is able to withdraw.

### Academic Integrity Review by the Campus President

An Academic Integrity Review is conducted if the student does not admit responsibility for the violation, disagrees with the penalty assessed, or prefers not to enter into the joint conference with the faculty member. In addition, a faculty member not wishing to hold a faculty-student joint conference can request an Academic Integrity Review with the campus president. If the alleged violation is a second violation, an Academic Integrity Review must be held. The campus president either upholds faculty decisions or recommends an alternate grade-related penalty to the faculty member, who retains final discretion in assigning the grade if the student is found responsible. The campus president may assign additional educational activities to the grade-related penalty assigned by the faculty member.

## Standard Term of Non-Attendance

Students are eligible for a Standard Term of Non-Attendance (STNA) after they complete their first term of enrollment at Stratford University; however, students must return the following term and register for courses. For financial assistance purposes, students on STNA are considered enrolled as at least half time. As such, students are not required to repeat the admissions process; if a student does not return in the subsequent term, the last date of attendance marks the start of the non-enrolled period. A student who is not enrolled for five terms or more must follow the re-admitting process in the Academic Policies section of this catalog. Students may take one term of STNA per academic year when enrolled for the entire academic year; however, students may not take two consecutive terms of STNA and must conform to the Title IV and F-1 Visa policies below.

## Unbound Program

The Unbound Program, a bring your own device (BYOD) program, requires all students taking specific courses to bring an approved device to class. The purpose for bringing the device to class is to enrich education by broadening and enhancing the quality of the academic experience and to increase the integration of technology into the classroom. If a student does not own an approved device, they can purchase an approved device from Stratford University using Title IV or a payment plan. The approved devices and fee amounts can be found in the catalog addendum.



## Textbook Distribution Program

Stratford University strives to ensure all students have the education resources required to succeed. The University provides textbooks and other learning resources required for all courses. The resources are accessible for the duration of one term at a minimum. The e-book platform is VitalSource and the books are distributed through EDMAP.

## Requesting Transcripts and Enrollment Verification

Students may request their official transcript through the self-service portal or the Office of the Registrar after filling out a transcript request form. This process can take 24 to 48 hours. The transcript fee is listed in the catalog addendum. All financial obligations to the University must be current in order to obtain an official academic transcript. Students who need enrollment verification for insurance or job purposes must contact the Office of the Registrar.

## Transfer of Stratford Credits

Transfer of Stratford University credits to another institution is solely at the discretion of the granting institution. No guarantee of transfer is made or implied by Stratford University.

# Payment and Student Accounts

It is the goal of Stratford University to assist every qualified student in procuring the financial means to enable the student to attend the University. The University participates in a variety of financial assistance programs which are designed to assist accepted or currently enrolled students, but whose financial resources are inadequate to meet the full cost of their education.

The majority of financial assistance is provided by the federal government in the form of federal student aid (FSA). This includes the Direct Lending program for subsidized and unsubsidized Stafford Loans, Federal Pell Grant, Federal Supplemental Educational Opportunity Grant (FSEOG), Federal Work Study (FWS), and Federal PLUS Loans. These programs are available to those who qualify.

The University also offers alternate source funding and utilizes other private agencies. Alternate source loans enable the student to contribute to education costs while attending the University.

The primary responsibility for meeting the costs of education rests with individual student and their families. Financial assistance is awarded on the basis of need, regardless of sex, age, race, religion, creed, or national origin. Need is defined as the difference between the cost of education for one academic year and the amount a student and/or family can be reasonably expected to contribute to the cost of education for the same period.



## Tuition and Fees

Tuition and fees are based on the educational level and type of the student's program. In Erbil the students charged on annual basis**.**

## Payment Options

The payment options in Erbil will depend on the campus administration decisions. Currently, the payments are annual and are on 2 installments. Due to the economic crisis in Iraq & KRG, the administration has decided to change it to 4 installments per year.

## Refund Policy

A student who withdraws from a course after attending 1 (one) workshop (either 1st or 2nd workshop) is entitled to a refund/adjustment of Tuition fee. A student who withdraws from course after attending more than 2 (two)workshops is not entitled to a refund/adjustment of Tuition fee. A student who withdraws from the program is eligible for refund/adjustment of Tuition fee only for courses in which they have not attended any workshop

## Scholarship Programs

**Disclosure:**
Recipients of any one Stratford University Institutional tuition reduction in the form of an institution grant, discount, scholarship or other award cannot participate in any other Stratford University Institutional tuition reduction. Students can only participate in one Stratford University Institutional tuition reduction. The granting of an institutional tuition reduction has no impact on an applicant admissions decision to Stratford University as all applicants for these awards must meet the University's degree specific eligibility requirements and be admitted to a degree-seeking program at Stratford University. Employees of Stratford University and their immediate families are ineligible to participate in these award programs. Full details of terms and condition are available at https://www.stratford.edu/services/first-scholarships

## Alumni Advantage Award

The Stratford University Alumni Advantage Award is a 15% reduction in tuition ONLY offered to students who graduated from a degree seeking program at of Stratford University and are returning to begin another degree seeking program. Student must submit the Alumni Advantage Award application before the published first day of classes in the quarter for which they would like the Alumni Advantage Award to be applicable and prior to commencing the new degree program. This award has no cash value and can only be used for payment of tuition  and will be applied to each classes completed at Stratford University as part of the  degree program. This discount is not applicable to any fees applicable to the program or any other fees posted to the account. Once approved for participation, student must remain continuously enrolled through the duration of their degree program. If student withdraw from their degree program before graduating, student becomes ineligible for using 15% tuition reduction if student resumes active enrollment subsequent to withdrawal. To remain eligible, award recipient must participate in a University approved community service activity and financial counselling activity within the first term of enrollment and within the first term



after every academic year. Full detailed terms and conditions are available at
https://www.stratford.edu/services/first-scholarships. Applications can be submitted at:
https://stratfordedu.formstack.com/forms/2019_alumni_advantage_award_application

## Professional Affiliate Grant

The Stratford University Professional Affiliate Grant is offered to any new or readmitting student who is employed in a position directly related to their program of study at Stratford University. Stratford University Professional Affiliate Grant is a 15% tuition reduction offered to any new or readmitting student starting in any term after term 4 2019

## Corporate Alliance

The Stratford University Corporate Alliance program allows an employee of a company that signed a Corporate Alliance program agreement to receive either a 10 or 15% reduction in tuition. The tuition reduction received is based upon the agreed to discount rate contained in the agreement signed between Stratford University and the Corporate Alliance Partner subject to benefits provided to each company as contained in the agreement.

## Private Scholarship Programs

Stratford University accepts private scholarships from foundations, service clubs, and other organizations. Examples of these programs used by Stratford students include culinary scholarship programs such as the scholarship from Careers in Culinary Arts (C-CAP) Culinary Competition, American Culinary Federation Scholarship Fund, Virginia Culinary Competition, Northern Virginia Culinary Competition, or Discover America.

## International Student Scholarships

The University's International Student Office awards scholarships for students who enter the University through the International Student office. All scholarship applicants must meet admissions requirements, be in good standing with Stratford University, must maintain valid F-1 status, and have a zero balance.

## Academic Progress Policy for All Students

All students must maintain satisfactory progress toward completion of their academic program. Academic progress is reviewed at the end of each term in which a student matriculates in an academic program at the University, regardless of whether financial aid was received for that term. Each student's status is determined during that review, and a status is assigned for the next term in which a student enrolls. Students whose academic performance is consistent with all academic standards are deemed to be in "good academic standing".

This policy is based upon, and is consistent with, all the other academic and grading policies of the University. The details and examples of grading, GPA calculations, etc. provided below are for illustrative and explanatory purposes only and should not be construed as superseding any of the University's policies regarding grading, transfer of credit, proficiency, or other issues.



# Basis of Measurement

The Academic Progress Standards are measured through mathematical calculations based upon the data in each individual student's record. There are three different standards which are explained below:

**Qualitative Requirement:** (Grade Point Average or "GPA" in program): Students must maintain a

specified minimum cumulative grade point average within their program as listed in the Satisfactory Progress Table. Courses carrying grades standard grades (A, A-, B+, B, B-, C+ etc. including F) are considered in the GPA calculation. Grades of I, W, or P, transfer credits, credits by proficiency, or other courses specifically excluded due to change of program or other administrative action, do not affect the GPA. Grade point averages will be recalculated when an "incomplete" (I) grade is resolved. If a class is repeated, only the highest grade will be calculated in the GPA.

**Quantitative Requirement:** (Completion Rate or "Pace" in program): In addition to maintaining a satisfactory GPA, students must also maintain "pace" toward the completion of their program by earning a minimum percentage of credit hours attempted, as shown in the Satisfactory Academic Progress Table. All University-level (non-remedial) credits for courses taken at the University or accepted as transfer credit by the University, and applicable to the student's current program, are considered "attempted credits" regardless of the grade received. "Earned credits" include all of the student's "attempted credits" for which credit has been earned (passing grades). This includes courses for which standard grades (A, A-, B+, B, B-, C+ etc.) have been earned, as well as P grades and TC (transfer credits). Completion rates may be recalculated when an "incomplete" (I) grade is resolved. If a class is repeated, it will be counted as "attempted" for each incidence but may only be counted as "earned" once.

**Maximum Timeframe Standard:** In addition to the qualitative and quantitative requirements, all students complete their academic program within one and one-half times the standard program length as measured in credit hours. All "attempted credits" applicable to the student's program are included in the maximum timeframe calculation. The maximum timeframe for students with dual majors shall be adjusted proportionately to the total credits required for the completion of both programs.

# Standards of Academic Progress

*Evaluation Interval: All students are evaluated at end of each academic term.*

**Undergraduate Diploma/Certificate Programs**

| Attempted Credits in Program: | Minimum GPA | Minimum Pace |
|---|---|---|
| 0 or more attempted credits | 2.0 GPA | 50% |

All Other Undergraduate Programs

| Attempted Credits in Program: | Minimum GPA | Minimum Pace |
|---|---|---|
| 0-36 attempted credits | 1.0 GPA | 33% |
| 36.5 - 72 attempted credits | 1.5 GPA | 60% |
| Greater than or equal to 72.5 attempted credits | **Graduate Programs** | |

28

## Stratford
University

| | | |
|---|---|---|
| 2.0 GPA | 66% | |
| Attempted Credits in Program: | Minimum GPA | Minimum Pace |
| 0-29.5 attempted credits | 2.3 GPA | 40% |
| Greater than or equal to 30 attempted credits | 3.0 GPA | 66% |

**Transfer Credits, Credit by Examination, AP Credit, etc.:** Each transfer student shall have his/her academic status evaluated at the beginning of his/her first term of enrollment at the University (once all transfer credits have been posted). Credits accepted for transfer and applicable to the student's enrolled program are considered both "attempted" and "earned" for the quantitative requirement, but do not affect the GPA calculation (qualitative requirement). Credits earned by examination, AP, CLEP, or other similar credits are not considered "attempted" or "earned", and do not affect the GPA calculation.

**Change of Program:** Students who change academic programs will have their academic progress re-evaluated based solely on those classes/credits which are applicable to the student's current enrolled program(s). Such evaluation will include all applicable coursework, regardless of grade received. Such re-evaluation shall not occur during a term in which the student is actively enrolled, but before the beginning of the following term.

**Students Re-Enrolling After an Absence:** Former students who are re-enrolling after an absence of two terms or more are treated in a manner similar to transfer students in that only those credits applicable to the student's current program(s) are considered. However, the actual grades earned at the University in those classes (including failures/withdrawals) are used in both the qualitative and quantitative calculations as appropriate. Each returning student may request to have his/her academic status re-evaluated at the beginning the term in which he/she returns to enrollment at the University (once all transfer credits have been posted)

## Student Status and the Evaluation Process

**Good Academic Standing Status:** A student whose academic record is in compliance with the Mathematical Standards of this Policy is considered to be in "Good Academic Standing" status. For student financial aid recipients/applicants, Good Academic Standing status means the student is academically eligible to receive financial aid for the term.

**Evaluation at End of Each Enrolled Term:** At the end of each term a student is enrolled at the University, an evaluation will be performed to determine the student's status for the following term. The status will carry forward through a standard term of non-attendance.

Students who are in compliance with all three of the published standards (qualitative, quantitative, and maximum timeframe) as of the end of any term attended are placed in "Good Academic Standing" status for the following term. Students are notified through the Student Portal system when they are placed on or removed from Academic Warning, Academic Probation, or Academic Suspension status.

**Academic Warning Status:** Students who are in good academic standing during a term and subsequently fail to meet the minimum GPA (qualitative) and/or the minimum percentage of hours earned (quantitative)



standards at the end of the term will be placed in Academic Warning status for the next term. Students placed in this status have one term to correct or improve the deficiency. Students in Academic Warning status are expected to seek assistance through their Campus Program Lead, Advisor or other Faculty/Staff Member) at their home campus.

For student financial aid recipients/applicants, Academic Warning status includes Financial Aid Warning status. Aid applicants/recipients remain academically eligible to receive financial aid while in Financial Aid Warning status but are warned that such eligibility is in jeopardy if academic performance is not improved.

**Return to Good Academic Standing After Academic Warning:** Students who are in Academic Warning status and correct the deficiency by meeting or exceeding the mathematical standards as of the end of the next enrolled term will be removed from Academic Warning status and returned to Good Academic Standing status at the end of the Academic Warning term.

**Academic Suspension Status:** Students who are in Academic Warning status and do not remove the deficiency by meeting or exceeding the mathematical standards as of the end of the warning status term will be placed in Academic Suspension status. A student who has exceeded the maximum time frame standard is placed directly into Academic Suspension status from either Good Academic Standing or Academic Warning Standing.

## Regaining Academic Eligibility after Academic Suspension

**Satisfactory Academic Progress (SAP) Appeal:** An Academic Suspension (and therefore a Financial Aid Suspension) may be appealed based on mitigating circumstance(s). A mitigating circumstance is defined as an exceptional or unusual event(s) beyond the student's direct control, which contributed to or caused the academic difficulty. Some examples include: the death of a relative, issues relating to the care of a dependent child, an injury or illness of the student, emotional or psychological issues, or numerous other special circumstances.

Appeal letters should be addressed to the Campus President at your campus and must include a complete description of the circumstances that led to the academic difficulty, how those circumstances have changed, and a plan for future academic success. Copies of supporting documentation should be included. It is strongly advised that each student filing an appeal meet with their Faculty Lead or Advisor before submitting their appeal letter. The Faculty Lead or Advisor will assist the student, provide guidance, and suggest appropriate documentation to include with the letter submission.

A form is available for this purpose **(Satisfactory Academic Progress – Student Appeal Form)** which guides the student through the proper format and documentation for an appeal. It can be downloaded from the University's website or obtained from the Registrar's Office. If the appeal cannot be approved at the campus, it is automatically forwarded to a committee of administrative staff (known as the SAP Appeals Committee). At this time, the student may be asked to submit additional documentation or explanation to the committee which could benefit the student's appeal review. Decisions of the SAP Appeals Committee are final and not subject to additional appeal.

**Appeal Granted Status:** Students whose appeals have been approved will be placed in Appeal Granted status. A student in this status is required to meet with his/her Faculty Lead or Advisor at least once each term until returning to Good Academic Standing status. The meeting with the Faculty Lead or Advisor will include discussion of:

30



- The resolution of the mitigating circumstances (reason for the appeal) and any necessary accommodations that the University might be able to provide,
- The student's need (if any) for tutoring, counseling, reduced course load, or other appropriate accommodations,
- The appropriateness of the student's current program to the student's goals, personality, and skill set; and options for changing programs/career paths, and
- Any other issues potentially affecting the student's success.

At the conclusion of the meeting, the Faculty Lead or Advisor and the student will work together to create an **Academic Plan** for the student designed to promote the student's successful completion of a program at the University. The Academic Plan is a set of requirements that are designed to return the student to good academic standing before graduation (generally within the maximum timeframe standard, but not necessarily). The Faculty Lead or Advisor will then ensure and certify to the Registrar each term that the student is meeting the terms of his/her Academic Plan.

For student financial aid recipients/applicants, Appeal Granted status means the student is on Financial Aid Probation and remains academically eligible to receive financial aid as long as he/she continues to meet the objectives of his/her academic plan, as certified each term by the student's Faculty Lead or Advisor. Students who fail to meet the terms of their academic plan will lose eligibility for future financial aid (return to Financial Aid Suspension status).

**Regaining Eligibility Other Than Through Appeal:** Students who have lost federal financial aid eligibility may potentially also regain academic eligibility by making up the academic deficiencies and returning to Good Academic Standing without benefit of federal financial aid.

**Return to Good Standing:** Once a student has returned to good academic standing, any previous academic difficulty, shall have no future bearing on the student's status. Hence, such students will have benefit of all provisions of this policy, including a warning term and an opportunity to submit an SAP Appeal.

# Undergraduate Policies

## Undergraduate Admission

The application process requires the following steps for domestic undergraduate students. Interested students m3ay submit documents in person, via fax, e-mail, or U.S. post. For application documents, please contact the Office of Admissions at the appropriate campus.

- All applicants must complete an Application for Admission and pay the non-refundable application fee. This may be completed on the University's website or in the Office of Admissions.
- Complete the Enrollment Agreement which includes emergency contact information, acknowledgement of University policies, and student information release.
- Meet English language requirement, if English is not the primary language.
- Submit documentation certifying successful completion of a secondary school program of studies, the attainment of satisfactory scores on the GED, or another state specified examination.
  - Students submitting international educational credentials must provide an original or certified copy of the documentation, along with an official evaluation from an evaluation agency that is a

31



member of the National Association of Credential Evaluation Services - NACES (www.naces.org) or the Association of International Credential Evaluators – AICE (www.aice-eval.org), or completed by the American Association of College Registrars and Admissions Officers (AACRAO) own International Educational Services. Education credentials recorded in a language other than English must be accompanied by an official translation completed by one of the aforementioned agencies. The evaluation alone will not serve as a translation.

o   Submit official transcripts or equivalent from all colleges or universities attended, if applicable.

### Transfer Credit

Stratford University has established a transfer credit policy which is consistent with accreditation requirements. The policy is designed to facilitate the transfer of students and credits from one college or university to another, assure maximum utilization of prior learning, and encourage students to advance as far through the educational system as they can in pursuit of their goals. The evaluation of transfer courses to determine the award of University transfer credit is a multistep process initially driven by an assessment of the institutional source and educational quality of the course work. Transfer credits are determined by the timeliness, relevance of content, acquired skills, and knowledge obtained from the course(s).

Transfer credits may be awarded for courses taken from nationally or regionally accredited institutions. Transferred courses must be three or more credits, completed with a grade of C or higher, and coincide with the University's program outline. For courses in quickly evolving disciplines, the amount of time elapsed since the courses were taken may affect the transferability of courses. The length of time since the course was taken and the student's background determines whether the courses can be transferred. Courses with other grades may be transferred in at the discretion of the designated department representative. Additional documentation in the form of course descriptions, syllabi, or a competency test may be requested, if needed, to assure the transferred course is equivalent to one of the courses required for completion of a certificate, diploma, or degree at Stratford University. Credits based on clock hours are not transferrable to Stratford University.

Students submitting international educational credentials for evaluation of transfer credit must provide an original or certified copy of the documentation, along with an official evaluation from an evaluation agency that is a member of the National Association of Credential Evaluation Services - NACES (www.naces.org) or the Association of International Credential Evaluators – AICE (www.aice-eval.org), or completed by the American Association of College Registrars and Admissions Officers (AACRAO) own International Educational Services. A course by course evaluation may be required. Education credentials recorded in a language other than English must be accompanied by an official translation completed by one of the aforementioned agencies. The evaluation alone will not serve as a translation.

During the admission process, students must disclose which colleges, institutions, and universities from which they wish to submit transcripts for transfer credit evaluation. Official transcripts from each college, institution, or university must be submitted for evaluation within 30 calendar days of the start of the term. It is the responsibility of the student to provide the University with all postsecondary transcripts and applicable evaluations detailing courses taken at other institutions.

Transfer credits from courses completed at institutions other than Stratford University are noted on the transcript with a posting of TC. Transfer courses are not counted under the qualitative measurement of GPA; however, transfer courses are counted as attempted credits under the quantitative measurement, which includes the completion percentage and the maximum time frame requirement.



**Maximum Allowed Transfer Credit:** Students must earn the minimum percent of their degree at Stratford University for their program level to fulfill degree requirements.

| Degree | Transfer Credits Allowed | Credits at Stratford |
|---|---|---|
| Associate | 67.5 credits | 22.5 credits |
| Bachelor | 135 credits | 45 credits |

### Undergraduate Student Status

Part-Time: University policy defines an undergraduate three-quarter time student as registered for at least 9 quarter-credits per term. This is the minimum number of credits for students who use federal student aid. Students may enroll for 4.5 quarter-credits if using a payment method other than federal student aid.

Full-Time: University policy defines an undergraduate full-time student as registered for at least 13.5 quarter-credits per term.

A student may be permitted to exceed the full-time status in exceptional circumstances when the student benefits. Undergraduate students with a CGPA of 3.25 or higher and graduate students with a CGPA of 3.5 or higher may take up to 18 credits per term. Students below these averages are limited to 13.5 credits per term. Students may not exceed four courses per term. There is no waiver process to allow students to exceed 18 credit hours per term.

## Satisfactory Academic Progress

The Satisfactory Academic Progress (SAP) policy fulfills the requirements expressed by the Higher Education Act (HEA), U.S. Department of Education, and the Accrediting Council for Independent Colleges and Schools (ACICS). Students must maintain a satisfactory level of academic progress toward completing a degree in order to remain enrolled at the University and/or receive financial assistance via federal student aid or military benefits.

SAP is evaluated based on quantitative and qualitative components. All students are measured against qualitative and quantitative standards. The Office of the Registrar and the Office of Student Financial Services generate and monitor respective SAP reports. After grades are posted, student cumulative grade point average and rate of progression are calculated to determine if a student is making Satisfactory Academic Progress.

### Basis of Measurement

Qualitative Measurement: Qualitative measurement is determined by the student's cumulative grade point average (CGPA). It is calculated by dividing the quality points by the total number of attempted credits. How- ever, should a student repeat a course, the last attempted grade is used in the CGPA calculation. To meet the qualitative standards, students must meet the minimum CGPA as determined by academic benchmarks set forth by the university.

Quantitative Measurement: Quantitative measurement is the rate of progression (ROP) and is determined by the overall completion percent- age. This completion rate is calculated by dividing the credits earned by the credits attempted rounded to the nearest whole percent. This assessment is calculated each academic term. To meet the quantitative standards, students must have a minimum ROP as determined by the benchmarks set forth by the university. Federal guidelines state students must progress through their program and graduate within 150% of the published number of program credits. Using this guideline, the



university calculates maxi- mum time frame (MTF).

## Maximum Time Frame

Students are required to complete their program of study within a maxi mum time frame. Federal guidelines state credits attempted may not exceed 150% of the required credits for completion. A student has exceeded the maximum time frame when they have taken 150% of the credits re- quired to complete a program. For example, an associate's program is 90 credits; multiplied by 150% is 135 credits which means a student must graduate from their program with no more than 135 attempted credits. Attempted credits include all transfer credits, credits by exam, previous experience credits, pass/fail credits, course withdrawals, and repeated courses. Students may not exceed the maximum time frame, even if the student is not receiving financial assistance.

 If a student enrolls in another program, the MTF is reset to the second program. Transfer courses, credits by exam, previous experience credits, and failed courses applicable to the subsequent program are deducted from the MTF of the subsequent program. The MTF reset is granted for subsequent programs regardless of whether the student graduated from the previous program. For instance, a student in a bachelor's degree pro- gram is allowed 270 credits (180 credits x 150%) to complete the pro- gram; if the student does a program change to a second bachelor's pro- gram and transfers 27 credits, the MTF for the second program is an additional 270 credits, but the 27 transfer credits are used toward the 270 credit allotment leaving 243 credits for the student to complete the second program.

## Failing Academic SAP

The CGPA and ROP must be at or exceed the benchmark associated with the evaluation interval. If a student does not meet the CGPA and/or ROP benchmarks at the end of the term, the student is placed on a SAP status following the term in which the status was earned.

Evaluation intervals are based on the total attempted credits. Attempted credits include transfer credits, credits by exam, previous experience credit, and failed courses. The CGPA includes failed courses and the ROP calculation includes transfer credits, credits by exam, previous experience credit, and failed courses. Undergraduate: Undergraduate students in programs with 72 credits or fewer must maintain a 2.0 CGPA and a 67% ROP at all times. All under- graduate degrees with more than 72 credits are assessed using the same evaluation interval and benchmarks. Undergraduate students in the evaluation interval of zero to 71 attempted credits must have a minimum CGPA of 1.5 and a ROP of 50% at the end of each term. Students in the evaluation interval of 72 or more attempted credits must have a minimum CGPA of 2.0 and a ROP of 67%. When an undergraduate student transfers 72 or more credits, the student is always evaluated at the 72 or more attempted credit evaluation interval. A student may be placed on the following academic SAP status and must take the required action associated with the status. A student who is placed on an academic SAP status and meets the requirements in the subsequent term returns to good standing status. A student who does not meet the requirements in the subsequent term is placed on the next status. If a student has a break in enrollment of more than one term and is re-admitted or re-enters into the same program, the previous status(es) apply. If the student changes or upgrades to a different program, no previous status is applied and the process for program changes applies. Quantitative measurements are based on the second program. In cases where a student downgrades from a higher-level to lower-level pro- gram, the same process is followed.

**Good Standing:** Students are in good standing when the minimum CPGA and ROP is met or exceeded. Students in good standing are eligible to register for courses and receive financial assistance.



**Alert:** Students are placed on alert status in the first term the CGPA and/or ROP falls below the minimum.

**Warning:** Students are placed on warning status the second term the CGPA and/or ROP falls below the minimum. This status requires students to have their course schedule approved by the academic advisor, meet with an academic advisor monthly as well as submit an academic progress form signed by instructor notating the student's progress in the course.

**Probation:** Students are placed on probation status the third term the CGPA and/or ROP falls below the minimum. This status requires students to have their course schedule approved by the academic advisor, meet with an academic advisor bi-weekly and submit an academic progress plan stating the student's plan for academic improvement (e.g. weekly tutoring, participate in study groups, visit library weekly).

**Dismissal:** Students are placed on dismissal status the fourth term the CGPA and/or ROP falls below the minimum. Students who are academically dismissed are no longer active students of the University and are ineligible for financial assistance. Students who reach the maximum time frame are dismissed from the university and no longer eligible to enroll or receive financial assistance. F-1 students dismissed for failing to meet SAP requirements have their student status terminated.

## Undergraduate Graduation Requirements

- Complete all required classroom modules, externship hours (if applicable), and all program requirements
- Achieve a minimum GPA of 2.0
- Complete at least 25% of the program credits at the University
- Satisfy all financial obligations
- Complete an academic check out form signed by the designated department representative

Stratford University reserves the right to update or change the curricula at any time. Any candidate for a degree is held to compliance with changes for the uncompleted portion of the program of study. If it is determined a student will not be able to fulfill the graduation requirements, the University reserves the right to discontinue a student's enrollment.

**Processes and Requirements**

Students must complete the academic checkout forms prior to enrolling for their last term. This must be signed by various departments and it is the student's responsibility to complete it. After grades are posted for their final term, the designated department representative reviews the transcript and approves it. The diplomas are ordered after the designated department representative's approval. Diplomas are typically ready within one academic term. Students may have their diploma mailed to them or it can be picked up on campus. International students should contact the Office of the Registrar before graduation for forms requesting invitation letters.

**Ceremonies**

Stratford University holds its graduation ceremony annually for graduates of all programs. It is a special event for the University, students, and their families to celebrate the personal and academic accomplishments of the student. Students should contact the Office of the Registrar for information about signing up for the ceremony. Caps and gowns are available in Stu- dent Support Services and students are assessed a graduation fee which can be found in the catalog addendum. Students may apply to walk at the ceremony



ahead of their official graduation if they will complete their program during the same term as when the ceremony is being held. This must be approved by the campus president. Diplomas are not distributed at the ceremony. Students must complete the academic checkout process through the Office of the Registrar in order to obtain their diploma.

## First-Time Undergraduate Students

**High School:** Students still enrolled in high school must submit a current academic transcript and upon completion of high school must submit their final transcript prior to enrollment at Stratford University. High school students interested in obtaining information about enrolling at the University should contact the high school admissions officers at the appropriate campus.

**Adult Learners:** Students of all ages and backgrounds may apply to Stratford University as long as they meet the admissions requirements. Students eligible for domestic undergraduate admission to Stratford University must have a high school diploma or equivalent. High school credentials issued from an international school are acceptable if the credential is equivalent to a U.S. high school diploma as determined by a credential evaluation. General educational development or GED certificate has the recognized equivalent of a high school diploma.

### Non-Degree Seeking Students

Students may enroll as a non-degree student to fulfill prerequisites for another program, update job skills, for personal enrichment, raise their cumulative grade point average, or to explore a new career field. Non-degree seeking students must complete the same admissions process as degree seeking students; however, they are not required to submit proof of high school graduation or equivalent. Non-degree seeking students are not eligible for federal student aid.

### International Students

Stratford University welcomes applications from international students (all visa holders). The University accepts first time international students as well as transfers from other institutions. In addition to domestic student admissions requirements, international students may be required to complete additional requirements for English language skills, transcript translation, transcript evaluation, and a student visa to study in the U.S.

- Submit an original copy of an official TOEFL or IELTS test result. This is required for all students whose native language is not English.
- Students test out of an SLI (Stratford Language Institute) program with a test score of 70.
- A TOEFL waiver may be granted if the student can provide proof of satisfactory completion of an ESL or college level English course taken at a recognized postsecondary institution or graduation from a secondary or postsecondary educational institution or if the student concurrently registers in an ESL program.
- Graduate students submitting international educational credentials must provide an original or certified copy of the documentation, along with an official evaluation from an evaluation agency that is a member of the National Association of Credential Evaluation Services - NACES (www.naces.org) or the Association of International Credential Evaluators – AICE (www.aice-eval.org), or completed by the American Association of College Registrars and Admissions Officers (AACRAO) own International Educational Services. Education credentials recorded in a language other than English must be accompanied by an official translation completed by one of the aforementioned agencies. The evaluation alone will not serve as a translation.



## Placement Testing

Stratford University is committed to the academic success of its students. Academic advisors use test scores and academic history to determine a student's preparedness for college-level courses. Students who are required to take arts and sciences courses in their programs must take the placement assessment test. Students may take the required assessment test up to three times. See arts and sciences course descriptions for score requirements. Students who have no previous college education must take the placement test prior to their first term of enrollment. All other students must take the placement test within 30 calendar days of the start of the term unless they have transferred mathematics and/ or English credit.

## Grades

The formal grading system utilized by Stratford University conforms to recognized educational standards. Grades are available to students through Moodle or the self-service portal. Any questions regarding the posting of grades should be addressed to the student's instructor or the Office of the Registrar. Undergraduate Grading System

| Grade | Grade Points | Description |
|-------|--------------|-------------|
| A | 4.00 | Excellent |
| A- | 3.67 | |
| B+ | 3.33 | |
| B | 3.00 | Good |
| B- | 2.67 | |
| C+ | 2.33 | |
| C | 2.00 | Satisfactory |
| C- | 1.67 | |
| D+ | 1.33 | |
| D | 1.00 | Poor |
| D- | 0.67 | |
| F | 0.00 | Failing |
| AU | 0.00 | Audited Course |
| CE | 0.00 | Credit by Exam |
| CR | 0.00 | Previous Experience Credit |
| I | 0.00 | Incomplete |
| P | 0.00 | Passing |
| TC | 0.00 | Transfer Credit |
| W | 0.00 | Withdrawal |



# Undergraduate Programs

## Arts and Sciences Courses

Arts and sciences courses provide students with the general education foundation essential to success in their core courses. The arts and sciences areas of study include psychology, mathematics, humanities, science, and English. These courses improve critical and analytical thinking skills, enhance knowledge of the community, teach skills in conducting research, and expand knowledge beyond a student's program. These skills are crucial to student development and key qualities for employment in high-demand work environments.

Academic advisors may waive prerequisites, when necessary, at their discretion. Electives may be substituted on a case-by-case basis with the approval of the academic advisor. Programs with specified arts and sciences courses supersede the structure listed below.

## Associate's Degree Programs

Required Arts and Sciences Courses (5 courses or 22.5 credits)

**English:**

| Number | Course Name | Credits |
|--------|-------------|---------|
| ENG111 | College Composition | 4.5 |
| ENG211 | Oral Communications | 4.5 |
| ENG220 | Advanced Composition and Research | 4.5 |

**Humanities:**

| HUM110 | Principles of Ethics | 4.5 |
|--------|----------------------|-----|
| HUM111 | History of Cultures Across Antiquity | 4.5 |
| HUM200 | Creative Expression | 4.5 |
| HUM201 | Philosophy and Religion | 4.5 |
| HUM250 | Cross-Cultural Competency | 4.5 |
| HUM220 | The Cultural Mirror: Fiction | 4.5 |
| HUM221 | The Contemporary World | 4.5 |
| HUM230 | The American Experience | 4.5 |

**Mathematics:**

| MAT111 | Modern Math with Algebra | 4.5 |
|--------|--------------------------|-----|
| MAT210 | College Algebra | 4.5 |
| MAT220 | Discrete Mathematics | 4.5 |
| MAT211 | Statistics | 4.5 |
| MAT212 | Probability and Statistics | 4.5 |
| MAT275 | Introduction to Calculus | 4.5 |

**Psychology:**

| PSY110 | Social Psychology | 4.5 |
|--------|-------------------|-----|
| PSY220 | Human Growth and Development | 4.5 |
| PSY225 | Positive Psychology | 4.5 |



PSY240          Critical Thinking and Reasoning          4.5
PSY250          Mindful Leadership                    4.5

**Science:**
SCI110          Principles of Biology              4.5
SCI210          Environmental Science             4.5
SCI212          Nutritional Science               4.5
SCI250          Microbiology.                     4.5
SCI260          Introduction to Biochemistry      4.5
SCI211          Impact of Science and Technology     4.5

# Bachelor's Degree Programs

Required Arts and Sciences Courses (12 courses or 54 credits)

**Choose 2:**
ENG111          College Composition               4.5
ENG211          Oral Communications               4.5
ENG220          Advanced Composition and Research 4.5

**Choose 2 (one 100 or 200 level, and one 200 level):**
HUM110          Principles of Ethics              4.5
HUM111          History of Cultures Across Antiquity   4.5
HUM200          Creative Expression               4.5
HUM201          Philosophy and Religion           4.5
HUM250          Cross-Cultural Competency         4.5
HUM220          The Cultural Mirror: Fiction      4.5
HUM221          The Contemporary World            4.5
HUM230          The American Experience           4.5

**Choose 2 (one 100 or 200 level, and one 200 level):**
MAT111          Modern Math with Algebra              4.5
MAT210          College Algebra          4.5
MAT220          Discrete Mathematics  4.5
MAT211          Statistics        4.5
MAT212          Probability and Statistics        4.5
MAT275          Introduction to Calculus          4.5

**Choose 2 (one 100 or 200 level, and one 200 level):**
PSY110          Social Psychology     4.5
PSY220          Human Growth and Development      4.5
PSY225          Positive Psychology  4.5
PSY240          Critical Thinking and Reasoning       4.5
PSY250          Mindful Leadership  4.5

**Choose 2 (one 100 or 200 level, and one 200 level):**
SCI110          Principles of Biology 4.5

Stratford
University

SCI210          Environmental Science          4.5
SCI212          Nutritional Science     4.5
SCI250          Microbiology  4.5
SCI260          Introduction to Biochemistry 4.5
SCI211          Impact of Science and Technology     4.5

Choose 2 additional Arts and Sciences courses (any from ENG, HUM, MAT, PSY, SCI)

# SCHOOL OF BUSINESS ADMINISTRATION

**Business Administration, Associate of Applied Science**

The mission of the Associate of Applied Science in Business Administration program is to help students acquire the basic business skills necessary to be effective in the work place. Coursework prepares students for the dynamic, changing realities of today's business environment.

At the end of the program, students are able to:

- Apply principles of financial and managerial functions to a variety of business enterprises
- Explain the components of strategic and marketing plans impact on business decisions
- Describe the steps for developing a business plan for the formation of a new business
- Identify the key indicators for the U.S. economy and its impact on global markets

Graduates of this program may use associate's degree courses towards an upgraded bachelor's program.

This program typically takes 32 months to complete for part-time enrollment and 16 months to complete for students enrolled full-time.

Required courses for AAS Business Administration (11 core, 4 elective, 5 arts and sciences) = 20 courses or 90 credit hours

**Core Requirements (11 courses or 49.5 credits)**

| Number | Course Name | Credits |
| --- | --- | --- |
| BUS100........ | Introduction to Business. | 4.5 |
| BUS112........ | Principles of Accounting I | 4.5 |
| BUS120........ | Sales and Marketing | 4.5 |
| BUS122....... | Principles of Accounting II | 4.5 |
| BUS135........ | Principles of Management | 4.5 |
| BUS200........ | Business Law: Business, Government, and Society | 4.5 |
| BUS210........ | Human Resource Management | 4.5 |
| BUS220........ | Business Communications | 4.5 |
| BUS235........ | Operations Management. | 4.5 |
| BUS240........ | International Business | 4.5 |
| BUS250........ | Principles of Economics | 4.5 |

**Elective Courses (4 courses or 18 credits)**

40



ACC, BUS, or CIS courses approved by the advisor

**Arts and Sciences Requirements (5 courses or 22.5 credits)**
See Arts and Sciences section


### Accounting, Bachelor of Science

The mission of the Bachelor of Science in Accounting program is to provide students with a broad, fundamental knowledge of the field in order to prepare students for a career in accounting. The program allows students to prepare for exams for professional certifications such as Certified Public Accountant (CPA), Certified Internal Auditor (CIA), Certified Managerial Accountant (CMA), or Accredited Business Accountant (ABA). Students interested in pursuing the CPA designation should check with their State Board of Accountancy for complete CPA requirements before enrolling in this program.

At the end of the program, students are able to:
- Apply theories and principles of accounting to interpret financial information
- Discuss the accounting management principles and standards required to produce financial and business reports
- Analyze cost management, auditing, and taxation strategies used to enhance organizations

This program typically takes 60 months to complete for part-time enrollment and 30 months to complete for students enrolled full-time.

Required courses for BS Accounting (20 core, 8 elective, 12 arts and sciences) = 40 courses or 180 credit hours

**Core Requirements (20 courses or 90 credits)**

| Number | Course Name | Credits |
|---|---|---|
| ACC299 | Intermediate Accounting I | 4.5 |
| ACC300 | Intermediate Accounting II | 4.5 |
| ACC301 | Intermediate Accounting III | 4.5 |
| ACC330 | Cost Accounting | 4.5 |
| OR | | |
| BUS340 | Managerial Accounting | 4.5 |
| ACC335 | Auditing | 4.5 |
| ACC350 | Non-Profit/Municipal Accounting | 4.5 |
| ACC410 | Advanced Accounting | 4.5 |
| ACC460 | Advanced Federal Taxation | 4.5 |
| ACC490 | Accounting Capstone | 4.5 |
| BUS100 | Introduction to Business | 4.5 |
| BUS112 | Principles of Accounting I | 4.5 |
| BUS122 | Principles of Accounting II | 4.5 |
| BUS200 | Business Law: Business, Government, and Society | 4.5 |
| BUS220 | Business Communications | 4.5 |
| BUS250 | Principles of Economics | 4.5 |
| BUS300 | Financial Management | 4.5 |

**Stratford**
University

BUS320........Taxation Principles          4.5
BUS360........Business Ethics              4.5
BUS420..... ..Accounting Information Systems 4.5
SCI115. ...... Introduction to Computer Literacy 4.5

**Elective Courses (8 courses or 36 credits)**
ACC or BUS courses approved by the advisor

**Arts and Sciences Requirements (12 courses or 54 credits)**
See Arts and Sciences section

**Business Administration, Bachelor of Science – Concentration in Finance**

The mission of the Bachelor of Science in Business Administration program is to allow students to build on a core of knowledge gained through the associate's degree or equivalent and to focus on one of five upper-level concentrations. The primary goal of the bachelor's program is to prepare students for the dynamic, changing realities of today's business environment.

At the end of the program, students are able to:

- Analyze the policies, functions and controls involved in managing across all layers of an organization
- Use various platforms of communication to relate to diverse populations and viewpoints within a business environment
- Discuss how types of complexities, risks, and competitive advantages impact the business environment

This program typically takes 60 months to complete for part-time enrollment and 30 months to complete for students enrolled full-time.

Required courses for BS Business Administration (14 core, 4 concentration, 10 elective, 12 arts and sciences) = 40 courses or 180 credit hours

**Core Requirements (14 courses or 63 credits)**

| Number | Course Name | Credits |
|--------|-------------|---------|
| BUS100........ | Introduction to Business | 4.5 |
| BUS112........ | Principles of Accounting I | 4.5 |
| BUS120........ | Sales and Marketing | 4.5 |
| BUS122....... | Principles of Accounting II | 4.5 |
| BUS135........ | Principles of Management | 4.5 |
| BUS200........ | Business Law: Business, Government, and Society | 4.5 |
| BUS210........ | Human Resource Management | 4.5 |
| BUS220........ | Business Communications | 4.5 |
| BUS235........ | Operations Management | 4.5 |
| BUS240........ | International Business | 4.5 |
| BUS250........ | Principles of Economics | 4.5 |
| BUS302....... | Microeconomics | 4.5 |
| BUS360........ | Business Ethics | 4.5 |

42



BUS490........Business Administration Capstone        4.5

**Finance Concentration Requirements (choose 4 courses or 18 credits)**
BUS300........Financial Management
BUS320........Taxation Principles
BUS340........Managerial Accounting
BUS400........Advanced Financial Management
BUS420........Accounting Information Systems
BUS440........Business Forecasting and Simulation
BUS450........Personal Financial Management

**Elective Courses (10 courses or 45 credits)**
BUS (minimum four courses) or CIS (minimum one course) courses approved by the advisor.

**Arts and Sciences Requirements (12 courses or 54 credits)**
See Arts and Sciences section

**Business Administration, Bachelor of Science – Oil & Gas Management**

The mission of the Bachelor of Science in Oil & Gas Management is to allow students to build on a core of knowledge gained through the associate's degree or equivalent and to focus on one of five upper- level concentrations. The mission of the Bachelor of Science in Oil and Gas Management program is to allow students to build on a core of knowledge gained through the associate's degree or equivalent. The primary goal of the bachelor's program is to prepare students for the dynamic, changing realities of today's oil and gas industry.

At the end of the program, students are able to:

- Analyze the policies, functions and controls involved in managing across all layers of an organization to deal with Oil & Gas companies.
- Use various platforms of communication to relate to diverse populations and viewpoints within a business environment
- Discuss how types of complexities, risks, and competitive advantages impact the business environment

This program typically takes 60 months to complete for part-time enrollment and 30 months to complete for students enrolled full-time.

Required courses for BS Business Administration (14 core, 4 concentration, 10 elective, 12 arts and sciences) = 40 courses or 180 credit hours

**Core Requirements (14 courses or 63 credits)**

| Number | Course Name | Credits |
|---|---|---|
| BUS100.......Introduction to Business 4.5 | | |
| BUS112........Principles of Accounting I | 4.5 | |
| BUS120........Sales and Marketing | 4.5 | |
| BUS122.......Principles of Accounting II | 4.5 | |
| BUS135........Principles of Management | 4.5 | |
| BUS200........Business Law: Business, Government, and Society | 4.5 | |
| BUS210........Human Resource Management | 4.5 | |

**Stratford**
University

BUS220........Business Communications        4.5
BUS235.........Operations Management  4.5
BUS240........International Business   4.5
BUS250.........Principles of Economics 4.5
BUS302........Microeconomics  4.5
BUS360.........Business Ethics   4.5
BUS490........Business Administration Capstone        4.5

**Oil & Gas Management Concentration Requirements (choose 4 courses or 18 credits)**
PBUS350........Oil and Gas Supply Chain Management
PBUS351........Workplace Safety
PBUS352...........Environmental Management in the Oil & Gas Industry
PBUS353........Petroleum Contracts
PBUS354........Environmental Management in the Oil & Gas Industry
PBUS355........Oil and Gas Industry Laws
PBUS425........Diversity in the Workplace
Project / Thesis Writing

**Elective Courses (10 courses or 45 credits)**
BUS (minimum four courses) or CIS (minimum one course) courses approved by the advisor.

**Arts and Sciences Requirements (12 courses or 54 credits)**
See Arts and Sciences section

## Business Administration, Bachelor of Science – Concentration in Informatics

The mission of the Bachelor of Science in Business Administration program is to allow students to build on a core of knowledge gained through the associate's degree or equivalent and to focus on one of five upper-level concentrations. The primary goal of the bachelor's program is to prepare students for the dynamic, changing realities of today's business environment.

At the end of the program, students are able to:
- Analyze the policies, functions and controls involved in managing across all layers of an organization
- Use various platforms of communication to relate to diverse populations and viewpoints within a business environment
- Discuss how types of complexities, risks, and competitive advantages impact the business environment

This program typically takes 60 months to complete for part-time enrollment and 30 months to complete for students enrolled full-time.

Required courses for BS Business Administration (14 core, 4 concentration, 10 elective, 12 arts and sciences) = 40 courses or 180 credit hours

**Core Requirements (14 courses or 63 credits)**

| Number | Course Name | Credits |
|--------|-------------|---------|

BUS100........Introduction to Business 4.5

**Stratford**
University

BUS112........Principles of Accounting I        4.5
BUS120........Sales and Marketing      4.5
BUS122........Principles of Accounting II        4.5
BUS135........Principles of Management       4.5
BUS200........Business Law: Business, Government, and Society      4.5
BUS210........Human Resource Management  4.5
BUS220........Business Communications      4.5
BUS235.........Operations Management  4.5
BUS240........International Business   4.5
BUS250.........Principles of Economics  4.5
BUS302........Microeconomics  4.5
BUS360.........Business Ethics  4.5
BUS490........Business Administration Capstone        4.5

**Informatics Concentration Requirements (choose 4 courses or 18 credits)**
CIS206………Database Concepts and Relational Database Management Systems
CIS131………Programming Fundamentals
CIS211………Internet Concepts
CIS232………Database Programming
CIS300………Managing Information Systems
CIS305………E-Business IT Infrastructure
CIS435………Business Information Systems Security

**Elective Courses (10 courses or 45 credits)**
BUS (minimum four courses) or CIS (minimum one course) courses approved by the advisor.

**Arts and Sciences Requirements (12 courses or 54 credits)**
See Arts and Sciences section

**Business Administration, Bachelor of Science – Concentration in Management**

The mission of the Bachelor of Science in Business Administration program is to allow students to build on a core of knowledge gained through the associate's degree or equivalent and to focus on one of five upper-level concentrations. The primary goal of the bachelor's program is to prepare students for the dynamic, changing realities of today's business environment.

At the end of the program, students are able to:
- Analyze the policies, functions and controls involved in managing across all layers of an organization
- Use various platforms of communication to relate to diverse populations and viewpoints within a business environment
- Discuss how types of complexities, risks, and competitive advantages impact the business environment

This program typically takes 60 months to complete for part-time enrollment and 30 months to complete for students enrolled full-time.



Required courses for BS Business Administration (14 core, 4 concentration, 10 elective, 12 arts and sciences) = 40 courses or 180 credit hours

**Core Requirements (14 courses or 63 credits)**
BUS100.......Introduction to Business 4.5
BUS112........Principles of Accounting I          4.5
BUS120........Sales and Marketing        4.5
BUS122.......Principles of Accounting II        4.5
BUS135........Principles of Management        4.5
BUS200........Business Law: Business, Government, and Society          4.5
BUS210........Human Resource Management        4.5
BUS220........Business Communications          4.5
BUS235........Operations Management 4.5
BUS240........International Business        4.5
BUS250........Principles of Economics 4.5
BUS302.......Microeconomics  4.5
BUS360........Business Ethics    4.5
BUS490........Business Administration Capstone          4.5

**Management Concentration Requirements (choose 4 courses or 18 credits)**

BUS300……Financial Management
BUS305……International Business Strategies
BUS325……Entrepreneurial Leadership
BUS375……New Venture Creation
BUS380……Project Management
BUS405……Business Law: Legal Environment for Business
BUS415……Organizational Theory and Development
BUS416……Quality Management and Productivity

**Elective Courses (10 courses or 45 credits)**
BUS (minimum four courses) or CIS (minimum one course) courses approved by the advisor.

**Arts and Sciences Requirements (12 courses or 54 credits)**
See Arts and Sciences section



# SCHOOL OF COMPUTER SCIENCE & INFORMATION TECHNOLOGY

These programs focus on computer information systems and the constantly changing technologies driving them. They are designed specifically to accommodate the need for trained computer professionals in the information technology fields.

## Network Management and Security, Associate of Applied Science

The mission of the Associate of Applied Science in Network Management and Security program is to prepare students with the necessary skills for entry-level IT positions. The degree accentuates current industry competencies to provide students the opportunity to learn and understand current trends driving the IT industry. The program prepares students to become professionals who can install, troubleshoot, and maintain computer networks. Upon completion, students are expected to possess the necessary skills and techniques using modern tools to administer computer networks. A strong emphasis is placed on key topics such as network management, system administration, and security concepts necessary for introductory positions in the computer network industry.

At the end of the program, students are able to:
- Demonstrate how to regulate the computer system and performance requirements of a network.
- Demonstrate installation, configuring, and operation of the critical components of information technology infrastructure.
- Describe the professional law and ethics of the information technology field.

Graduate of this program may use associate's degree courses towards an upgraded bachelor's program.

This program typically takes 32 months to complete for part-time enrollment and 16 months to complete for students enrolled full-time.

Required courses for AAS Network Management and Security (15 core, 5 arts and sciences) = 20 courses or 90 credit hours

**Core Requirements (15 courses or 67.5 credits)**

| Number | Course Name | Credits |
|---|---|---|
| CIS103 | Fundamentals of Information Systems | 4.5 |
| CIS133 | Technical and Professional Communication | 4.5 |
| CIS141 | Hardware Fundamentals | 4.5 |
| CIS144 | OS Architecture | 4.5 |
| CIS146 | Fundamentals of Networking | 4.5 |
| CIS201 | Fundamentals of IT Security | 4.5 |
| CIS223 | System Administration and Maintenance | 4.5 |
| CIS225 | Network Management | 4.5 |
| CIS247 | Information Assurance and Cyber Security Architecture | 4.5 |
| CIS250 | Router and Switch Configuration in the Enterprise | 4.5 |
| CIS253 | Server OS | 4.5 |
| CIS254 | Client OS | 4.5 |
| CIS260 | Network Modeling Tools | 4.5 |

**Stratford**
University

CIS290 ......Network Implementation Project 4.5
SCI115.......Introduction to Computer Literacy          4.5

**Arts and Sciences Requirements (5 courses or 22.5 credits)**
See Arts and Sciences section

## Bachelor– Concentration in Cyber Security Engineering

The mission of the Bachelor of Science in Information Technology program is to provide students with the skills and knowledge necessary to take on professional positions in the fields of information technology, business, and management. The program merges the IT fundamental pillars of databases, human-computer interaction, networking, programming, and Web systems; and it covers technologies such as mobile applications, non-relational databases, and cloud computing. Students develop a solid understanding of the underlying theories and concepts and practical hands-on applications while applying their problem-solving and critical thinking skills to handle all types of real-world computing and informational problems. In addition, students are provided a well-rounded learning experience where they work in teams to master oral and written communication.

At the end of the program, students are able to:
- Employ the principles of systems analysis and design to business organizations.
- Explain the critical components of implementation, integration, and maintenance of information technology infrastructures.
- Apply professional law and ethics of the information technology field.

This program typically takes 60 months to complete for part-time enrollment and 30 months to complete for students enrolled full-time.

Required courses for BS Information Technology (20 core, 8 concentration, 12 arts and sciences) = 40 courses or 180 credit hours

**Core Requirements (8 courses or 36 credits)**

| Number | Course Name | Credits |
|--------|-------------|---------|
| BUS100........ | Introduction to Business | 4.5 |
| BUS120......... | Sales and Marketing | 4.5 |
| BUS380......... | Project Management | 4.5 |
| CIS103.......... | Fundamentals of Information Systems | 4.5 |
| CIS130......... | Introduction to Databases | 4.5 |
| CIS131.......... | Programming Fundamentals | 4.5 |
| CIS133.......... | Technical and Professional Communication | 4.5 |
| CIS141......... | Hardware Fundamentals | 4.5 |
| CIS144.......... | OS Architecture | 4.5 |
| CIS146.......... | Fundamentals of Networking | 4.5 |
| CIS200......... | Business Analysis | 4.5 |
| CIS201.......... | Fundamentals of IT Security | 4.5 |
| CIS202.......... | Fundamentals of Web Technology | 4.5 |
| CIS205.......... | Fundamentals of Human-Computer Interaction | 4.5 |
| CIS207......... | Programming Languages | 4.5 |
| CIS223.......... | System Administration and Maintenance | 4.5 |
| CIS243.......... | E-Commerce | 4.5 |



CIS345.........Mobile Computing        4.5
CIS400 ......Cloud Computing 4.5
CIS490.........Information Technology Senior Project 4.5

**Cyber Security Concentration Requirements (8 courses or 36 credits)**
CIS224……. Legal and Ethical Issues in Cyber Security
CIS225……. Network Management
CIS247 …….. Information Assurance and Cyber Security Architecture
CIS374 ……..Security Mechanisms (Countermeasures)
CIS376……... Software Security, Practices, Policies, and Standards
CIS411….…Threat Analysis Model
CIS412…......Vulnerabilities
CIS420….…Intrusion Detection

**Arts and Sciences Requirements (12 courses or 54 credits)**
See Arts and Sciences section

## Bachelor– Concentration in Network Engineering

The mission of the Bachelor of Science in Information Technology program is to provide students with the skills and knowledge necessary to take on professional positions in the fields of information technology, business, and management. The program merges the IT fundamental pillars of databases, human-computer interaction, networking, programming, and Web systems; and it covers technologies such as mobile applications, non-relational databases, and cloud computing. Students develop a solid understanding of the underlying theories and concepts and practical hands-on applications while applying their problem-solving and critical thinking skills to handle all types of real-world computing and informational problems. In addition, students are provided a well-rounded learning experience where they work in teams to master oral and written communication.

At the end of the program, students are able to:
- Employ the principles of systems analysis and design to business organizations.
- Explain the critical components of implementation, integration, and maintenance of information technology infrastructures.
- Apply professional law and ethics of the information technology field.

This program typically takes 60 months to complete for part-time enrollment and 30 months to complete for students enrolled full-time.

Required courses for BS Information Technology (20 core, 8 concentration, 12 arts and sciences) = 40 courses or 180 credit hours

**Core Requirements (20 courses or 90 credits)**
**Number        Course Name          Credits**

BUS100........Introduction to Business 4.5
BUS120........Sales and Marketing      4.5

Stratford
University

BUS380........Project Management        4.5
CIS103.........Fundamentals of Information Systems      4.5
CIS130........Introduction to Databases          4.5
CIS131.........Programming Fundamentals        4.5
CIS133.........Technical and Professional Communication        4.5
CIS141........Hardware Fundamentals 4.5
CIS144.........OS Architecture   4.5
CIS146.........Fundamentals of Networking        4.5
CIS200........Business Analysis 4.5
CIS201.........Fundamentals of IT Security        4.5
CIS202.........Fundamentals of Web Technology        4.5
CIS205........Fundamentals of Human-Computer Interaction 4.5
CIS207........Programming Languages  4.5
CIS223.........System Administration and Maintenance 4.5
CIS243.........E-Commerce      4.5
CIS345.........Mobile Computing        4.5
CIS400 ......  Cloud Computing 4.5
CIS490.........Information Technology Senior Project    4.5

**Network Administration Concentration Requirements (8 courses or 36 credits)**
CIS225……… Network Management
CIS253……....Server OS
CIS254……… Client OS
CIS258……… Database Administration
CIS302……... Routing and Switching
CIS311……… Data Centers and Virtualization
CIS339 ………Network Operations
CIS401……… Modern Communications

**Arts and Sciences Requirements (12 courses or 54 credits)**
See Arts and Sciences section

## Bachelor – Concentration in Software Engineering

The mission of the Bachelor of Science in Information Technology program is to provide students with the skills and knowledge necessary to take on professional positions in the fields of information technology, business, and management. The program merges the IT fundamental pillars of databases, human-computer interaction, networking, programming, and Web systems; and it covers technologies such as mobile applications, non-relational databases, and cloud computing. Students develop a solid understanding of the underlying theories and concepts and practical hands-on applications while applying their problem-solving and critical thinking skills to handle all types of real-world computing and informational problems. In addition, students are provided a well-rounded learning experience where they work in teams to master oral and written communication.

At the end of the program, students are able to:



- Employ the principles of systems analysis and design to business organizations.
- Explain the critical components of implementation, integration, and maintenance of information technology infrastructures.
- Apply professional law and ethics of the information technology field.

This program typically takes 60 months to complete for part-time enrollment and 30 months to complete for students enrolled full-time.

Required courses for BS Information Technology (20 core, 8 concentration, 12 arts and sciences) = 40 courses or 180 credit hours

**Core Requirements (20 courses or 90 credits)**
**Number          Course Name          Credits**

BUS100........Introduction to Business 4.5
BUS120.........Sales and Marketing        4.5
BUS380.........Project Management        4.5
CIS103..........Fundamentals of Information Systems    4.5
CIS130.........Introduction to Databases        4.5
CIS131..........Programming Fundamentals        4.5
CIS133..........Technical and Professional Communication        4.5
CIS141.........Hardware Fundamentals 4.5
CIS144..........OS Architecture  4.5
CIS146..........Fundamentals of Networking        4.5
CIS200.........Business Analysis 4.5
CIS201..........Fundamentals of IT Security        4.5
CIS202..........Fundamentals of Web Technology        4.5
CIS205.........Fundamentals of Human-Computer Interaction 4.5
CIS207.........Programming Languages  4.5
CIS223..........System Administration and Maintenance 4.5
CIS243..........E-Commerce        4.5
CIS345..........Mobile Computing        4.5
CIS400…… Cloud Computing 4.5
CIS490..........Information Technology Senior Project  4.5

**Software Engineering Concentration Requirements (8 courses or 36 credits)**
CIS220......... System Analysis and Design
CIS221......... Requirements Engineering
CIS232......... Database Programming
CIS256......... Database Design
CIS301......... Event-Driven Programming
CIS364......... Software Quality Assurance
CIS365 .........Object-Oriented Programming
CIS460 .........Software Configuration Management and Packaging

**Arts and Sciences Requirements (12 courses or 54 credits)**
See Arts and Sciences section



## Bachelor of Science – Information Technology

The mission of the Bachelor of Science in Information Technology program is to provide students with the skills and knowledge necessary to take on professional positions in the fields of information technology, business, and management. The program merges the IT fundamental pillars of databases, human-computer interaction, networking, programming, and Web systems; and it covers technologies such as mobile applications, non-relational databases, and cloud computing. Students develop a solid understanding of the underlying theories and concepts and practical hands-on applications while applying their problem-solving and critical thinking skills to handle all types of real-world computing and informational problems. In addition, students are provided a well-rounded learning experience where they work in teams to master oral and written communication.

At the end of the program, students are able to:

- Employ the principles of systems analysis and design to business organizations.
- Explain the critical components of implementation, integration, and maintenance of information technology infrastructures.
- Apply professional law and ethics of the information technology field.

This program typically takes 60 months to complete for part-time enrollment and 30 months to complete for students enrolled full-time.



Required courses for BS Information Technology (20 core, 8 concentration, 12 arts and sciences) = 40 courses or 180 credit hours

**Core Requirements (20 courses or 90 credits)**

| Number | Course Name | Credits |
|---|---|---|
| BUS100 | Introduction to Business | 4.5 |
| BUS120 | Sales and Marketing | 4.5 |
| BUS380 | Project Management | 4.5 |
| CIS103 | Fundamentals of Information Systems | 4.5 |
| CIS130 | Introduction to Databases | 4.5 |
| CIS131 | Programming Fundamentals | 4.5 |
| CIS133 | Technical and Professional Communication | 4.5 |
| CIS141 | Hardware Fundamentals | 4.5 |
| CIS144 | OS Architecture | 4.5 |
| CIS146 | Fundamentals of Networking | 4.5 |
| CIS200 | Business Analysis | 4.5 |
| CIS201 | Fundamentals of IT Security | 4.5 |
| CIS202 | Fundamentals of Web Technology | 4.5 |
| CIS205 | Fundamentals of Human-Computer Interaction | 4.5 |
| CIS207 | Programming Languages | 4.5 |
| CIS223 | System Administration and Maintenance | 4.5 |
| CIS243 | E-Commerce | 4.5 |
| CIS345 | Mobile Computing | 4.5 |
| CIS400 | Cloud Computing | 4.5 |
| CIS490 | Information Technology Senior Project | 4.5 |

**Information Technology Concentration Requirements (8 courses or 36 credits)**

CIS201......... Fundamentals of IT Security
CIS202......... Fundamentals of Web Technology
CIS205......... Fundamentals of Human-Computer Interaction
CIS207......... Programming Languages
CIS223......... System Administration & Maintenance
CIS243......... E-Commerce
CIS345.......... Mobile Computing
CIS400......... Cloud Computing
CIS490 .........IT Senior Project

**Arts and Sciences Requirements (12 courses or 54 credits)**
See Arts and Sciences section



# UNDERGRADUATE COURSE DESCRIPTIONS

**Undergraduate Course Prefix Designations**

BUS             Business
CIS             Computer Information Systems
ENG     English HUM          Humanities MAT          Mathematics PSY          Psychology
SCI             Science

| Number | Course Name | Credits |
|---|---|---|
| **BUS100** | **Introduction to Business** | **4.5** |

This course provides a background on business and management. Stu- dents discuss human relations, organizational structure, communications, technology in business, and strategic planning. **Prerequisite: None**

**BUS112          Principles of Accounting I                4.5**

This course is an introduction to the basics of accounting procedures. Topics include, accounting techniques and cycles, billings, balance sheets, and financial statements. **Prerequisite: None.**

**BUS120          Sales and Marketing                4.5**

This course introduces the student to effective methods for marketing products and services. Direct mail, print time and other advertising techniques are discussed. Problem solving relative to customer relations is addressed. Consumer profiles, organizational personalities, and demo- graphics are presented as components of market research and analysis. **Prerequisite: None.**

**BUS122          Principles of Accounting II                4.5**

This course expands the student's knowledge of preparing balance sheets and financial statements. Students prepare general ledger entries, payroll, and discuss budget control. **Prerequisite: BUS112.**

**BUS135          Principles of Management                4.5**

This course presents management theory and the functions of planning, organizing, directing, staffing and controlling. This course also focuses on the application of management principles to realistic work related situations. Prerequisite: None.

**BUS200          Business Law: Business,                4.5**
                    **Government, and Society**

This course is an introduction to law and ethics and outlines the ethical responsibilities managers face when conducting business. This course includes vulnerability to lawsuits and litigation. American and international perspective and interpretations of laws and ethical standards are discussed. **Prerequisite: BUS100.**

**BUS210          Human Resource Management                4.5**

This introductory course concentrates on human resource management issues confronting organizations. These issues include organizational practices and legal aspects of recruitment, selection, training, orientation, and performance appraisals. Labor relations are discussed. **Prerequisite: BUS100.**

**BUS220          Business Communications                4.5**

This course prepares the student for communication in the workplace. The student prepares memorandums, letters, proposals, presentations, newsletters, and flyers. Discussions focus on information exchange in and outside of the organization. Student's presentations are critiqued on the message intended and message received. **Prerequisite: None.**



Stratford
University

**BUS 230      Financial Accounting                    4.5**

This course is designed to introduce students to modern accounting concepts essential to the preparation and interpretation of financial statements issued to management and to external users such as stockholders. Emphasis is placed on understanding the conceptual bases of generally accepted accounting principles and the effects of using alternative accounting methods on financial statements. It also demonstrates the under- standing of costing & its applications in the decision making of the organization. **Prerequisite:  This course is only available to graduate students**

**BUS235      Operations Management                    4.5**

This course addresses the management of operations in manufacturing and service organizations. Diverse activities such as production process, raw materials purchase, scheduling, and quality control are discussed. **Prerequisite: BUS100.**

**BUS240      International Business                    4.5**

This course discusses how the global economic, political, and cultural environment affects domestic and international businesses, international operations and dependency, and public policy decisions. **Prerequisite: BUS100.**

**BUS250      Principles of Economics                    4.5**

This course examines supply and demand, market demand and elasticity, cost theory, market structures, pricing theory, and consumer behavior. Regulation, antitrust policy, and income distribution are also discussed.

**Prerequisite: BUS100.**

**BUS300      Financial Management                    4.5**

This course teaches the concepts and skills of financial planning within a business. Concepts covered include how to use financial statements and how to plan appropriate action. Specific topics are preparing budgets, analyse investment options, and assess risk and return of financing business endeavors. **Prerequisite: BUS122.**

**BUS302      Microeconomics                    4.5**

In this course, students learn to apply an analytical approach to the study of how individuals and societies deal with the fundamental problem of scarce resources. This approach is applied to everyday decisions faced by individuals as they try to maximize their utility, to businesses that try to maximize profits and to the whole of society as it attempts to use its resources efficiently. **Prerequisite: BUS250.**

**BUS305      International Business Strategies                    4.5**

This course focuses on the strategies and structures of international businesses. Topics include cultural differences, economics and politics of international trade and investment, functions and form of the global monetary system, and assessment of the special roles of an international business's various functions. **Prerequisite: BUS240.**

**BUS310      Introduction to Financial Management    4.5**

This course is for non-business majors only. This course introduces the student to topics in financial management such as financial statement analysis, capital budgeting analysis, working capital (accounts receivable, inventory, and cash) management, structure and cost of capital, and interest rate determination methods. Some integration of international finance in these topics is also presented, because of its significant impact on financial management. This course also presents a general view of the financial system, including the financial market system, financial institutions, the firm's objective in the business environment, and the history of financial management. **Prerequisite: None.**

Note: Not open to students with credit for Financial Management (BUS300).

**BUS320      Taxation Principles                    4.5**

This course provides a sufficient understanding of the tax environment to evaluate business transactions. Fundamental tax concepts are applied to a variety of business, investment, employment, and personal transactions. Topics include business formation, capital expenditures, employee and executive compensation, international and multi-state operations and dis- closure. **Prerequisite: BUS122.**

**BUS325      Entrepreneurial Leadership                    4.5**

Through the study of successful leaders and their companies, students learn techniques to move a company from mediocre to great. Topics include goal setting, culture development, vision, profits, technology, and effects of change, discipline, and necessary leadership qualities. **Prerequisite: None.**



**BUS340     Managerial Accounting                 4.5**

This course covers financial accounting concepts and managerial accounting topics. The course introduces finance and its importance and relevance to business operations. It covers the internal financial environment of a business. Topics include financial statements analysis, cost accounting, job order costing, and process product costing. **Prerequisite: BUS122.**

**BUS350     Staffing and Employment               4.5**

This course examines current issues affecting staffing and employment practices and the impact on the organization's ability to compete in the market place, to develop and maintain a successful workforce, and com- ply with the various regulations governing staffing and employment practices are discussed. Major topics include: technical issues involved in developing and implementing selection programs within organizations; how to achieve a successful person/job and governing staffing / employment practices, and staffing procedures, policies, techniques and problems, and the role of public policy on staffing/ employment practices. **Prerequisite: BUS210.**

**BUS351     Workplace Safety                      4.5**

This course is designed to educate and increase student's awareness of internal and external factors that could negatively affect occupational safety in the workplace and understand the practices that can maintain and/or improve workplace safety. The Occupational Safety and Health Administration (OSHA) responsibilities for administering and enforcing programs, regulations, and standards designed to reduce injuries and illness on the job are also examined. Techniques to improve workplace safety and health for all workers by reducing hazards while increasing employer and worker awareness of commitment to and involvement with safety and health are also discussed. **Prerequisite: BUS210.**

**BUS352     Employment Law                        4.5**

**This course provides an overview of key legislation that impacts employee rights, training, consumer protection, compensation, benefits, employee and labor relations, and health, safety, and security. The importance of**

effective management practices to ensure regulatory compliance in the areas of employee and employer rights and responsibilities, job analysis, performance appraisal, and workplace behavior will also be reviewed. **Prerequisite: BUS210.**

**BUS353     Labor Management Relations            4.5**

The historical, current and legal analysis of labor relations in the United States and its impact on an organization's ability to compete in the market-place, to develop and maintain a successful workforce, and comply with the various statutory and common law regulations governing labor/ management relations are discussed in this course. Major topics include growth/ trends in the labor markets, collective bargaining, impact of labor relations on the organization's strategies, analysis of federal labor laws, certification process, methods employed by management to avoid unions, methods employed by unions to represent bargaining units, and strikes and lockouts. **Prerequisite: None.**

**BUS354     Compensation Management               4.5**

This course involves the study of laws, theories, and practices related to compensation administration and benefits. This course prepares students entering the human resource management field in solving specific problems and avoiding expensive errors. **Prerequisite: None.**

**BUS355     Managing People                       4.5**

The aim of this course is to provide an understanding of the role of managers in managing people, arguably the most important resource in an organization. The course describes the strategies managers can adopt to manage people, people-organizational linkages and impact of dynamic changes on these areas. **Prerequisite: None.**

**BUS360     Business Ethics                       4.5**

This course analyses basic principles of business ethics, moral reasoning and the capitalistic market economic system. Topics include a framework for moral reasoning, government regulation, ethics of bribery, price fixing, pollution, resource depletion, product safety, consumer protection as well as rights and duties of employees and corporations. **Prerequisite: None.**

**BUS361     Buyer Behavior                        4.5**

This course focuses on understanding and influencing consumer perceptions and buying decisions. Integrated into the process is the role of marketing research and the basic methods and techniques needed to interpret information relevant to targeting markets, positioning products, and designing effective marketing communications. **Prerequisite: None**



**BUS362      Sales Management                          4.5**

This course provides an in-depth review of a variety of methods that businesses use to communicate with and influence customers and prospective

customers. Methods covered include advertising, direct marketing, public relations, sales promotion, individual selling, and others.
**Prerequisite: None**

**BUS363      Strategic Issues in Marketing            4.5**

This course develops the marketing principles by which products and services are designed to meet customer needs, priced, promoted, and distributed to the end user. The focus is on the application of these marketing principles to a wide range of customers, both internal and external. Topics include new product/service introduction and segmentation and positioning strategy. **Prerequisite: None.**

**BUS364      Marketing Research                        4.5**

This course covers basic research methodology applied to marketing is- sues. Students study methods and techniques for collection, analysis, and interpretation of primary and secondary data for customer and business marketing. **Prerequisite: None.**

**BUS365      Marketing on the Internet                 4.5**

This course will provide students with the skills and knowledge needed to generate viable business via the internet. This course explores strategic directions, branding, business cases, and life-cycle management for developing products for a digital world. **Prerequisite: None**

**BUS366      International Marketing                    4.5**

This course covers the concepts and practices of marketing in the global environment and discusses modifications and adaptations required to meet the challenges associated with international marketing. Students also learn how to integrate strategies with international marketing functions. Prerequisite: None. **Prerequisite: None**

**BUS367      Business to Business Marketing            4.5**

This course develops the students' understanding of the various concepts in organizational buying and enables them to comprehend the buying processes of business markets. With value created and delivered in the marketplace as its cornerstone, this curse equips the students with necessary marketing tools to deal with issues related to business markets. **Prerequisite: None**

**BUS375      New Venture Creation                      4.5**

This course provides research and knowledge about the entrepreneurial process. Topics include opportunity recognition, teamwork, resource requirements equity creation, recognizing opportunities, effects of the Internet, attitudes and behaviors, rewards and incentives, ethics, finance, and a business plan. **Prerequisite: BUS300**

**BUS380      Project Management                        4.5**

This course will allow students to manage a project within their major field of study. Students prepare a project plan that includes details of their project, deliverables, dates when they will be completed, and the associated learning. Students implement their plan and record weekly status on their progress, issues, decisions, and learning. At the conclusion of the course, students complete their projects and summarize their results in a final report. **Prerequisite: None**

**BUS400      Advanced Financial Management             4.5**

This course analyses applied issues in corporate finance through a series of cases. Several concepts are covered including: advanced capital budgeting, valuation techniques, corporate risk management, currency hedging and valuation of start-ups. **Prerequisite: BUS300.**

**BUS405      Business Law: Legal                       4.5**

            **Environment for Business**

This course addresses the changing dynamics of business in the legal system. Covered are the basic theories of business law including the legal environment, legal theory and structure of the legal system. The course goes beyond the basic concepts and addresses challenging issues such as contract law, Uniform Commercial Code (UCC), and copyright, trademark and protection of intellectual property. **Prerequisite: None.**

**BUS415      Organizational Theory and Development    4.5**



This course examines the field of organizational development and pro- vides a background in organizational development theory and application. Topics include history of organizational development theory, models for organizational structure and change, and advances in organizational development theory. **Prerequisite: BUS210.**

**BUS416      Quality Management and Productivity      4.5**

This course examines the concepts of continuous improvement and qualty management, viewing quality as a systematic process that improves customer satisfaction. The course covers methodologies that aid managers in assuring that the company's quality system is effectively meeting the company's continuous improvement goals. **Prerequisite: None.**

**BUS420      Accounting Information Systems      4.5**

This course focuses on the impact of information technology on accounting including developments in the Internet, electronic commerce, EDI and databases. Additionally, the course provides information on developing, implementing, and maintaining an accounting information system. Also addressed are the increasingly competitive business environment and techniques to reap the most value at the least cost. **Prerequisite: BUS122.**

**BUS425      Diversity in the Workplace      4.5**

This course examines the management of a diverse workforce and the benefits of creating this diversity. Topics include understanding human behavior in an organization, changing marketplace realities, employment systems, affirmative action, behavior modification for employees and other topics related to a multicultural workforce. **Prerequisite: None.**

**BUS430      Competitive Strategies      4.5**

This course addresses the complex future faced by existing businesses. Materials cover strategic and organizational issues, restructuring, mergers and acquisitions, technological change, strategic alliances, and the challenges of creating and serving markets around the world. Topics include strategic goals, competitive environment, value chains, focus strategies, ethics, diversification, globalization, cooperation and competition, organization design practices, and implementing change. **Prerequisite: BUS120.**

**BUS440      Business Forecasting and Simulation      4.5**

This course examines the application of economic theory and methodology needed by business managers to forecast both technical and non-technical needs. Topics include tools and techniques for analysis, consumer and firm behavior, product demand, evaluation of decisions, technology benefits and challenges and interactions between firms and the marketplace. **Prerequisite: BUS300.**

**BUS450      Personal Financial Management      4.5**

This course introduces the student to the concepts, tools, and applications of personal finance and investments. The course assumes little or no prior knowledge of the subject matter and focuses on helping the student under- stand the process of financial planning and the logic that drives it. **Prerequisite: None.**

**BUS490      Business Administration Capstone      4.5**

This is a capstone course. The course encompass key elements of business operations which have been studied throughout the bachelor's program. Students work under the supervision of a faculty advisor to further refine and develop their skills and knowledge through a student-created independent project or case study. Project proposals must be submitted to the faculty advisor of the student's choosing and approved by the advisor and the dean before the student may register for this course. The student's final grade for the project will be determined by a faculty committee. **Prerequisites: Completion of all required courses and Approval of Program Director.**

**CIS101      Cooperative Education I:      0**

**Computer Information Systems**

Cooperative Education allows students to combine academic study with on the-job experience by working on paid training assignments coordinated and approved by Departmental Faculty. Upon completion of this course, students are able to apply theory to practice by demonstrating program learning outcomes in real work environments. **Prerequisite: Approval of the advisor.**

**CIS103      Fundamentals of Information Systems      4.5**

Students learn the founding concepts of Information Technology (IT) and the systems needed to achieve the measurable benefits of introducing IT into an enterprise. The course teaches students to analyse systems and learn how information technology can be used to design, facilitate, and



communicate organization goals and objectives. An overview of hardware and software with its relation to information technology is also presented. **Prerequisite:  None.**

**CIS130        Introduction to Databases                    4.5**

This course presents the fundamental concepts of databases and their application. The topics include abstract data types, recursion, mathematical induction, sorting and searching, indexing, file processing, constructing database schema, and querying a database. The course also covers the basics of database analysis, design, and administration. The emphasis is put onto both familiarizing students with the most commonly used data- bases as well as introducing them to the emerging new technologies such as cloud-based databases. **Prerequisite:  None.**

**CIS131        Programming Fundamentals            4.5**

In this course, students develop skills and concepts essential to good programming practice and program solving. It covers fundamental programming concepts, object-oriented and event-driven programming, basic data structures, algorithmic processes, and problem solving. This is the introductory programming course for IT majors and is designed for students with little or no programming experience. **Prerequisite:  None.**

**CIS133        Technical and Professional                    4.5
               Communication**

The course is designed to facilitate the understanding of the social and professional context of information technology and computing and to prepare the students for entering the workplace. Students learn how IT supports an organization and are introduced to the teamwork concepts, group dynamics as well as a variety of leadership styles as applied to IT business. In addition, the course stresses oral and written professional communication skills by preparation of technical proposals, reports, presentations, and formal papers. **Prerequisite:  None.**

**CIS141        Hardware Fundamentals                    4.5**

This course develops knowledge and skills in preventative maintenance, troubleshooting and repair of desktop computers, laptops, printers, expansion buses, multimedia, video, modems, and SCSI controllers. In addition, the course provides an introduction to operating systems installation and troubleshooting, as well as gives an overview of the current trends in technology of memory, monitors, and hand-held devices. This course requires a computer lab fee. **Prerequisite:  CIS103. Lecture Hours: 35; Lab Hours: 20.**

**CIS144        OS Architecture                    4.5**

The course builds an understanding how an operating system works and its architecture. The students learn how OS concepts are implemented in a real operating system. The course provides an introduction to the system programming as well as current trends in OS research. This course has a computer lab fee. **Prerequisite: CIS141. Lecture Hours: 35;  Lab Hours: 20.**

**CIS146        Fundamentals of Networking            4.5**

This course provides the solid foundation of networks and networking in IT. The topics include routing, switching, physical layer, and application areas. Upon completion, the students are able to compare the characteristics of various communication protocols and how they support application requirements. Both OSI and Internet models are compared and contrasted as they apply to contemporary communication protocols. In addition, the students learn how to solve basic networking problems and perform troubleshooting operations on LANs and connected devices. This course has a computer lab fee. **Prerequisite:  None. Lecture Hours: 35;  Lab Hours: 20.**

**CIS200  Business Analysis                    4.5**

The course provides a comprehensive overview of the business analysis and its role within a modern organization. Students are introduced to the concepts of business modelling, requirement gathering, and UML methodology. Special attention is drawn to exploring the business analysis tools at different stages of SDLC. **Prerequisite: CIS103.**

**CIS201        Fundamentals of IT Security            4.5**

After taking this course, students understand the field of network security and how it relates to other areas of information technology. This course provides the broad knowledge necessary to prepare for further study in specialized security fields or serves as a capstone course introducing the field. **Prerequisite:  CIS146.**

**CIS202  Fundamentals of Web Technology            4.5**

This course covers the basics of design, implementation, and testing of web based applications including related software, databases, interfaces,



and digital media. The students learn how to apply effective graphic design techniques and methods to create well-designed web pages that meet site requirements. Upon completion, the students are able to create and validate HTML/XHTML documents both by writing HTML code directly and using HTML code generators. In addition, a brief assessment and comparison of emerging and existing web technologies is provided including but not limited to XML and Java. This course has a computer lab fee. **Prerequisite: None. Lecture Hours: 35; Lab Hours: 20.**

### CIS205  Fundamentals of Human-Computer Interaction  4.5

This course is designed to build the understanding and the advocacy of the user. Students learn how to employ user-centered methodologies in the development, evaluation, and deployment of IT applications and systems. The topics include user and task analysis, human factors, ergonomics, accessibility standards, and cognitive psychology. Upon completion, students are able to perform a simple usability evaluation for an existing software application and develop an effective user-friendly prototype of a GUI. Special attention is given to ergonomics and current technologies such as mobile, wearable and pervasive computing, and virtual reality systems. **Prerequisite: None.**

### CIS206    Database Concepts and    4.5
Relational Database Management Systems

This course is designed for students with limited or no previous database experience. Course outcomes include a solid understanding of fundamental database terms and concepts such as tables, queries, forms and reports, and their application using a popular database. This course also intro- duces database analysis, database design, and N-tiered client-server data- base systems. A problem-based approach using SQL is used in this course. This course has a computer lab fee. **Prerequisite: None. Lecture Hours: 35; Lab Hours: 20**

### CIS207    Programming Languages    4.5

In this course, students gain an understanding of object-oriented programming concepts with specific emphasis on modern programming languages. This hands-on training course focuses on applet and application development. Basic constructs are explained with more detail than in regular programming courses. Students learn how to create multithreaded applets and applications, and develop platform-independent graphical user interfaces. Lab exercises and projects reinforce ideas and concepts learned. This course has a computer lab fee. **Prerequisite: None. Lecture Hours: 35; Lab Hours: 20.**

### CIS211    Internet Concepts    4.5

In this course students are introduced to all aspects of the Internet, including: its history, how to connect to it, for what, and how it is used. Applications include email, the World Wide Web, on-line services, databases and searching. This course familiarizes students with the Internet and lays the foundation for the design and creation of a Website. The course covers how to use HTML & other Internet technologies to develop Web pages and how to enhance the appearance of Web pages to communicate more effectively. The functions of information technology that support e-business are emphasized. **Prerequisite: None.**

### CIS220    System Analysis and Design    4.5

This course focuses on how computer-based technologies impact organization IT processes, methods, techniques and tools. Students learn methodologies for analysing a business problem and determining what role computer-based technologies play in addressing organizational needs. **Prerequisite: CIS200.**

### CIS221    Requirement Engineering    4.5

This course explores methodologies in requirements engineering. The course covers concepts for systematically establishing informal to formal models of engineering. Students learn how to use systematic decision making to manage requirements for large, complex, software-intensive systems from technical, organizational and management perspectives. **Prerequisite: None**

### CIS223    System Administration and    4.5
Maintenance

The course covers the aspects of administration and maintenance of operating systems, networks, software, file systems and servers, web and data- base systems, as well as system documentation, policies, and procedures. Topics include further investigation of the operating systems, applications, and administrative activities such as user and group management, security, backup, and disaster recovery planning. The administrative responsibilities over the various domains are assessed, compared, and contrasted. This course has a computer lab fee. **Prerequisite: None. Lecture Hours: 35; Lab Hours: 20.**

### CIS224    Legal and Ethical Aspects in    4.5



**Cyber Security**

Students are introduced to the ethical and legal practices related to cyber security and cyberspace such as privacy, intellectual property, cybercrime, critical infrastructure protection, and cyber warfare. Technology issues are discussed to demonstrate the interdisciplinary influences and concerns to be addressed while developing or implementing effective cyber security laws and policies. The content of the course is targeted at ensuring the privacy, reliability, and integrity of information systems. **Prerequisite: None.**

**CIS225        Network Management                4.5**

In this course, students further develop the knowledge and skills in the network management and administration. The conceptual and practical framework for both wired and wireless network configuration and management is compared and contrasted through a series of hands-on exercises and projects. In order to manage networks efficiently, students learn scripting in different operating systems. The expected learning outcomes include designing LAN/WAN, troubleshooting of a variety of networking problems, and demonstration of effective management skills while operating an enterprise switch through a management console. In addition, the course introduces the performance evaluation procedures. **Prerequisite: CIS146.**

**CIS232        Database Programming            4.5**

Data Modelling and Relational Database Design (DMRDD), including the use of Entity Relationship (ER) modelling is discussed in detail using practical business examples. Normalized, stable, maintainable and well- defined relational databases are analysed. Rules and constructs of Structured Query Language (SQL) and SQL*Plus, including various elements of the SELECT statement will be used to create, store, retrieve, and manipulate data in an Oracle database. This course has a computer lab fee. **Prerequisite: For information technology students, CIS130. For business administration students, CIS206. Lecture Hours: 35; Lab Hours: 20.**

**CIS243        E-Commerce                    4.5**

This course focuses on the foundations of e-commerce, its strategic role, and the organizational and management changes driving e-commerce. An overview of the hardware, software, data storage, database connection, basic networking infrastructure, and telecommunications technologies supporting e-commerce allows students to build a solid understanding of e-commerce technology. Topics also include protocols used for authentication and payment in e-commerce, introduction to symmetric and public key encryption, digital signatures, digital certificates, Secure Socket Layer protocol, Transport Layer Services, and secure electronic payment protocols. This course has a computer lab fee. **Prerequisite:  None. Lecture Hours: 35; Lab Hours: 6 Lab Hours: 20.**

**CIS247        Information Assurance and            4.5
              Cyber Security Architecture**

Students learn the basics of information assurance and cyber security architecture. This course includes fundamental aspects of counter measures over various security domains, computer forensics, information states, security services, threat analysis, and vulnerabilities. While working on individual or team-based projects, students synthesize and apply practical understanding of the principles of data protection, network security, and computer forensics including their understanding of the ethical, legal, and policy issues associated with information assurance and security. **Prerequisite: CIS201.**

**CIS253        Server OS                    4.5**

This course covers modern server technology, advanced distributed systems theoretical, and technical aspects and their core elements. In this course, students learn how to install, configure, optimize, and trouble- shoot current and emerging Windows server operating systems, managing, monitoring, and optimizing server system performance, reliability, and availability. Topics include resource administration, hardware devices and drives, system performance and reliability, network protocols and services, performance analysis of multi-server systems, resource management, and data sharing in grid systems. Modern client server systems such as large cluster based systems, scalable web-server systems, audio/video streaming servers, and VOD severs, optimal server placement, and efficient server selection in large networks are discussed. **Prerequisite: CIS144.**

**CIS254        Client OS                    4.5**

This course introduces an overview of features and functions of client operating systems. Through hands-on projects the students are gaining practical knowledge in installation, configuration, management, and troubleshooting of current client operating systems in standalone as well as a networked environment. By the end of the course, students have the ability to configure and support environments running current version of Windows OS. **Prerequisite: None.**

**CIS256        Database Design                4.5**

In this course, students learn how to produce a detailed database model that provides an appropriate storage structure for data to be used in a system while ensuring data integrity and suitability for general-purpose queries. A systematic database design process for creating a well-designed



database is introduced and various database models including conceptual, physical, and logical are discussed. Special attention is paid to the use of Entity Relation (ER) modelling using practical business examples, relational databases, database normalization, and structured query languages for data manipulation. **Prerequisite:  CIS130.**

**CIS258        Database Administration                    4.5**

In this course,  students learn how to create,  query,  and modify complex and highly scalable database using SQL and  PL/SQL, and optimize, maintain, troubleshoot, secure,  and monitor database. This hands-on training course focuses on the use of current and emerging relational database tools and technologies to make complex queries  and modifications to the database; perform database recovery and monitoring; backup and restore database; perform database auditing,  archiving,  and distribution; and establish user accounts,  roles,  and access control.  Topics include database objects, database queries,  database views, T-SQL scripts, stored procedures, backup types including full and incremental backups, concurrency, table structures and indexing, and database interoperability. Special attention is paid to the use of Oracle  and SQL database servers.  This course  has a computer lab fee. **Prerequisite:  CIS130.  Lecture Hours: 35;  Lab Hours: 20.**

**CIS300        Managing Information  Systems            4.5**

This course  will focus on information system which supports business decisions, internal business processes, customer relations, and interaction with suppliers.  It deals with the organizational  foundations of such  systems, their strategic role, and the organizational and management changes driving electronic commerce,  electronic  business and the emerging digital firm.  The course  includes  an overview of the hardware, software,  data storage, and telecommunications technologies needed for information systems.  The impact of such systems on the reengineering of critical business processes and on the decision making cycle are discussed in detail. **Prerequisite: None.**

**CIS301        Event-Driven Programming                4.5**

The course  is designed  to facilitate practical  understanding of event-driven programming.  Students are introduced  to the event handling  methods, event propagation,  and exception  handling.  Also comparison  is driven between event-driven programming and command-line programming.  The learning outcomes include designing, coding, testing, and debugging simple event-driven programs  that respond  to user events, as well as developing a code that responds  to exception  conditions  raised during execution. **Prerequisite: CIS207.**

**CIS302        Routing and Switching                    4.5**

This course covers routing and switching concepts,  configuration,  implementation, and management. In this course,  students learn how to work with complex and converged network infrastructure  that includes routers and switches,  use of appropriate  routing and switching devices and external management tools, build networks using multi switching technologies over high-speed  Ethernet connections,  configure  and troubleshoot  various routed environments including access, distributed, and core environments, and manage access and control overhead traffic in growing routed networks. Topics include  proprietary  routers and switches for LAN and WAN environments installation and operation,  IP, IPX, and  IGRP protocols configuration, frame relay and dial-up router interfaces, router capabilities and connecting corporate enterprise  networks to an ISP. This course has a computer lab fee. **Prerequisite:  CIS146. Lecture Hours: 35; Lab Hours: 20.**

**CIS305        E-Business  IT Infrastructure            4.5**

This course  discusses  the basic networking  infrastructure  used in e-business and the typical multi-tiered e-business architectures.  Technologies include the OSI Reference Architecture, IP protocol, (connection  establishment, error control, congestion control)  and the HTTP protocols. Topics also include load balancers,  web servers,  application  servers,  and database servers in an e-business site architecture  as well as software architecture elements.  Computer Lab Fee Required. **Prerequisite:  None. Lecture Hours: 35; Lab Hours: 20.**

**CIS311        Data Centers  and Virtualization        4.5**

This course  introduces  the concepts and recent developments in cloud computing and data centers.  Upon a review of cloud  computing,  data centers,  and virtualization technologies, the course  works on a variety of projects to address  practical  issues  in today's cloud platforms and data centers. **Prerequisite: None.**

**CIS339        Network Operations                    4.5**

In this course,  students further develop the knowledge and skills in corporate network operation including network monitoring, management, maintenance, and troubleshooting.  Topics include network communications and data delivery methods, TCP/IP networks implementation, deployment and services, network protocols characteristics  and configuration, LAN, WAN,  and remote  networks'  components and implementations, internetworking devices and operating systems, network access control, incident response and reporting, and technologies related to network security, monitoring, and  disaster  recovery.  Special attention  is paid  to identifying  major  corporate  network  issues and tools and techniques  used in  network troubleshooting.  This course has a computer lab fee. **Prerequisite: CIS146. Lecture Hours: 35; Lab Hours: 20.**



**CIS345        Mobile Computing                           4.5**

The course provides the insight on mobile computing. It is designed to give an overview of the history and evolution of wireless standards as well as to introduce students to the most current trends in the industry of mobile computing. Special attention is given to current performance issues and emerging technologies. Upon course completion, students are able to develop simple real-world mobile applications that rely on mobile and wireless data communications. **Prerequisite: CIS207.**

**CIS364        Software Quality Assurance              4.5**

The course introduces the software verification and validation and uses both static and dynamic techniques of system checking to ensure the resulting program satisfies its specification and the program as implemented meets the expectations of the stakeholders. Students build a solid understanding of the general testing principles that guide software testing, examine the different phases of testing, and describe the role of regression testing and impact analysis in maintenance. In addition the students learn when and how to apply static analysis for maximum benefit and discover the three main categories of test design techniques. **Prerequisite: None.**

**CIS365        Object-Oriented Programming            4.5**

The course introduces the concepts of object-oriented programming such as object-oriented programming paradigm, encapsulation and information hiding, abstraction, inheritance, and polymorphism. Theoretical principles learned are reinforced through design, implementation, testing, and debugging simple programs in an object-oriented programming language. **Prerequisite: CIS207.**

**CIS374        Security Mechanisms (Countermeasures) 4.5**

The course is designed to provide an overview of the modern aspects of cryptography, authentication, redundancy, and intrusion detection. The learning outcomes include an installation and configuration of a PKI- based application. Upon completion of the course, the students are able to give the characteristics of an effective password, explain the differences between symmetric and asymmetric cryptosystems, as well as the differences in efficiency and performance between software-based and hard- ware-based cryptosystems. **Prerequisite: CIS200.**

**CIS376        Software Security, Practices,              4.5**
                **Policies, and Standards**

This course gives the students the insides of the best security coding practices as well understanding of the role the policies and standards play in modern information security. The topics include an introduction to the goals of secure coding, an overview and comparison of evidence-based security and code access security, authentication methods to system re- sources and services, and data encryption between systems and services. After completion of the coursework, the participants are able to develop and test a simple application that uses systems services to encrypt a data stream, send it to a different system, and decrypt the data stream. Also the class team works on performing a security audit of the code of an existing system, identifying problems that violate best security coding practices, and making recommendations to fix each problem. In addition, the participants are

able to develop a set of policies that implement a specified organizational objective and satisfy the current standards for industry and justify why each policy is necessary to meet a specific objective. **Prerequisite: CIS200.**

**CIS390        Basic Computer Technology,              4.5**
                **Applications, and Security Bridge**

This course challenges students in areas of basic computer technology, components of a PC, assembling a PC, installing devices, and installing software including diagnostic software. Preventive maintenance, trouble- shooting, and repair of desktop computers, laptops, printers, expansion buses, multimedia, video, modems, and SCSI controllers, as well as and resolving memory, and software issues is investigated. Students will be able to set up, maintain, and service a basic computer system for home or small business. Basic computer safety and security will be addressed. **Prerequisite: None.**

**CIS391        Server/OS, Relational Databases, and      4.5**
                **Software Security Bridge**

This course covers modern server technology and advanced distributed systems theoretical and technical aspects and their core elements. In this course, students learn how to install, configure, optimize, and trouble- shoot current and emerging Windows and other server operating systems, managing, monitoring, and optimizing server system performance, reliability, and availability. Topics also include relational database design and management, and software security. **Prerequisite: None.**

**CIS392        Networking Bridge                         4.5**



This course covers basic networking and network management. Essential elements of the TCP/IP are investigated. Wired and wireless network configuration and management is compared and contrasted through a series of hands-on exercises and projects. In order to manage networks efficiently, the students learn scripting in different operating systems. Students are able to design LAN/WAN, troubleshoot of a variety of networking problems, demonstrate effective management skills while operating an enterprise switch through a management console. This includes a study of network protocols and layering, physical and link layers, retransmissions, multiple access, switching network layer, internetworking, intra- and inter- domain routing, transport layer, reliability, congestion control, DNS, Web/HTTP, content distribution, quality of service, and real-time apps. **Prerequisite: None**

**CIS400      Cloud Computing                    4.5**

The course focuses on the technology of the cloud. The topics include an overview of social and legal impacts of cloud computing, database and information management aspects of the cloud, architecture of today's cloud computing client systems. In addition, the evolution of the Internet to support the cloud, the architecture of modern cloud data centers, and the technologies used within them is discussed. By the end of the course, the students develop a solid knowledge of the underlying theory, the cur- rent set of research and engineering challenges, and newest trends in the field. **Prerequisite: None.**

**CIS401      Modern Communications              4.5**

The course explores the concepts of the Digital Age technology and mod- ern communications systems. A thorough theoretical and hands-on introduction to the technical terms and commonly used computer and communications components and devices is provided. The topics include voice, video and data communication technologies and networks, and mobile and over Internet communications. . A special attention is focused on the aspects of communication security, privacy, ethical practices, and protective measures. **Prerequisite: None.**

**CIS411      Threat Analysis Model              4.5**

This course covers the security threat around the attacks and mitigations while analysing computer security by building on the high-profile security failures. Different types of the attacks are studied, compared, and contrasted. The students are familiarized with the most effective countermeasures for blocking or weakening the attacks. As an additional learning outcome, they learn how to perform effective security management and risk analysis. Privacy concerns as well as the aspects of law and ethics are introduced. **Prerequisite: CIS200.**

**CIS412      Vulnerabilities                   4.5**

The students learn how to detect and respond to vulnerabilities and minimize exposure to costly security breaches, as well as to employ real- world exploits and evaluate their effect on the information systems. In addition, the participants learn how to configure vulnerability scanners to identify weaknesses, analyse the results of vulnerability scans, and establish a strategy for vulnerability management. **Prerequisite: CIS201.**

**CIS420      Intrusion Detection               4.5**

This course provides students with the theoretical principles and techniques of forensics as it relates to data communication and network intrusion. Students will learn basic cryptography, fundamentals of computer/network security, risks faced by computers and networks, security mechanisms, operating system security, secure systems design principles, and network security principles. Special emphasis is placed on computer crimes and forensics in law enforcement and financial accounting practices. Forensic tools are discussed. **Prerequisite: CIS201.**

**CIS435      Business Information Systems Security    4.5**

This course focuses on the development of a security policy that balances access, protection and cost, and the importance of a global policy that is consistent throughout the organization. Topics include security threats, security tools, system security, firewalls, voice systems, and security deployment and management. This course deals primarily with management and enforcement of security system requirements, rather than with the actual configuration of hardware. **Prerequisite: None.**

**CIS460      Software Configuration Management      4.5 and Packaging**

This course introduces the students to the basics of SCM. The topics include the definitions, a discussion of the benefits of SCM, and an overview of the management of SCM at both organizational and project/pro- gram levels. The participants learn different types of software configuration libraries and how to use them to balance the needs for flexibility and stability in the software development process. The guidelines are given for evaluating and selecting the right SCM tools for the specific organization needs. The students also learn to identify the software configuration items and baselines, including methods for assigning unique identifiers to versions and revisions of different types of items and baselines. In addition, this course provides an overview of how to conduct functional, physical configuration, and in-process SCM audits. It also discusses aspects of software release management. **Prerequisite: CIS207.**

**CIS490      Information Technology             4.5**
            **Senior Project**



Students work under the supervision of a faculty advisor to further refine and develop their skills and knowledge through a student-created independent project. Project proposals must be submitted to the faculty advisor of the student's choosing and approved by the advisor and the dean before the student may register for this course. The student's final grade for the project will be determined by a faculty committee. **Prerequisite: Approval of the advisor.**

**ENG099    English Enhancement**

This course focuses on the acquisition of the reading, writing, and listening skills necessary to survive in a college setting. The focus is on advanced note taking; paraphrasing skills; and reviewing grammar, sentence structure, punctuation skills, and style as required for effective written communication. Throughout all class meetings, elements of critical learning skills are addressed to insure a command of English is recalled, understood, and applied. **Prerequisite: None.** Note: This course is intended as a remedial class and carries no degree credit. It is equivalent to 4.5 credit hours for purposes of student status and tuition cost.

**ENG111    College Composition                4.5**

This course focuses on reviewing grammar, sentence structure, punctuation skills, and style points required for effective written communication. Students use a standard handbook and apply proofreading skills to all types of written communications. The student is guided in learning writing as a process: understanding audience and purpose, exploring ideas and information, composing, revising, and editing. **Prerequisite: ENG099 or higher or a score of 5 or greater on the Write Placer test.**

**ENG211    Oral Communications                4.5**

This course presents the principles and functions of spoken communications. The student learns how to prepare to deliver various types of oral presentations. Emphasis is on planning and on how to orient content to a particular audience. Students present short talks and plan and present longer, more formal speeches on assigned topics and/or on topics of choice. **Prerequisite: ENG111.**

**ENG220    Advanced Composition and Research        4.5**

This course emphasizes advanced writing and research including under-standing the documentation process, presenting material in academic form, and academic research techniques. Materials may include MLA and APA styles, effective use of internet research tools, critical reading processes, and research writing techniques. **Prerequisite: ENG111.**

**HUM110    Principles of Ethics                4.5**

This course focuses on the application of ethics to personal and professional life. Positive and negative sides to behavior and how this affects self- image and self-respect are discussed. **Prerequisite: None.**

**HUM111    History of Cultures Across Antiquity        4.5**

This course is designed to provide students with tools to build cultural competence using historical facts and events as primary guidance. Students are exposed to an array of fundamental experiences that define western culture through its evolution across time. The overall goal is to identify the historical roots of western culture and how it has evolved and adapted into our multicultural society. **Prerequisite: None.**

**HUM200    Creative Expression                4.5**

This course is designed to uncover and investigate the creative aspects of human expression. Through the analysis of literature, drama, visual arts and music, students will learn to make connections between the various elements of emotional and artistic expression for the purpose of growing and enhancing their own creativity skills. **Prerequisite: None.**

**HUM201    Philosophy and Religion                4.5**

This course examines fundamental human values and how they are ap- plied across major philosophical systems and religions. This investigation takes place both along temporal as well as geographical coordinates. Students are provided the tools to develop critical reflection on their own lives and the impact these have on the surrounding world. **Prerequisite: None.**

**HUM250    Cross-Cultural Competency            4.5**

This course is designed to provide students with tools to build cultural competence in today's world. Students develop awareness and understanding of cultural diversity by examining the most important characteristics found across a variety of contemporary cultural systems. The overall goal is to analyse the challenges and benefits of diversity and develop greater cultural intelligence that promotes and capitalizes on living and working together in a multicultural society. **Prerequisite: None.**

**HUM220    The Cultural Mirror: Fiction            4.5**



This course investigates the uses of fiction in a range of narrative styles, from traditional and innovative to western and non-western. Emphasis is placed on the appreciation and meaning of verbal texts across different cultures, times, and forms. The goal is to assess how the various manifestations of literary production shape both our emotions and, as a reflection, the very world that surrounds us. **Prerequisite: None.**

**HUM221    The Contemporary World                4.5**

This course is designed to explore topics related to contemporary global themes and explores their effects in an increasingly interconnected world. Students learn about various factors that shaped recent events using a balanced perspective. The topical nature of this course helps students develop an understanding of the twentieth century, as well as prepares them to construct informed arguments about events that are unfolding today. **Prerequisite: None.**

This course provides an introduction to the basic techniques of mathematics and the application to problem solving in different areas of business and industry. The course is intended for remediation of incoming students only; it is not intended to prepare students for College Algebra, Statistics, or Introduction to Calculus. **Prerequisite: None.** Note: This course is intended as a remedial class and carries no degree credit. It is equivalent to 4.5 credit hours for purposes of student status and tuition cost.

**MAT111    Modern Math with Algebra             4.5**

This course explores a variety of algebraic concepts including rational expressions, radicals, exponents, and quadratic equations. This course also provides an introduction to modern techniques of mathematical problem solving and the application of these techniques in different areas of business and industry, including but not limited to logic, numeration, voting theory, and graph theory. Prerequisite: MAT099 or MAT110 or an ACCUPlacer score of 75 or greater on the diagnostic arithmetic test.

**MAT210    College Algebra                      4.5**

This course builds on a variety of algebraic concepts including graphs of equations in two variables, functions and their graphs, linear and quadratic functions, polynomial and rational functions, exponential and logarithmic functions, analytical geometry, systems of equations and inequalities, sequences, induction and the binomial theorem. **Prerequisite: MAT111 or an ACCUPlacer** score of 100 or greater on the arithmetic test and an ACCUPlacer score of 65 or greater on the elementary algebra test.

**MAT220    Discrete Mathematics                 4.5**

This course provides an overview of mathematical abstractions and notations related to computer science. Students use critical thinking to apply discrete mathematic techniques to solve problems. Topics include logic and proof, basic set theory, algorithms, induction, graph theory, recurrence relations, and probability. **Prerequisite: MAT210**

**MAT211    Statistics                           4.5**

This course presents material essential to developing a new competency in qualitative literacy. The course focuses on students collecting and interpreting data, descriptive and inferential statistics, and probability. **Prerequisite:** MAT111 or higher.

**MAT212    Probability and Statistics           4.5**

This course introduction to probability and statistics as it relates to computer science. Students strategize on collecting, analysing and interpreting data. Topics include data presentation, fundamentals probability, measures of central tendency, and statistical inference. **Prerequisite: MAT210.**

**MAT275    Introduction to Calculus             4.5**

This course focuses on techniques of differential and integral calculus. Students gain a sound, intuitive understanding of the basic concepts of calculus through a problem-solving approach. Topics include functions, graphs, and limits; differentiation; derivatives; exponential and logarithmic functions; integration; and variables. **Prerequisite: MAT210.**

**PSY110    Social Psychology                    4.5**

This course provides an application of psychological principles to the development of a stable social framework within business and personal environments. **Prerequisite: None. Approval of the advisor.**

**PSY220    Human Growth & Development           4.5**

This course emphasizes the psychological, cognitive, emotional, and social development of the human organism. Materials include those related to the various stages of the life span, and the developmental influence of social class, the family, the school, and the group. A focus is placed on the



abilities, needs, problems, and concerns of humans to change throughout life, and how people are shaped by their experiences throughout their development. **Prerequisite: None.**

**PSY225      Positive Psychology                    4.5**

This course provides an introduction to the relatively new field of positive psychology. Positive psychology calls for as much focus on strength as on weakness, as much interest in building the best things in life as in repairing the worst, and as much attention to fulfilling the lives of healthy people as to healing the wounds of the distressed. Historically, psychology has been 'negative' in orientation. It has narrowly sought to understand and repair human weaknesses and liabilities. Positive psychologists say the psychology of the past sixty years is incomplete. As simple as that sounds, it demands a change in perspective. This seminar focuses on the basics of positive psychology. Students are provided with opportunities to understand theory and research pertaining to the psychology of human strengths, assets, abilities, and talents. Knowledge gains are reinforced with personalized experiential learning exercises. **Prerequisite**: None.

**PSY240      Critical Thinking and Reasoning         4.5**

This course is designed to help students develop critical thinking skills. Participants are exposed to both logical and illogical thinking processes as a means to develop their skills in reasoning, analysis and the use of logical arguments. Various kinds of arguments are presented and analysed, and logical fallacies are explored with the goal of reaching sound conclusions. Deductive and inductive reasoning are examined as are the criteria for sound reasoning and common reasoning mistakes people make. Students debate issues from different sides with both logical and illogical arguments. **Prerequisite: None.**

**PSY250      Mindful Leadership                      4.5**

This self-exploration course is designed to help professionals become more thoughtful leaders who are able to lead individuals, teams, and organizations. The course focuses on the concept of "Mindful Leadership" and helps to develop "soft skills" necessary to effectively navigate the world. Topics may include, but are not limited to, leadership, emotional intelligence, meditation, personal psychological assessment, mental health, and creativity. **Prerequisite: None.**

**SCI110      Principles of Biology                   4.5**

This course examines scientific concepts and principles in an integrated manner to provide an overview of the sciences. Topics include physics, astronomy, chemistry, earth science, and biology as a means to address areas such as growing global population, limited resources, and the fragile environment. **Prerequisite: None.**

**SCI210      Environmental Science                   4.5**

This course investigates the impact of a variety of factors both human and natural that affect the environment. Through the study of authentic environmental situations, students engage in investigations and labs to deter- mine causal relationships and suggest remedies. **Prerequisite: None.**

**SCI115      Introduction to Computer Literacy      4.5**

This course covers basic computer concepts including hardware components and the application of software programs. Topics include components of a computer system (CPU, memory, ports, busses, etc.), operating systems and utilities programs, communication and network, ethical is- sues, and usage of the Internet. This course also covers the use of word processing software to generate business documents, including the use of spreadsheets. Students learn how to create, modify, insert formulas, use what-if-analysis/ goal seek concepts, and format worksheets profession- ally. In addition, the course , the course covers the use of database software and concepts such as creating tables, queries, forms, and reports, and the use of presentation software and personal information management software such as Outlook. **Prerequisites: N**

**SCI211      Impact of Science and Technology       4.5**

This course is an introduction to the basic concepts of science and future thinking. The content demonstrates how scientific and technological advances have significantly impacted all aspects of contemporary life. Prerequisite: None.

**SCI212      Nutritional Science                     4.5**

This course centers on an explanation of the basic principles of nutrition and their relationship to health. The structure, functions, and sources of nutrients, including carbohydrates, fats, vitamins, minerals, and water are discussed. Current issues in nutrition are reviewed, including dietary guide- lines, energy balance, food proportions/preparation, and dietary fats. Prerequisite: None. Lecture Hours: 35; Lab hours: 20

**SCI250      Microbiology                           4.5**



This course examines the structure; nutrition; growth; genetics; classification; and ecology of bacteria, viruses, fungi, and protozoa. Attention is given to methods of microbial control and the human immune response to microbes. Students also learn the fundamentals of microscopy, laboratory safety, scientific method, and techniques of experimentation. This course has health sciences lab and supplemental instructional fees. Prerequisite: None. Lecture Hours: 30; Lab Hours: 30.one.

Note: This course does not fulfill open SCI arts and sciences requirement

**SCI260       Introduction to Biochemistry              4.5**

This course examines the basic structures and functions of carbohydrates, lipids, nucleotides, and proteins and their role in human metabolism. Vitamins, coenzymes, and minerals are examined and pathways for xenobiotic metabolism are discussed. **Prerequisites: SCI250**



## Graduate Programs

An academic staff and facilities support the Stratford graduate programs. Research-driven academic projects are central to the educational structure. Projects may include computer networking, satellite system design, signal processing, microelectronics, website design, database design, business plans, and venture capital proposals. Students and faculty pursue scholarly work related to the disciplines addressed in these programs. Facilities are in place to utilize the latest technology for teaching, research, and other scholarly activities. Graduates are qualified for a number of high-level technical and management positions in industry and government.

Students may benefit from the opportunity to apply the skills learned in the classroom in a real world environment. Students may incorporate cooperative education courses throughout the program instead of waiting until program completion. Cooperative education is a pass/fail course and may be repeated multiple times. This is available through any graduate program.
CIS599, EBM599, HCA599.

## School of Business Administration

## Business Administration, Master

The mission of the Master of Business Administration program is to provide graduate learners with the skills needed to be successful managers and leaders in a competitive global business environment. The core business functions of economics, finance, sustainability, business ethics, global operations, marketing, human resources, project management, organizational behavior, management information systems, and corporate strategy are taught with a focus on problem-solving and practical application in the workplace. The curriculum balances the technical, data-driven, quantitative skills to make objective decisions with interpersonal and communication skills necessary to work effectively with people at all levels from all cultures. Most importantly, these topic areas are integrated throughout the curriculum. The concepts and theories learned in the program are applied to the capstone that combines academic and professional development.

At the end of the program, students are able to:

- Integrate contemporary business theories, concepts and techniques into an organization.
- Analyze problems through critical, creative, systematic and ethical thinking to make value-based business decisions.
- Assess types of complexities, risks, and competitive advantages as it relates to the business environment.

This program typically takes 28 months to complete for part-time enrollment and 14 months to complete for students enrolled full-time.

Required courses for MBA (12 core) = 12 courses or 54 credit hours

**Core Requirements (12 courses or 54 credits)**

| Number | Course Name | Credits |
|--------|-------------|---------|

69

EBM502 ......Research Methods        4.5
EBM503 ......Global Leadership and Organizational Behavior 4.5
EBM532 ......Legal Environment and Business        4.5
EBM554 ......Global Economies and Markets 4.5
EBM573 ......Global Business Operations      4.5
EBM587 ....... Strategic Business Marketing    4.5
EBM595 ......Competitive Strategy and Innovation    4.5
EBM609 ......Financial Management and Policies      4.5
EBM632 ......Sustainability and Social Entrepreneurship        4.5
EBM636 ......Organizational Change Management      4.5
EBM680 ......Project Management    4.5
EBM690 ......Business Capstone        4.5

# SCHOOL OF COMPUTER SCIENCE & INFORMATION TECHNOLOGY

## Information Technology, Master of Science

The goal of the Master of Science in Information Technology program is to provide students with the theoretical foundation of information systems. The program seeks to enable students to develop technical and management skills by participating in competency-based projects focused on the development, integration, deployment, and management of enterprise information systems within the modern business environment. The program uses sound practices, current and emerging tools and technologies, and effective teamwork approaches.

At the end of the program, students are able to:
- Design computer-based systems, processes, components or programs to meet organizational needs.
- Integrate professional, ethical, and legal standards to maintain secure information systems.
- Evaluate information from various sources in order to solve real world IT situations.

This program typically takes 28 months to complete for part-time enrollment and 14 months to complete for students enrolled full-time.

Required courses for MS Information Technology (7 core, 5 elective) = 12 courses or 54 credit hours

### Core Requirements (7 courses or 31.5 credits)

| Number | Course Name | Credits |
|---|---|---|
| EBM502 | Research Methods | 4.5 |
| ISM511 | Enterprise Architecture | 4.5 |
| ISM521 | Database Systems Technology | 4.5 |
| ISM531 | Ethics and Professional Issues in IT | 4.5 |
| ISM540 | Information Systems Management Project I | 4.5 |
| ISM542 | Information Systems Security | 4.5 |
| EBM680 | Project Management | 4.5 |

### Elective Courses (choose 5 courses or 22.5 credits)

Stratford
University

ISM530…..…Decision Systems Technology 4.5 credits
ISM550…..…Human-Computer Interaction 4.5 credits
ISM560…..…Cloud Computing 4.5 credits
ISM570…..…Technological Innovations 4.5 credits
ISM580…..…Tools and Technologies I 4.5 credits
ISM581…..…Tools and Technologies II 4.5 credits
ISM590…..…Current Topics in Information Systems Management I 4.5 credits
ISM591…..…Current Topics in Information Systems Management II 4.5 credits
ISM592…..…Current Topics in Information Systems Management III 4.5 credits
ISM593…..…Current Topics in Information Systems Management IV 4.5 credits
ISM600…..…Information Systems Management Project II 4.5 credits

# GRADATE COURSE DESCRIPTIONS

## Graduate Course Descriptions

Graduate courses have numbers 500 and above. Consult with your advisor prior to enrollment to make certain that your course selection will meet your degree or diploma requirements and that you satisfy all prerequisites. Each course description includes all pre-requisite requirements. Any exceptions to these requirements must be approved by the Dean.

Graduate Course Prefix Designations

CIS    Computer Information Systems
EBM   Business
ISM    Information Systems
SOF    Software Engineering

**CIS500    Cooperative Education                                1**

Cooperative Education allows students to combine academic study with on the-job experience by working on paid training assignments coordinated and approved  by Departmental  Faculty. Upon completion of this course, students are able to apply theory to practice by demonstrating program learning outcomes in real work environments. Prerequisite: Approval of the advisor.

**CIS501    Cooperative Education II: Computer Information Systems                1**

Cooperative Education allows students to combine academic study with on-the-job experience by working on paid training assignments coordinated and approved by Departmental Faculty. Upon completion of this course, students are able to apply theory to practice by demonstrating program learning outcomes in real work environments. Prerequisites: Approval of the advisor and completion of 9 additional credits earned towards a graduate degree in the School of Computer Information Systems.

**CIS502    Cooperative Education III: Computer Information Systems                1**



Cooperative Education allows students to combine academic study with on-the-job experience by working on paid training assignments coordinated and approved by Departmental Faculty. Upon completion of this course, students are able to apply theory to practice by demonstrating program learning outcomes in real work environments. Prerequisites: Approval of the advisor and completion of 18 additional cred- its earned towards a graduate degree in the School of Computer Information Systems.

**CIS503    Cooperative Education IV: Computer Information Systems                4.5**

Cooperative Education allows students to combine academic study with on-the-job experience by working on paid training assignments coordinated and approved by Departmental Faculty. Upon completion of this course, students are able to apply theory to practice by demonstrating program learning outcomes in real work environments. **Prerequisites: Approval of the advisor and completion of 18 additional cred- its earned towards a graduate degree in the School of Computer Information Systems.**

**CIS595    Cyber Security Capstone                4.5**

The capstone course provides an opportunity to showcase projects and experiences in the field. During the process of designing an e-portfolio, students enhance their resume, interviewing skills, and highlight experiences. Prerequisite: Approval of the advisor.

**CIS596    Current Topics in Cyber Security I                4.5**

The course investigates emerging security threats and countermeasures in network and computing technologies, including wireless networks, computer-controlled physical systems, mobile technology, new technologies, and social networks. **Prerequisite: None.**

**CIS600    Ethical Hacking                4.5**

This course investigates attackers' tactics and strategies to better under- stand possible vulnerabilities and intrusions. Students engage in virtual labs on penetration testing and respond to vulnerabilities and intrusions through ethical hacking techniques, actually carrying out reconnaissance, launching an attack, and evaluating the results. **Prerequisite: None.**

**CIS610    Global Issues in Cyber Security                4.5**

This course focuses on the global nature of cyber security. It investigates the cultural and human factor of global security, how cultural differences can hinder cooperation, and the need for agreements and policies that allow for a movement from a culture of fear to a culture of awareness and cooperation. Specific cases in global cyber security, cyber threats, and cybercrime are addressed. **Prerequisite: None.**

**CIS630    Security Analytics                4.5**

This course focuses on the methodology to conduct cyber security risk assessments, analysis, and response. This includes identifying, classifying, and analysing cyber threats and vulnerabilities in cyber and physical systems. Students conduct analysis in virtual labs, and create risk mitigation or response plans. **Prerequisite: None.**

**CIS700    Cyber Security Prevention and Protection                4.5**

This course focuses on theoretical and practical strategies for protecting against cyber-attacks. It provides opportunities through virtual labs for students to engage in intrusion detection and network defense. **Prerequisite: None.**

**CIS705 Strategies in Cyber Conflict                4.5**

This course focuses on cyber conflict from a strategic perspective, including the concepts of cyber-deterrence and the offensive and defensive levels of response. It equips students with the tools necessary to recognize emerging cyber-attacks and design strategic plans to address the threats. Anything connected to the Internet is vulnerable. Cyber-attacks will precede any conventional warfare. Therefore emerging cyber warfare threats are introduced along with strategies to deceive, confine, and neutralize the of- fender. **Prerequisite: None.**

**CIS710    Culture of Security                4.5**

This course focuses on the organizational culture of security. People are not what have changed, but technology has. Where individuals are not grounded in a culture of security, there is potential for improper actions that can lead to cyber security threats. The course investigates the human aspects in cyber security including the psychology of security, hacker culture, and how organizations can develop a culture where everyone is aware and actively engaged in security. **Prerequisite: None.**

**CIS715    Physical Security                4.5**



This course focuses on the physical security of an organization, including threats, vulnerabilities, and controls. Social Engineering is a critical factor in physical security that is investigated. **Prerequisite: None.**

**EBM500  Business Applications over the Internet**          **4.5**

The purpose of this course is to analyse how computer communications, data storage, and data analysis technologies have caused strategic shifts in company operating practices. Students learn that information technology is a tool that can facilitate valuable changes in business processes. This course reviews software that is available for customer relationship management (CRM), enterprise resource planning (ERP), supply chain management, enterprise application integration (EAI), business intelligence (BI), data warehousing, and decision support. The course consists of case studies of successful and unsuccessful e-business process improvement projects. **Prerequisite: None.**

**EBM502  Research Methods**          **4.5**

The course focuses on methods for the conduct of research and development projects. Specifically, students learn about the scientific method, as well as research/design requirements and objectives. Course work involves qualitative, quantitative, and case studies; performance metrics; design procedures and control; sources of error and bias. In addition, evaluation tools and formal validation methods are discussed. **Prerequisite: None.**

**EBM504  Organizational Behavior**          **4.5**

This course analyses both the formal and informal aspects of the management process. Topics include: human behavior in an organizational environment, individual behavior patterns, superior/subordinate relationships, group dynamics, communication, motivation and decision- making, and the impact of innovation and change on the organization. **Prerequisite: None.**

**EBM505  Global Leadership in**          **4.5**
**Business Enterprise I**

This course focuses on an integrative approach to organizational concepts, management principles, and the effects of leadership styles and human resource policies and practices on organizational performance in a global and competitive work environment. **Prerequisite: None.**

**EBM506  Entrepreneurship and**          **4.5**
**Venture Management**

This course presents the knowledge and skills needed to create and man- age a new venture. It also examines the various dynamics associated with the various forms of entrepreneurial activity. In this course students are required to interview an entrepreneur, develop recommendations for a company and address challenges, and analyse a sector to uncover entrepreneurial opportunities and develop your own business concepts. **Prerequisite: None.**

**EBM510  Information Processing and the Web**          **4.5**

This course will include the effective use of the Internet for business applications. Topics will include: Data integration and warehousing, data marts, internet infrastructure and web databases (dB), e-business information portals and common warehouse model. An internet platform consisting of Oracle 8i with Java VM, CORBA support will provide a foundation for data warehousing and e-business intelligence. **Prerequisite: None.**

**EBM515  Electronic Commerce:**          **4.5**
**Business Models and Technologies**

This course presents the state-of-the-art in electronic commerce. Its focus is on the current and future impact of e-commerce on the student's organization, industry, and professional activities. Specific topics include creating new business opportunities; identifying new customers and additional value in existing customers; realigning the organization for the new environment, addressing contemporary uncertainties, for example, governmen regulation, taxation, security, privacy, and intellectual property rights; creating a market presence; measuring success, return on investment, and profitability; and sustaining the pace of change through appropriate staff-



ing, hiring, outsourcing, and partnering. Students examine recent successes and failures in e-commerce through case studies and other readings and will develop an e-commerce business plan for their organization. **Prerequisite: None.**

**EBM520  Human Resource Management                    4.5**

This course provides the fundamentals of human resource management (HRM). Topics covered are organizational psychology, human interaction, individual effectiveness and social issues. Other areas include human re- source planning, strategic management, organizational structure, legal environment and organizational staffing**. Prerequisite: None.**

**EBM521  Compensation & Benefit Management           4.5**

This course focuses on how organizations use compensation and benefits to achieve their operational & strategic goals. It explores compensation design, analysis, and evaluation. The design of pay systems, paying for performance, and the administration of pay systems are appraised and assessed. **Prerequisite: None**

**EBM522  Industrial Relations & Labor Laws            4.5**

This course focuses on the Management of employees, both individually and collectively. It demonstrates how individual relations & labor law remain a central feature of organizational life. This course examines the conceptual and practical aspects of employee relations at the macro and micro levels. **Prerequisite: None**

**EBM523  Performance Management                       4.5**

This course provides a powerful combination of training, communicating, and motivating skills that will enable the students to successfully challenge your staff to reach higher levels of performance. It will focus on under- standing the performance management process, legal basis for performance management practice, effectively conduct performance appraisals, understanding the relationship between performance management and staff development **Prerequisite: None**

**EBM525  Global Leadership in                          4.5**
      **Business Enterprise II**

This course is a continuation of EBM505. This course will discuss case studies in leadership and addresses problems that organizations go through because of the leadership flaws. **Prerequisite: EBM505.**

**EBM535  Information Technology and                    4.5**
      **Corporate Transformation**

This course examines how organizations are dependent on information technology not only for management of operations, but more also as a key enabler of competitive advantage. Also examined is the growth in corporate spending on IT components such as hardware, software, telecommunications, and for information systems (IS) personnel. Specific topics to be discussed include strategic planning for IT activities and projects, project- level planning and management, the role of the IT leader or chief information officer, and achieving the balance between insourcing and outsourcing of various IS functions. **Prerequisite: None.**

**EBM540  Commerce WEB Site Development I              4.5**

The emphasis of this course will be on the development of websites. The fundamentals of website development using HTML and other tools will be addressed. Topics will include: web hosting, Application Service Providers (ASPs), Oracle and PeopleSoft databases and software, XML, style sheets. The participant will develop a website as part of the course. **Pre- requisite: None.**

**EBM545  Commerce WEB Site Development II             4.5**

The emphasis of this course will be the advanced development of websites for business development. In this course, specific business websites will be studied for content, advertising, structure and usefulness. The participant will develop a number of business related websites and analyze them for effectiveness. Data warehousing and retrieval techniques will be addressed. In addition, future website development tools will be studied. **Prerequisite: EBM540.**

**EBM552  Internet Marketing Strategies                4.5**



This course introduces the student to concepts, tools, and techniques as they apply in business-to-consumer (B2C) and business- to-business (B2B) electronic marketing. Specific topics include: branding and recognition; consumer and organizational behavior in an e-market place; channels and relationship marketing; tools and techniques in the B2B market; and assessment of e-market opportunities. **Prerequisite: EBM515**.

**EBM555  Business and Public Policy**                    4.5

This course discusses political, legal, economic, and ethical forces acting on business as well as the interaction of the market system and public policy process in the development of law and regulation. Prerequisite: None.

**EBM558  Corporate Finance**                    4.5

This course is an in-depth analysis of financial considerations relating to maximizing the value of a corporation. It examines the setting of financial and corporate goals in terms of maximizing shareholders' equity, optimal financing policy and relationships among dividend policy, debt levels, capital costs, return on investments, and growth. Prerequisite: **EBM 560 or EBM 562.**

**EBM560  Managerial Accounting**                    4.5

In this course, attention is directed towards the core of the management

control and financial reporting systems integrally related to information systems. The fundamentals of accounting and how they relate to business and an in-depth analysis of the tax consequences of forming, operating, and liquidating a corporation and transactions with shareholders will be discussed. Analysis of financial records and business balance sheets will also be addressed. **Prerequisite: None.**

**EBM562  International Managerial Accounting**          4.5

This course presents generally accepted accounting principles which are used by other countries and the United States to report financial information to global users. The course familiarizes the student with the knowledge needed to analyse and interpret consolidated financial statements that are presented by local, multinational, and transnational corporations. The course content includes international accounting regulations and practices, as well as some of the current research on the application of worldwide accounting standards. **Prerequisite: None.**

**EBM563  Introduction to Corporate Finance**          4.5

This Introductory course will provide an overview of the American culture, financial governmental regulations, spending patterns of Americans, social security, credit bureau, FICO score, credit card usage and life cycle, ATM, PIN, payment and authorization, credit line changes and fraud. **Prerequisite: None.**

**EBM564  Credit scoring and the Organization**          4.5

This module emphasizes the concept of credit scoring and its potential benefits to both the organization and the individual user. It gives an over- view of the framework of a credit scoring system within a financial services organization. It covers types of credit scoring (tailored versus generic) and uses of (application; behavioral; customer; collections and fraud) scoring throughout the credit cycle, credit risk assessment, Developing and man- aging Credit Scoring Systems. **Prerequisite: None.**

**EBM565  Customer Management**                    4.5

This course explains customer management and the balance between controlling a lending portfolio whilst also growing the same lending book. It also educates about issues concerned with lending multiple products to the same customer. Its covers the issues like Authorizations, Control processes for granting additional credit, Using Automated Decision- making systems, Transactional fraud control, Behavioral Scoring, Development and Maintenance of Behavior scorecards, Customer Level Scoring, Portfolio Management and Management information **Prerequisite: None**

**EBM566  Credit Management & Debt Recovery**          4.5

The course would focus on credit assessment/ratings on sample debtors, design effective T & C's and Credit Application forms for prompt payments, focus on improvement in Company Receipts and Cash Flows,

understanding the issues involved in pursuing slow payers and debtor recovery, legal Processes in the Collection of Debts, International banking payment methods to minimize credit risks **Prerequisite: None**

**EBM567   Credit Analysis and Lending    Management**          4.5



This course is designed to provide students with a detailed understanding of the theoretical and practical issues associated with credit analysis and lending. Course topics include lending theory, credit risk management, analysis of various lending products, management of loan portfolios and problem loans **Prerequisite: None**

### EBM568  Fraud Risk Management                            4.5

This course provides an overview of fraud risk management fundamentals, identifies new regulatory mandates from around the world, and spotlights key practices that organizations have found to be effective in the current environment. The course focuses on analysing the effectiveness of controls to mitigate risks. Fraud risk assessment: key elements of an effective fraud risk assessment process; common deficiencies in fraud risk assessments: process to develop a fraud risk assessment for a hypothetical organization, Fraud control activities: roles of entity-level and process-level controls: Identify how proactive fraud detection activities complement entity-level and process level controls and assist management and those charged with governance: Information and communication: challenges in providing fraud awareness training, approaches for delivering fraud awareness train- ing cost-effectively. **Prerequisite: None**

### EBM572  International Economics                           4.5

This course examines key dimensions of the global economy and global economics, including international business opportunities and risks, trade theory and policy, the balance of payments, foreign exchange markets, exchange rate systems and risks, and international payment systems. The role of multinational corporations and elements of international corporate strategies and direct investment are also covered. Students are re- quired to follow current events in the global economy and discuss how these events impact managerial decision making. **Prerequisite: None**.

### EBM575  Global Economy                                   4.5

This course discusses key dimensions of the global economy, including international business opportunities and risks. Trade theory and policy, the balance of payments, foreign exchange markets, exchange rate systems and risks, and international payment systems are also discussed. Additional topics such as foreign direct investments might also be discussed in addition to the changing role of multinational corporations and elements of international corporate strategies. **Prerequisite: None.**

### EBM580   Managerial Marketing                       4.5 and Market Research

This course provides an overview of marketing, with special focus on market research as a means of determining or validating strategy. The course is aimed at the manager, who is the ultimate user of the research and who is responsible for determining the major scope and direction of marketing activities. Techniques of data collection, evaluation of alternative sources of information, methods of evaluating data, and methods of presenting the results are covered. The course also addresses: how to define information needs; how to test marketing procedures; forms of analysis applicable to market research information, and the role of models in decision making. **Prerequisite: None.**

### EBM587  Strategic Business Marketing                     4.5

This course examines marketing variables and marketing strategy in developed and developing countries. The importance of differences among nations in language, culture and social forces, politics and laws, values, channels or distribution, and buyer behavior is examined. The course also emphasizes the importance of the marketing orientation in the present global competitive environment and the relationships between marketing and business development and strategy in an international setting. **Pre- requisite: None**.

### EBM590  International Money, Banking, and        4.5
####            Financial Markets

This course explores the role that international finance markets play in the business environment. Students study principles and applications of inter- national financial markets and their impact on the world economy. The course also addresses currency exchange mechanisms in theory and prac- tice, including international monetary systems; offshore financial markets and currency risk management, including interest rate and currency fu- tures, options, and swaps. **Prerequisite: None.**

### EBM600  Investments                                      4.5

This course will discuss the treatment of equity, debt, speculative markets and formulation of capital. Emphasis will be placed on Investment strate- gies for e-businesses. Particular attention will be given to raising capital for business from various sources. Partnerships and other techniques for cor- porate development will be discussed. Some discussion of securities mar- kets will be undertaken with an emphasis portfolio management. **Prereq- uisite: EBM558 or EBM610.**

### EBM604  Insurance Management                             4.5



This course emphasizes the concept of the Law of Large Numbers, types of insurance policies, how Insurance benefits society, premium Allocation, insurance laws & regulations, insurance industry. It gives a detailed over- view of The Insurance Transaction, Producer Functions, and Insurance

Marketing Systems relating to Intangible Services Marketing. It also de- scribes types of Classifications and Types of Insurers, Insurer Functions, the Underwriting Process, Goals of the Claim Function, Policy Analysis, concept of risk & insurance, corporate governance. **Prerequisite: None**

### EBM605  Insurance Operations                    4.5

This course explains the Role of Insurance companies in the economy, players, organization structure of insurance companies, Insurance Regu- lations. It also educates students about issues concerned Marketing Mix, Matching Products to target market. Topics covered include the Process of Product Development, Characteristics of effective product development, designing documents as per law, pricing & financial design of insurance products, Distribution Channels, Customers of Insurance Company, Claim investigation, Claims on insured/reinsured policies. **Prerequisite: None**

### EBM610  Financial Management                    4.5

This course provides an overview of financial management, with an emphasis on analysis of financial decisions pertinent to management of a business firm. The course identifies the responsibilities of financial managers, financial problems facing firms, and the various approaches to financial decision making. Specific topics covered include capital acquisition, working capital management, capital budgeting, valuation theories, and dividend and long-term financial policies. Prerequisite: **EBM560 or EBM562.**

### EBM611  Financial Statement Analysis                    4.5

This course examines financial accounting rules and helps students develop skills in interpreting and analysing external financial reports. Both traditional and recently advocated methods of financial statement analysis will be studies, taking the perspectives of investors and creditors. Among the topics to be investigated are: 1) the mechanics of financial statement analysis; 2) manager's incentives in making accounting choices; 3) the usefulness of accounting numbers in an effective market; and, 4) interna- tional comparisons of financial statements. **Prerequisite:  EBM560 or EBM562.**

### EBM615  Capital Formation                    4.5

Determinants of saving and investment and resultant funds flow are evalu- ated. Special emphasis on the level and risk structure and term structure of interest rates. The role and management of financial institutions is stressed**. Prerequisite:  EBM558 or EBM610**

### EBM617  Insurance Services: Life Insurance                    4.5

This aim of this course is to provide students with the knowledge of life and health Insurance principles and services in UK and USA in compassion with India. The students will able to understand the different types of life insurance plans and products, and its variations in USA and India. It covers

the principal aspects of the life insurance industry, life insurance company operations and its regulatory environment. The US Regulation governing life Insurance and the grievance address system in life insurance will also be discussed**. Prerequisite:  None**

### EBM618  Insurance Services: Property and Casualty                    4.5

Property and casualty insurance protects a person or business from dam- age to, or loss of insured property and as well as legal liability for losses caused by injury to other people or their property or the loss of its income- producing liabilities. P & C Insurance contributes to economic growth and development by mitigating financial volatility resulting from large losses, motivating investment in property and commercial activity with inherent risks and facilitating commerce and trade. Casualty insurance is typically combined with property insurance and often referred to as "property and casualty" insurance. Property insurance insures the location of the busi- ness while casualty insurance insures the business. P & C insurance is divided into personal lines and commercial lines. **Prerequisite:  None.**

### EBM619  Insurance Services: Health Care                    4.5

This course summarizes the learning and formulates strategies for the management of various challenges which will encounter in the healthcare environment in USA, UK and India. Healthcare service is in increasing demand in India, UK and United States. This course explores the opportu- nities for improvement in the design and management of US healthcare services and operations. Services include managing healthcare industry, utilization pharmacy benefit management, network development and regu- lation. Operations include excel solver, scheduling, economic and deci-



sion analysis. The various forms of provider models and service delivery systems found in private and public health sectors are described, including ambulatory, acute, and long-term care. **Prerequisite:  None**

**EBM620  Financial Decision Making**          **4.5**

This course will discuss theory and practice of business finance, emphasiz- ing the impacts of long- and short-term uses and sources of funds on the firm's value. Prerequisite: **Prerequisite:  EBM558 or EBM610**

**EBM622  International Managerial Financial**      **4.5**
            **Decision Making**

This course discusses the theory and practice of international managerial finance decision-making, emphasizing the impacts of long and short term uses and sources of funds on the firm's value. Students learn to evaluate international business opportunities, compare financial alternatives, and identify and solve problems related to the use of funds. **Prerequisite: EBM558 or EBM610**

**EBM625  Advanced Financial Management**        **4.5**

In this course we examine advanced case studies in financial management:

working capital policy, capital budgeting, financing with debt and equity, project finance, dividend policy, valuation, and investment banking in the contexts of private equity, venture capital, initial public offering, leveraged buyout, and management buyout. **Prerequisite: EBM558 or EBM610**

**EBM635  Business Transformation**          **4.5**

With today's fast-paced and hectic way of doing business, change in the workplace has become an everyday reality. Change happens rapidly and sometimes with very little notice. Major changes such as mergers, take- overs, and layoffs can leave employees feeling confused, fearful, or dis-heartened. This course is designed to help future managers work through organizational change by studying strategies for providing positive leader-ship. This course covers multiple perspectives on managing organizational change, including methodologies for diagnosing management compe-tency, theoretical frameworks for understanding organizational compe- tency, and strategies for changing organizational culture and personal behavior. **Prerequisite:  None.**

**EBM637  Insurance Policy: Life Insurance**        **4.5**

This course summarizes the learning of major life insurance policies and plans pertaining to USA, UK and India. The course provides the students with understanding of Insurance mechanism. The students will able to understand the different types of life insurance policies and products in UK and USA. It covers the principal aspects of the life insurance industry, concepts of insurance and how it is used to cover risk. The relationship between insurer and their customers and the importance of insurance contracts are discussed. **Prerequisite:None.**

**EBM638  Insurance Policy: Property and Casualty**     **4.5**

Property and causality insurance is insurance that protects against property losses to your business, home or your vehicle and/or against legal liability that may result from injury or damage to the property of others. This type of insurance can protect a person or a business with an interest in the insured physical property against losses. P& C policy is a broad category of coverage against loss of property, damage or other liabilities and how important is this insurance coverage policy. Property and casualty insur- ance can most often be defined as a contract in which the insurance company agrees to pay for any personal or property damages in exchange for an agreed upon monthly fee. This course will be more focused towards the P& C insurance policy in USA. Casualty insurance is typically combined with property insurance and often referred to as "property and casualty" insur-ance. Property insurance insures the location of the business while casu- alty insurance insures the business International Organizational for stan-dardization (ISO) provides services for insurance companies that write the following lines of property/casualty insurance. 21 **Prerequisite:  None**

**EBM639  Insurance Policy: Health Care**         **4.5**

This course will introduce the student to the intricate processes that public policymakers use to influence the health status of a society. Workers compensation and rules and the laws governing the health care industry will be examined. . A historic review of trends will be evaluated and the challenges of future health care delivery will be examined. The role of Indian, UK and USA policy formation and implementation are reviewed. The various stake-holders in health care delivery are identified. **Prerequisite:  None**

**EBM640  International Business**          **4.5**



This course examines current organizations and practices of domestic and foreign businesses in the international market; problems of trade and foreign government regulation barriers, investment opportunities and eco- nomic arrangements and developments; and the role of the manager in the rapidly changing economic environment. **Prerequisite: None.**

**EBM642  Managerial International Business               4.5**

This course explores the issues which face managers when operating in international environments. The course exposes students to strategic and operational aspects of international business management. Topics include: an overview of global management; cultural, legal, and political influences on international management; international trade and investment; transnational operations and marketing; international human resource management; cross-cultural communication and decision-making; inter- national strategies; and organizing international enterprises. **Prerequisite: None.**

**EBM645  Geopolitics                                     4.5**

This course examines the complex and turbulent international environ- ment. A manager requires both a basic conceptual framework that can inform and order political and economic events, and an understanding of how the international political economy actually affects strategy. Geopoli- tics explores the structure and evolution of the international political- economic system, and then looks at several critical issues areas, such as economic and currency unions, technological advances, strategic alli- ances, and national competitiveness. Current events and issues are intro- duced as appropriate. The emphasis of the course is on implications for domestic and global strategy. **Prerequisite: None.**

**EBM650  International Marketing Management              4.5**

The course examines international market segmentation, product attributes, cultural differences, and economic differences, differences in product and technical standards, global advertising, and international pricing in transnational business operations. It stresses application of marketing concepts, principles and procedures for planning, development, imple- mentation and control of marketing programs. Course emphasis is on the matching of organization resources and strengths with global marketing opportunities, and strategies to overcome environmental threats. Central to the course is a team project involving the development of a marketing plan for a product or service to be marketed in at least two countries. **Prerequisites: EBM587.**

**EBM655  Supply Chain Management Operations            4.5**

The course examines supply chain management including sourcing, manu- facturing, distribution, technologies, and quantitative models used in managing the supply chain. It exposes students to the buyer supplier relationship as well as topics related to design and management of supply chains, from incoming raw materials to final product delivery. Course topics will include supply chain network design, facility planning, capacity planning, globalization and outsourcing, transportation and key logistical concepts, information technology, and global issues in supply chain man- agement. **Prerequisite: None.**

**EBM656  Supply Chain Business Process Design           4.5**

This course examines both manufacturing and administrative/ service processes to include the traditional/ classical methods of process analysis. Major focus of the course is on current methods such as work- group analysis and cross-functional analysis. Assessment, evaluation of processes, and techniques such as the rating method, performance evaluation, benchmarking, and the quality profile are described. **Prerequisite: EBM655.**

**EBM657  Supply Chain Inventory Management             4.5**

This course will focus on the design of the distribution system and the planning and control system used to manage the supply chain. It provides students with the concepts of purchasing and inventory management to include purchasing and inventory planning processes, supplier selection, contract negotiations, "Green" policies, and procurement. This course explores the transportation and logistics concepts within supply chains. Topics covered will include tools and techniques used in the design and operation of transportation and logistics systems and global issues in trans- portation and logistics management. **Prerequisite: EBM655.**

**EBM660  Growth Strategies for Emerging Companies 4.5**

This course offers practical management tools to help grow and manage high potential new ventures. Topics include internal rapid growth strate- gies (including product development (high and low technology), vertical expansion, horizontal expansion, etc.), external rapid growth strategies (rollups, exporting, franchising, and acquisition, etc.), and unique growth techniques for technology product based firms. Leadership, human rela- tions, and bootstrapping are important supporting topics. This course is useful for those who intend to start their own companies and those who



intend to work in an entrepreneurial company. Future investment bankers, venture capitalists, merger and acquisition professionals, and business brokers will benefit as well. **Prerequisite: None.**

**EBM662  Growth Strategies for Emerging Markets          4.5**

This course examines how firms conduct an analysis and selects new international markets for entry, how firms develop strategies for successfully entering these markets, and how firms manage these markets for growth and subsequent expansion. **Prerequisite: None.**

**EBM670  New Venture  Creation                          4.5**

This course is an introduction to the entrepreneurial process from conception to birth of a new venture, attributes of successful entrepreneurs, business planning, innovation and creativity, opportunity recognition, venture screening, identification and financing of resources, staffing, feasibility analysis, marketing, and growing a business into a sustainable enterprise. The course includes case studies of successful and unsuccessful ventures. **Prerequisite:  None.**

**EBM672  International  Competitive Strategy            4.5 and Innovation**

This course examines the innovation process, appropriation of economic value from innovation, competition between technologies, strategies for competing against established firms, and management of innovation. **Prerequisite: EBM670.**

**EBM675  Business Plan for the New Venture          4.5**

In this course each student must produce a business plan that will be accepted for the annual program business plan competition. It is expected that several business plans will be of sufficient quality that they will attract financing. Topics include a deep review of business plan construction and its derivative short forms (1 page summary, 3 pages summary, and execu- tive summary). **Prerequisite: None.**

**EBM680  Project Management                            4.5**

The course focuses on the effective organization of projects, tracking of costs and time expenditures, management of quality and risks, evaluation of human resources requirements, and the overcoming of potential obstacles. **Prerequisite: None.**

**EBM690  Business  Capstone                            4.5**

This capstone course gives the MBA student the opportunity to pull together and build upon what has been learned in separate business fields and utilizes this knowledge in the analysis of complex business problems. This "capstone course" is designed to aid the student in synthesizing and applying knowledge gained in earlier courses and applies these skills through actual business cases. Prerequisite: This course must be taken in the final quarter of enrolment, but may be taken along with another course which will lead to the completion of the program. **Prerequisite: Approval of the advisor.**

**ISM511    Enterprise Architecture                    4.5**

The course examines the principles and practices needed to define and implement successful enterprise architectures. Students will gain experience in using information technology to assess the needs of an organiza- tion to improve performance and sustainability. **Prerequisite: None.**

**ISM521    Database Systems Technology                4.5**

This course explores the principles and methodologies of database design, architecture, and techniques for database application. Topics covered in- clude relational design, SQL, transaction processing, decision support, integrity and security. **Prerequisite: None.**

**ISM530    Decision Systems Technology                4.5**

A broad overview of decision making and the systems that are designed to support the process is presented, in addition to the management process, computer support for management, the technology of management, deci- sion technology system types, including artificial intelligence, decision support systems, executive and geographic information systems, and idea processing systems, system architectures, system integration considerations, system design and development methodologies, system performance measurement and evaluation, management of decision tech- nology systems, organizational and user issues. **Prerequisite: None.**

**ISM531    Ethics and Professional  Issues in IT      4.5**

This course provides a framework for making ethical decisions in information systems management. The course explores professional issues and societal implications of information technology. Topics to be covered in- clude professional ethics, privacy, security risks, property rights, social media, and criminal conduct. **Prerequisite:  None.**

**ISM540    Information  Systems Management Project I    4.5**



In this class, students work individually with the faculty member on a mutually agreed project that gives the student an opportunity to under-stand the full lifecycle of an IT project. With permission of the instructor or the Dean, Curricular Practical Training (CPT) may be used to satisfy some requirements of this course. **Prerequisite:  Approval of the advisor.**

**ISM542    Information Systems Security                4.5**

This course provides an overview of the information security and assurance methodologies and procedures. Topics include information security plan-ning, staffing functions, inspection and protection information assets, pre/ post incident procedures, managerial responses. **Prerequisite: None.**

**ISM550    Human Computer Interaction                4.5**

This course explores the theories and methodologies in human computer interaction. Students will work on projects to design, implement and evaluate computer interfaces. Topics to be covered are human computer interaction models, sensor recognition, multimedia interfaces, task analy- sis and evaluation. **Prerequisite:  None.**

**ISM560    Cloud Computing                4.5**

This course will explore the fundamentals of cloud computing concepts and capabilities. Through hands-on projects, students will learn how to create maps, cloud services for managing and processing data, and techniques for evaluating cloud infrastructures. **Prerequisite: None.**

**ISM570    Technological Innovations                4.5**

This course examines the emerging and innovative processes in corporate enterprise, research, and manufacturing. Through team-based projects, students will learn how to analyse, plan, and implement information technology innovation strategies to enhance all types of businesses. **Prerequisite: None.**

**ISM580    Tools and Technologies I                4.5**

This course provides knowledge of the fundamental tools and technologies used in information systems. Students will explore various methodologies needed to analyse applications and operating systems. **Prerequisite: None.**

**ISM581    Tools and Technologies II                4.5**

This course provides advanced knowledge of the tools and technologies used in information systems. Through hands on team based projects, students will explore using various tools and technologies in real world settings. **Prerequisite:  None.**

ISM590   Current Topics in Information Systems I        4.5

Current topics in the field on Information Systems will be discussed. Topics  will be announced in  the current term schedule. Prerequisite: Approval of the advisor.

ISM591    Current Topics in Information Systems II        4.5

Current topics in the field on Information Systems will be discussed. Topics  will be announced in  the current term schedule. Prerequisite: Approval of the advisor.

ISM592   Current Topics in Information Systems III        4.5

Current topics in the field on Information Systems will be discussed. Topics  will be announced in  the current term schedule. Prerequisite: Approval of the advisor.

**ISM593    Current Topics in Information Systems IV        4.5**

Current topics in the field on Information Systems will be discussed. Topics will be announced in the current term schedule. **Prerequisite:  Ap-proval of the advisor.**

**ISM600    Information Systems                4.5**
            **Management Project II**



In this class, students will create prototype systems for "real" organizations based on function design requirements. The student will work individually with the faculty member on a mutually agreed project that gives the student an opportunity to understand the full lifecycle of an IT project. With permission of the instructor or the Dean, Curricular Practical Training (CPT) may be used to satisfy some requirements of this course. **Prerequi- site: Approval of the advisor.**

**EBM680  Project Management                    4.5**

This course examines the principles and practices of effective project management. Students will learn the roles of managers, techniques for controlling cost, scheduling and performing as it relates to IT projects. Topics include leadership, IT business process development, project plan- ning, management, communications and evaluation. **Prerequisite: None.**

**SO510     Data Structures and Algorithms           4.5**

This course introduces the definitions, implementations, and applications of the most commonly used data structures used in Computer Science, including the concept of abstract data types. The course also introduces the basic formalism and concepts used in the analysis of algorithms and in algorithm design. The relative efficiency of the algorithms studied is esti- mated by the informal application of these ideas. The algorithms and data structures discussed include those for sorting, searching, graph problems, dynamic programming, combinatorial search and others. **Prerequisite: None.**

**SOF515   Relational Database Management            4.5**

The course aims at explaining the basic concepts of database architecture, data storage, and the relational database model. The students will be able to express queries in relational algebra, SQL, and ordinary English, and be able to embed SQL queries in a PL/SQL program. Students design a rela- tional database. Students also understand and apply the concepts and techniques of concurrency control and database recovery. **Prerequisite: None.**

**SOF535   Object-Oriented Analysis and Design        4.5**

The course discusses object-oriented systems, software reusability, soft- ware modularity, top-down and bottom-up approaches, object classification, generality, meta programming, and concurrent, object-oriented pro- gramming languages. **Prerequisite: None.**

**SOF581   Software Modeling                     4.5**

This course provides an overview of software analysis and design. The course explores the fundamentals of object oriented analysis and design processes, use-case analysis, object modeling, design patterns and metrics. **Prerequisite: None.**

**SOF584   Software Quality Assurance             4.5**

This course covers the components of quality assurance throughout the software development process. The course provides a framework for plan- ning, reviewing, testing, configuring, managing metrics, and models. Stu- dents explore software quality approaches to use in a variety of settings. **Prerequisite: None.**

**SOF586   Software Engineering for                4.5 the World Wide Web**

This course provides an overview of web engineering concepts, methods, and technologies. The course explores the requirements engineering for web applications, testing, metrics, operations and maintenance of web applications, security, and project management. **Prerequisite: SOF581**

**SOF587   Secure Software Design                 4.5**

This class examines the theory and practice of software security. The course focuses on some common software security risks, including buffer over- flows, race conditions and random number generation, and on the identification of potential threats and vulnerabilities early in the design cycle. Students learn how to use the tools for identifying and eliminating security vulnerabilities, techniques to prove the absence of vulnerabilities, and ways to avoid security holes in new software and on essential guidelines for building secure software. **Prerequisites: SOF581.**

**SOF588   Enterprise Software Development          4.5**

This course covers the designing and engineering of large enterprise soft- ware systems. Students analyse and design enterprise software systems with particular emphasis on the architectures. Topics to include web services, clouding platforms, service oriented architecture, event driven architecture, data modeling, and software engineering. **Prerequisites: SOF581.**



**SOF589   Mobile Software  Engineering**                 4.5

This course explores the trends, designs, and deployment issues of mobile application development. The course covers mobile platforms, mobile browsers, mobile devices, mobile computing, and interface designs. **Pre- requisites: SOF535.**

**SOF590   Software  Engineering Project  I**                 4.5

This course provides experience in applying software engineering techniques by giving students an opportunity to produce software when working in teams under the schedule constraints commonly experienced in industry. As a component of the course, the instructor emulates the vague- ness shown by typical customers in describing requirements. The instructor serves as a guide and mentor, not as a traditional teacher. This course should be taken in a student's final quarter. **Prerequisite:  Approval of the advisor.**

**SOF591   Software  Engineering Project  II**                 4.5

This course provides an opportunity for students to develop software for real organizations based on functional requirements. The students work in teams under the schedule constraints commonly experienced in industry. The students work with faculty members on a mutually agreed project to provide experience in the full lifecycle of a software project. With permis- sion of the instructor or the dean, cooperative education may be used to satisfy some requirements of this course. **Prerequisite:  Approval of the advisor.**

**SOF595   Current Topics in Software  Engineering I**         4.5

This course addresses current topics in the software engineering field. The exact topic is announced in the term schedule. **Prerequisite: Approval of the advisor.**

**SOF596   Current  Topics in Software  Engineering II**         4.5

This course addresses current topics in the software engineering field. The exact topic is announced in the term schedule. **Prerequisite: Approval of the advisor.**

**SOF597   Current  Topics in Software  Engineering III**         4.5

This course addresses current topics in the software engineering field. The exact topic is announced in the term schedule. **Prerequisite: Approval of the advisor.**

**SOF598   Current  Topics in Software  Engineering  IV**         4.5

This course address current topics in the software engineering field. The exact topic is announced in the term schedule. **Prerequisite: Approval of the advisor.**

**SOF685   Digital Forensics**                 4.5

This course provides an in-depth investigation of practice of digital forensics. This includes computer forensics, network forensics, mobile foren- sics, and other types and modes of computer-facilitated attacks. Students carry out securing the scene and initial mining for evidence. **Prerequisite: None.**

**SOF701   Cyber Law and Compliance**                 4.5

This course introduces the student to the essential aspects of information security and the law. The course investigates privacy laws, intellectual prop- erty laws, information technology regulations and compliance, as well as



# Student Services

## Academic Advising

Students receive academic advising at a minimum, once a term, as well as during the registration process. Academic advisors assist students in selecting courses appropriate for their program and schedules. At any time during the term, students may schedule an appointment with their academic advisor, designated department representative, or instructor for assistance.

Online students may contact their academic advisors via e-mail or phone. The University provides academic counseling and support to students who are not meeting Satisfactory Academic Progress (SAP). Students are strongly encouraged to schedule an appointment with their Academic Advisor at least once a month and bi-weekly when they are on a SAP level.

## Career Services Center

Career assistance is provided to students in pursuit of professional employment and career advancement. The Career Services Center assists students with obtaining the skills necessary for successful interviewing and provides a network of employers in each discipline. The Career Services Center offers a full range of programs to enrolled students and alumni to further their professional development and transition into career fields. To assist upcoming graduates with their job search preparation, the University offers the following resources:

- Resume review
- Job leads
- Job search methods
- Interview preparation and role playing
- Career strategy development
- Career fairs
- Exit interviews

The University does not guarantee employment. Poor attendance, poor grades, and inability to provide the Career Services Center with the necessary requirements can impact a student's ability to obtain employment. Students must sign an authorization form available in the Career Services Center and have a current resume on file in order to receive job assistance. In addition, graduates should notify the Career Services Center as soon as they become employed in their career field. Job search assistance is always available to alumni who remain in their field of study.

## Student Support Services

Student Support Services provides a wide variety of services to maximize student satisfaction, personal, and academic success. It links students to a wide range of community services including, but not limited to: academic tutoring, housing, transportation, and child care resources.



Student Support Services also houses resources for students with disabilities. Students with disabilities of any kind should contact the Student Support Services office to obtain the assistance needed. Stratford University is committed to making reasonable accommodations to help students succeed.

**Computer Labs**

The University provides computers, scanners, printers, copiers, and Internet access for student use while conducting research and for working on assignments. The labs offer a wide variety of computer applications, including word processing, spreadsheets, desktop publishing, and other software for educational use. These are located in the library and in various classrooms on-campus. Besides the availability of these computers, students are welcome to use their lap- tops through Wi-Fi connectivity.

The University believes that student organizations are vital to the development of the student. Student Support Services works with students to form clubs and organizations in keeping with the mission of the University. To find out more about current organizations or how to initiate one, please check with Student Support Services.

## Learning Resource Center

The learning resource center at each location serves the study and research needs of the students, faculty, and staff of Stratford University. The learning resource center collection and resources consist of various media types including books, DVDs, periodicals, databases, and electronic resources. While the size and scope of the learning resource center at each campus varies based on the size of the student body, the learning resource center remains a central resource to each campus community, with appropriate print and digital media resources, Internet and database access, and professional staff. The libraries at all locations offer research assistance to students.

## New Student Orientation

Stratford University holds New Student Orientation each term to familiarize new students with the processes and procedures of the University. It is critical that new students make every attempt to attend. Orientation gives students an opportunity to meet with their designated department representative, the Office of the Registrar, the Office of Student Accounts, and to receive Moodle instruction. This is an opportunity to discuss payment, course selection, and address any last minute issues. Orientation is typically held the week before the start of the term. The University attempts to provide an orientation time accommodating of most student schedules. Online students receive an online orientation. Upon completion of each session, students are sufficiently and satisfactorily oriented to the University, its equipment, services, staff, and faculty.

## Description of Facilities

Stratford University campuses have been designed for students' educational convenience. All classrooms are equipped with whiteboards, comfortable seating, ceiling mounted projectors, projection screens, computer cabling and wireless Internet access. The University has general purpose and specialized classrooms. General purpose classrooms are traditional rooms with specific scheduling requirements determined by best



matching the subject being presented with consideration of the room and class size. Scheduling priority is given to courses where the instructor requires technology to support the delivery of instruction and where the technology is used on a regular basis. Specialized classrooms have been equipped with information technology equipment, laboratory equipment and supplies, as well as specialized resources as needed in the culinary and the health sciences programs. Classrooms, media services, and computer laboratories are available for use when classes are not in session.

## Student Lounges

All campuses have student lounges where students can socialize and study. Student lounges have access to wireless Internet connections, food and drink vending machines, and microwaves. Students have access to lounges during University business hours. For information about wireless Internet access passwords, students may contact the IT Service Desk at servicedesk@stratford.edu.

## International Student Office

The Falls Church campus houses the International Student Office and provides support for international students including admissions assistance and obtaining F-1/J-1 visas, transferring universities, securing housing, travelling inside and outside the U.S., obtaining CPT and OPT employment authorization, and advice for securing H-1 visas. The office serves as the gateway to Stratford for the international student community at the Falls Church campus. For other campuses, international student support is available through the Office of Admissions.

## Student Resources

Tutoring Program: Stratford University offers tutoring services and academic support to all students. There is no charge to students for tutoring services. Professional and peer tutors provide tutoring on a one-on-one or group study basis. Each campus provides assistance in a diverse range of subjects, which include English, mathematics, specific areas of study, and academic skills development.

Students requesting tutoring must attend all classes, clarify their needs with the tutor, bring all materials to tutoring sessions, share academic progress and concerns with tutor, and complete an evaluation after completing tutoring session(s).

### Student Activities

Student activities are scheduled throughout the year. This includes on-campus entertainment; campus sponsored mixer cookouts, cookie, and pizza nights; and access to recreational, cultural, and social events. The University posts all activities by calendar and by social media. In addition, students are notified by e-mail and flyers around each campus. Student Support Services at Falls Church publishes the Stratford Times student newsletter on a periodic basis.

Student Discounts

- Software discounts – Ask the IT Service Desk for more information
- Amazon Student – Get 50% off an Amazon Prime membership
- Ask about student discounts – Show a Stratford Student ID anywhere offering student discounts



**Parking**

Parking is readily available at all campuses and is free to inquiring and current students. Parking lots are lighted, well secured, and have clearly marked spaces for handicapped parking. Stratford University is not liable for any vehicle damage occurring in the parking lots. Students and University guests are responsible for their possessions at all times while on-campus.

**Student Support Services**

Student Support Services houses resources for students with disabilities. Student with disabilities of any kind should contact the Student Support Services office to obtain the assistance needed. Stratford University is com- mitted to making reasonable accommodations to help students succeed.

The University believes that student organizations are vital to the development of the student. Student Support Services works with students to form clubs and organizations in keeping with the mission of the University. To find out more about current organizations or how to initiate one, please check with Student Support Services.

- American Culinary Foundation, Greater Baltimore Chapter is a group of students along with professionals who host competitions, lectures, demos, and networking opportunities within the industry.
- Entrepreneurial Action Us (ENACTUS) is an international organization comprised of students in colleges and universities from over 40 countries world-wide. The goal is to provide the lowincome population with the education and skills training needed to succeed in a competitive global economy. SIFE students apply business concepts to develop community outreach projects that improve the quality of life and standard of living for people in need. SIFE provides university students with the opportunity to make a meaningful contribution to their communities while also discovering their potential to achieve an even greater impact as the business leaders of tomorrow.

### Learning Resource Center

The learning resource center collection and resources consist of various media types including books, DVDs, periodicals, databases, and electronic resources. While the size and scope of the learning resource center at each campus varies based on the size of the student body, the learning resource center remains a central resource to each campus community, with appropriate print and digital media resources, Internet and database access, and professional staff.

These resources give students the opportunity to familiarize themselves with the tools used in their future professions. The learning resource center is an essential resource to the campus community.

## University Policies

**Changes to Catalog, Procedures, or Policy**

This University catalog is current at the time of printing. At any time, it may be necessary or desirable for Stratford University to make changes to this catalog due to the requirements and standards of the University's accrediting body, state, licensing agency, U.S. Department of Education, market conditions, employer needs, or other reasons. The University reserves the right to make changes to any portion of this catalog, including the amount of tuition and fees, academic programs and courses, program completion and



graduation requirements, policies and procedures, faculty and administrative staff, the academic calendar and other dates, attendance policies, grievance and complaint procedures, and other provisions.

Stratford University also reserves the right to make changes in equipment and instructional materials; modify curriculum; and when size and curriculum permit, to combine courses. The campus director and/or campus dean should be contacted for information concerning any such changes. These changes are published in the catalog addendum available on the University website at www.stratford.edu/catalog.

**Consumer Information**

Stratford University provides disclosure and reporting information to its current and prospective students. It is available online at http:// www.stratford.edu.in or in print by request. Each program has unique information on retention rates, completion or graduation rates, and placement and types of employment obtained.

**Formal Grievance Procedures**

Student success is a priority at Stratford University. The faculty and staff attempt to create an atmosphere conducive to learning. The University strives to be open to concerns of all interested parties.

If the matter concerns a final grade for a course, a student should attempt to resolve concerns about final grades informally in discussions with the instructor of record. A final grade is reviewed only when there is a question whether the grade was calculated in accordance with the requirements and grading procedures stated in the course syllabus. A complaint that is not resolved informally between a student and an instructor should be referred in writing (email or letter sent by post) first to the appropriate designated department representative and if still unresolved, to the campus director. The decision of the campus director is final. Problems involving course grades must be brought forward within three weeks of the end of the term in which the grade was earned. Final decisions are issued within five business days of receipt of the compliant.

A student who has an academic grievance other than a grade should attempt to resolve it informally in discussions with the appropriate faculty member. A complaint that is not resolved informally between a student and instructor or the student's advisor is to be referred in writing (email or letter sent by post) to the appropriate designated department representative. If not resolved, the complaint may be taken to the campus director. The decision of the campus director regarding the issue or issues of concern is final. Non grade related academic complaints must be brought forward within 30 days of the end of the term in which the concern occurred. Final decisions are issued within five business days of receipt of the compliant.

Non-academic complaints should be addressed to the department or office in which the problem originated. Complaints not resolved at the department or office level may be referred in writing (email or letter sent by post) to the office or department supervisor. If students are not satisfied with the resolution of a problem by a supervisor, they may refer the concern to the office of the campus director. The decision of the campus director regarding the issue or issues of concern is final. Final decisions are issued within five business days of receipt of the compliant.

If, after following the above stated procedure, the concerned party feels the issue has not been resolved, concerns may be sent in writing to the following:

Accrediting Council for Independent Colleges and Schools 750 First Street, NE, Suite 980
Washington, DC 20002-4241
(202) 336-6780



www.acics.org

Under the aegis of the State Authorization Reciprocity Agreements (SARA) Stratford University accepts oversight by the State Council of Higher Education in Virginia (SCHEV) for students enrolled in distance education courses or programs. Students who have unresolved complaints or concerns should contact SCHEV for assistance.

State Council of Higher Education for Virginia
101 N. 14th St., 10th Floor James Monroe Building Richmond, VA 23219 Tel: (804)225-2600
Fax: (804)225-2604

http://www.schev.edu/students/studentcomplaint.asp

**Non-Academic Dishonesty or Misconduct**

• Physical and/or psychological abuse, threat, or harassment

• Initiation of; causing to be initiated; any false report; or warning or threat of fire, explosion, or other emergency

• Unauthorized use; possession; or storage of any weapon, dangerous chemical, or explosive element

• Disrupting, obstructing, or interfering with University-sponsored events

- Theft of University equipment, products, and supply materials; this includes software protected by copyright. Students may not copy the University's software without permission of the copyright holder. Additionally, students may not place personal software on the University's computers or damage or destroy either software or computers.
- Unauthorized possession, use, sale, or distribution of alcoholic beverages or any illegal or controlled substances
- Gambling or holding a raffle or lottery at the University without approval
- Disorderly, lewd, or obscene conduct
- A breach of established or reasonable classroom safety procedures

**Other Non-Academic Grievances: Title IX**

Stratford University does not discriminate based on sex in education pro- grams and activities. To ensure compliance with Title IX of the Educational Amendments of 1972regulations, the grievance procedures outlined be- low are applicable to non-academic student concerns and com-plaints which include complaints of unlawful discrimination or unfair treatment based on gender.

S**tage 1 Reporting:** Since grievances should be handled and settled in a timely manner, a grievance should be raised as soon as the event occurs or the student gains knowledge of it. All discrimination or harassment matters should be brought to the immediate attention of the cam-pus president and the campus president will assist the student in completing a formal grievance form and incident report to be submitted to the Title IX coordinator. To avoid further issues, the campus president can offer an immediate resolution to ensure the student's compliant is handled promptly. The student will be informed in writing of the next steps and be informed of the investigation process.



**Stage 2 Investigation:** A student has the right to have their grievance investigated and the university reserves the right to investigate reported grievances. During the investigation process, the coordinator will follow all procedures and responsibilities of Title IX to determine grounds for re- porting, validity of grievance and reasonable actions to be taken by the university. The alleged offender will be notified of a complaint filed against them via e-mail and mailed letter. The alleged offender will have 10 days to respond to the grievance by providing a written statement. During this time, the reporter and alleged offender maybe interviewed and evidence may be requested. The process of investigation must be completed within 30 days of the report being filed and the complainant must be notified of any updates during this time.

**Stage 3 University Response:** The coordinator lawfully acts on the behalf of the university and all responses and reasonable disciplinary actions taken by the university are at the discretion of the coordinator. Once

an investigation is completed, the campus president is notified of the actions to be taken and the complainant and alleged of-fender are both notified of the decision and actions being taken by the university via e-mail and mailed letter. The complainant and alleged offender have a right to appeal the actions taken by the university in writing; this should be sent to the coordinator within 5 business days of e-mail being sent. Should no appeal be made, the action taken will stand and be entered into the student disciplinary record of the offender.

**Appeal of Disciplinary Action Taken:** Should the disciplinary action taken not be found satisfactory or should the allege offender disagree with the action taken, a writ-ten appeal can be filed and submitted to the University Compliance Office. The Compliance Office will review the information from the coordinator and may request any additional information from the complainant and alleged offender if needed. During the appeal process, the action taken by the university will stand until further notice is provided to the parties involved. The Compliance Office will take no more than 15 business days to approve or modify the decision of the Title IX Coordinator. Should the Compliance Office decide to rescind the decision, a letter of rescindment will be sent to the parties involved and filed in the student's record.

The decision of the Compliance Office is final. Should an involved party find the decision unsatisfactory, they have the right to legal counsel.

For more information or to report a sexual harassment, sexual misconduct or discrimination report to titleix@stratford.edu.

**Warning, Probation, or Dismissal**

Depending on the seriousness of the conduct violation, a student may be issued a written warning. This letter may be from a faculty member, designated department representative, the campus dean, or campus director. The student may be put on probation for a second or more serious violation. The length and academic consequences of this probation is determined by the University staff or faculty issuing it. This is documented in the student's File. Students are dismissed from the University after a third of very serious violation. The student may be dismissed after only one violation if the severity of the instance warrants dismissal. This type of disciplinary action is determined by a joint decision of the campus dean and director. The student may appeal these decisions following the procedures listed in this catalog. This is documented in the student's file.

The following may be considered as cause for warning, probation, or dismissal:



- Academic or non-academic dishonesty of any kind
- Failure to maintain Satisfactory Academic Progress
- Violation of University policies and procedures
- Failure to maintain financial obligations

**Conduct Appeals Process**

After reviewing all pertinent information, informing the student of charges, and meeting with the student, the campus director or a designated representative may impose disciplinary actions or dismiss the charges. A student that is dissatisfied with this decision may appeal the case to the Review Committee. The Review Committee is composed of at least three University members and selected for each appeal based on their availability and to avoid the perception of any conflict of interest that might jeopardize a fair hearing for the student. The student has the right to call witnesses. The Review Committee hears the appeal in a timely manner. The campus director presents the case against the student. The Review Board's decision is submitted in writing and its decision is final. If the student is not under probation or dismissed from the University, enrollment may continue.

**Inclement Weather Policy**

Due to adverse weather conditions, Stratford University may be required to close, have delayed opening, or early closing. The University recognizes the importance of students attending class, thus, every effort is made to hold on-campus classes during inclement weather as long as staff, faculty, and student safety is not compromised. If a campus is closed or delayed, the decision is made by 6:00AM and announced on the University website, local TV stations, through the RAVE alert system, and radio. Students, faculty, and staff should check multiple sources for delay and/or closing information. Online courses are not cancelled due to inclement weather.

The campus director and campus dean determine the need to close, delay opening, or close early due to inclement weather. Each campus makes its own decisions based on weather reports and surrounding conditions, the campus parking lots, commercial transportation schedules, sidewalks, and other commonly used walkways. If adverse weather begins during University hours, classes are dismissed based on the campus director and campus dean's coordinated announcement. During inclement weather, the University maintains full operations unless specifically announced by University officials.

Missed class meetings are made up before the grades for the term are submitted. Faculty members are required to make accommodations for fulfilling contact hour requirements for missed classes. Students are responsible to complete all make up hours.

Off-site clinical, capstone, or externship courses may follow different in- clement weather policies depending on location and/or the policies of the host facility or institution. Students are required to check with the faculty member or advisor about inclement weather policies for courses con- ducted off campus.

**Non-Discrimination Policy**

Stratford University does not discriminate on the basis of race, color,

91



religion, national origin, sex, age, or handicap. The University complies with the Civil Rights Act of 1964, related executive orders 11246 and 11375, Title IX of the Education Amendments Act of 1972, Section 503 of the Rehabilitation Act of 1973, Section 402 of the Vietnam Era Veteran's Readjustment Assistance Act of 1974, and all civil rights laws of Virginia.

Stratford University complies with Section 504 of the Rehabilitation Act of 1973 and the Americans with Disabilities Act (ADA) of 1990. No qualified individual with a disability are excluded from participation in; be denied the benefits of; or be subjected to discrimination in any activity, service, or program of the University solely by reason of disability. Each qualified individual with a disability who meets the academic and technical standards required to enroll in and participate in University programs are provided with equal access to educational programs in the most integrated setting appropriate to that person's needs through reasonable accommodation.

It is the student's responsibility to initiate the process for disability services. The process for obtaining a reasonable accommodation is interactive and begins with the student's disclosure of disability and a request for reason- able accommodations. The student is responsible for providing Student Support Services with documentation not more than three years old of disability from a licensed professional which sets forth the recommended accommodations. Documentation is required at the beginning of each academic year and instructors should be notified before the start of each course. Student requests for accommodations are considered on an individual basis.

**Student Records and Release of Information**

Stratford University maintains student records during and after a student's enrollment and abides by all components of the Family Educational Rights and Privacy Act (FERPA) (Public Law 93-380 which is Section 438 of the General Education Provision Act). A transcript is kept indicating student accomplishments in terms of credits. Transcripts are kept in digital format indefinitely. Students interested in receiving transcripts should refer to the Requesting Transcripts section of this catalog. Student records are kept for a minimum of five years.

All records are maintained in accordance with the Family Educational Rights and Privacy Act of 1974. The University withholds all student information from third parties unless the student requests, in writing, for the information to be released. The University has adopted policies and procedures which permits students the opportunity to view their educational records upon request. Educational records mean those records, files, documents, and other material containing information directly related to a student. Educational records do not include working papers concerning students, such as informal notes and other temporary notes of a similar nature in the sole possession of the faculty or staff and are not accessible or revealed to any other person.

The University does not permit access to or release of confidential information to any individual or agency without the written consent of the student, except for the following reasons:

- Records required by Stratford University officials in the proper performance of their duties
- Organizations conducting studies for educational and governmental agencies
- U.S. government agencies as listed in Public Law 93-380
- Accrediting agencies
- Parents of dependent children as defined in the Internal Revenue Code of 1954
- Appropriate persons in connection with an emergency listed as emergency contacts
- Other educational institutions upon request of transcripts for students seeking enrollment in that institution



- In connection with the award of federal student aid
- In response to legal court orders

Name; address; telephone number; date and place of birth; program undertaken; dates of attendance; and certificates, diplomas, and degrees awarded may be provided to third parties unless the request to omit such information is presented in writing.

By agreeing to enroll at Stratford University students agree to give the University permission to use the student's name, photographic likeness, or written/spoken words in any format, for any lawful purpose.

**Campus Safety**

Stratford University publishes an Annual Security Report which includes policies for staff and student safety. This can be found on the University website at www.stratford.edu/disclosures or is available in print on-cam- pus. These security regulations are designed to ensure the safety of all individuals at the University. Compliance with policies, as well as federal, state, and local laws, is required in order to fulfill the mission of the University. Although the University strives to ensure a safe environment, each person must take ultimate responsibility for personal safety and personal belongings. Stratford University campus security policies cover issues concerning crime prevention, the reporting of crimes, sexual assault, alcohol and drug use, and other related matters.

**Weapons, Drugs, and Alcohol Zero Tolerance and Prevention Policy**

The University maintains the use of illegal drugs and the abuse of alcohol and/or controlled substances inhibit students from obtaining their maxi- mum potential and employees from performing their duties to the best of their abilities. As a condition of enrollment, each student of Stratford University agrees to abide by the terms of the following statements.

**Weapons**

A weapon is defined as any object, instrument, device, or substance de- signed to inflict a wound, cause injury or incapacitate and any other normally innocuous device modified and employed to facilitate such wound- ing, injury, or incapacitation. Possession or brandishing of any weapon or any other object in a menacing or threatening manner on institutionally owned or controlled property is prohibited.

**Drugs**

For the protection and welfare of students and employees, Stratford University has established a zero-tolerance policy for the possession, use, sale, or distribution of illegal drugs on-campus or during off-campus University activities. The use, sale, or distribution of controlled substances is also prohibited on-campus or during off campus University activities.

**Alcohol**

Stratford University prohibits the possession, consumption, or sale of alcohol on-campus or during off campus University activities, unless explicit consent is given by the University and permitted by local and state law. The use of alcoholic beverages must be approved by campus leaders and/or University Administration. The legal age to consume alcohol in the U.S. is 21 years old. The University does not serve alcohol to individuals younger than 21 years old.



Students or employees who report to campus under the influence of alcohol, illegal drugs, or controlled substances are subject to University disciplinary actions up to and including dismissal from the University for students and termination for employees. Individuals who violate state or federal drug laws are referred by the University to the appropriate authorities for criminal prosecution. As a condition of enrollment, each student of Stratford University agrees to abide by the terms of the above statements and notify the campus director of any criminal drug status conviction for a violation occurring at the University no later than five days after conviction.

## Student Information

Students should update the self-service portal or alert the Office of the Registrar if any contact information changes including mailing address, phone number, email, and employer, if applicable. If the student has not informed the University of changes in contact information, the University is not liable for items sent to an incorrect address.

## Student ID Numbers and Cards

Each Stratford student is assigned a unique student ID number used throughout their career at the University. The Office of Admissions assists students in obtaining their student ID during the enrollment process.

## Email

All students are given a Stratford specific email address. The University prefers students use this email for all University correspondence. Student may have this email forwarded to a private email if they so choose and should contact the IT Service Desk with any questions or concerns.

## Technical Support

The University provides technical support to all students, faculty, and staff through the Stratford University Service Desk system. The Service Desk can be reached at servicedesk@stratford.edu. Students, faculty, or staff having problems with any technical problem should email the Service Desk, which is referred to as putting in a ticket. The Service Desk replies with notification of receipt and follows up with assistance.

** All active Stratford University students in good academic and financial standing are given free access to Office 365.

† All active Stratford University students in good academic and financial standing are given free access to Office 365. The free Office 365 apps integrate with the Office 365 account to provide a more convenient experience. Please note that while Pages, Numbers, and Keynote may be some- what compatible with Microsoft Office, they do not offer a comparable experience and may not facilitate seamless document interchange with peers and instructors.

†† Stratford University does not recommend the use of Android-based tablets as a classroom academic aid due to the potential adverse impact of "ill-behaved" applications on in-class experience (such as reduced battery life, system instability, etc.). Furthermore, upgrades to newer versions of the Android operating system may or may not be supported based on the manufacturer of the device. As such, any support provided by Stratford staff will be limited to "best effort."



††† Anyone taking an online course from Stratford University is required to have a working webcam for virtual sessions. Number of virtual sessions are determined by the instructor for each course. Webcams can be built into the computer or can be purchased as an add-on. Webcams are also built into iPad models supported by Stratford University.

**Glossary:**

STNA (Standard Term of Non-Attendance): An active enrollment status. FRRO (Foreigners Regional Registration Office): if stipulated courses not taken then irregularity to be reported to FRRO.

Academic year: An academic year is comprised of three, ten-week terms for a total of 30 weeks.

Calendar year: A calendar year is 12 months.

Prerequisite: A requirement that must be fulfilled before a student may take a course



**Stratford.edu**



AMERICAN
**Stratford**®
UNIVERSITY

*Changing Lives ... One Student at a Time.*

### STRATFORD UNIVERSITY LOCATIONS

**American Stratford University**
Gulan Street, Erbil - Iraq
+964 750 970 1616
+964 750 980 1616

**Alexandria Campus**
2900 Eisenhower Avenue
Alexandria, VA 22314
(571) 699-3200
(800) 444-0804 toll-free

**Glen Allen Campus**
11104 West Broad Street
Glen Allen, VA 23060
(804) 290-4231
(877) 373-5173 toll-free

**Woodbridge Campus**
14349 Gideon Drive
Woodbridge, VA 22192
(703) 897-1982
(888) 546-1250 toll-free

**Baltimore Campus**
210 South Central Avenue
Baltimore, MD 21202
(410) 752-4710
(800) 624-9926 toll-free

**Newport News Campus**
836 J. Clyde Morris Boulevard
Newport News, VA 23601
(757) 873-4235
(855) 873-4235 toll-free

**New Delhi Campus**
24A Lajpat Nagar IV
Main Ring Road
New Delhi 110024
+91-011-40574000

**Falls Church Campus**
7777 Leesburg Pike
Falls Church, VA 22043
(703) 821-8570
(800) 444-0804 toll-free

**Virginia Beach Campus**
555 S. Independence Blvd.
Virginia Beach, VA 23462
(757) 497-4466
(866) 528-8363 toll-free

**University Administration**
3201 Jermantown Rd., Suite 500
Fairfax, VA 22030
(703) 539-6890

