**Ex. 6**

---

**KURDISTAN REGION - IRAQ**
**COUNCIL OF MINISTERS**
**MINISTRY OF HIGHER EDUCATION AND SCIENTIFIC RESEARCH**
**MINISTER'S OFFICE**

---

No : 1146
Date : 06.08.2018

## MINISTERIAL ORDER
### (LICENSE)

Referring to our letter No. 923 on 14.07.2018 which is about opening American Stratford University's branch in Erbil; after obtaining necessary requirements for opening the mentioned branch, based on the authority granted to us, we have decided the following for the common interest.

Granting License for opening American Stratford University's branch in Erbil City.

Dr. Yusuf Goran
**Minister of Higher Education and Scientific Research**
//Signed and Sealed//





**A Copy To:**
- Minister's Office
- Minister's Advisor
- Directorate of Finance and Administration
- Administration of Research and Development
- Administration of Study, Planning and Follow-up
- Presidency of American Stratford University in Erbil
- private Education Directorate
- Output



ERBIL NOTARY PUBLIC
Notary
Abdullah Ahmed Mustafa

General No : 6677
Number : 29
Date : 6./9/2018

**Mr. Agid Khorshid Zaher**, who is legally Authorized Translator at the Ministry of Justice-Erbil/Iraqi Kurdistan Region, (License No. 3/2008), has presented himself before this office. Under legal oath, he testified that the English text herein above is the identical, exact and literal translation of the Kurdish text of the said Document. After he signed on the text before me, I ratified it in writing on 6./9/2018

The notary public is not responsible for the content