Re: Erbil/Kurdistan Course Development Completion - Inbox

Message

Delete | Archive | Reply | Reply to All | Forward | Meeting | Attachment | Move | Junk | Rules | Read/Unread | Categorise | Follow Up

Re: Erbil/Kurdistan Course Development Completion

**Richard Shurtz**
Friday, November 16, 2018 at 7:09 PM

Roblyn Lewter; Saqi Barzani; Hawzhin Fatih; David Brand; Feroze Khan; Michelle Metzler; Kevin Coughenour; Ammara Mahmood

Show Details

Roblyn,

It is great to have you and your instructors on our international team.

RS

Sent from my iPhone

On Nov 16, 2018, at 11:05 AM, Roblyn Lewter <rlewter@stratford.edu> wrote:

> Greetings Saqi,
>
> I am pleased to advise you that all five courses for your campus have been completely developed and imported into our learning management system, Moodle (FENG 111, FMAT 110, FCIS 110, ESL 062 and ESL 053).
>
> Once your instructors have been enrolled in the course, I along with my two course creators will remain in the LIVE sections and we can fix any issues within the course shell in real time. In addition, we would be honored to serve as instructor mentors and provide any additional assistance, resources or guidance to the instructors teaching the course.
>
> We definitely do not wish for this to be a situation where we simply designed the course and then we walk away. We absolutely consider you and the other faculty members to be our colleagues and partners in Kurdistan. We will work together to ensure that this is a successful teaching and learning experience for everyone!
>
> It has been an absolute pleasure working with you over the last few days. Your responsiveness, flexibility and patience have been absolutely invaluable. I wish you and the students a successful term. I believe the only think left at this point is to have your instructors registered in Power Campus and then populated into their respective courses - which I believe Ammara will assist with promptly.
>
> Dr. Roblyn P. Lewter, PhD, MBA
> Interim Campus President, Glen Allen Campus
> University Director, Arts and Science Dept.
> Stratford University
> 11104 W. Broad Street
> Glen Allen, VA 23060
> (804) 290-4231 Ext. 6460

**Ex. 7B**