RE: Kurdistan Term 1 Courses: Course Descriptions, Outcomes and Weekly Topics - Inbox

Message

Delete | Archive | Reply | Reply to All | Forward | Meeting | Attachment | Move | Junk | Rules | Read/Unread | Categorise | Follow Up

RE: Kurdistan Term 1 Courses: Course Descriptions, Outcomes and Weekly Topics

**Michelle Metzler**
Thursday, November 15, 2018 at 11:35 PM

Roblyn Lewter; Saqi Barzani; Ammara Mahmood; Hawzhin Fatih; Feroze Khan; Kevin Coughenour; David Brand; Natasha Walker

Show Details

**From:** Michelle Metzler
**Sent:** Thursday, November 15, 2018 3:31:28 PM
**To:** Roblyn Lewter; Saqi Barzani; Ammara Mahmood; Hawzhin Fatih
**Cc:** Feroze Khan; Kevin Coughenour; David Brand; Natasha Walker
**Subject:** RE: Kurdistan Term 1 Courses: Course Descriptions, Outcomes and Weekly Topics

**Ex. 7C**

I know have the following 3 courses in Moodle:

2018_05TERM_C-FMAT110_01KD_Fundamentals of Mathematics

[Click to enter this course]

2018_05TERM_C-FENG111_01KD_English Comprehension & Composition

[Click to enter this course]

2018_05TERM_C-FCIS110_01KD_Fundamentals of Computing

[Click to enter this course]

I need 2 things:
1. Name of Course I importing
2. Name of Course the content is being imported in

Need this info for all 3 courses.

Michelle