RE: Summer Make up classes - Inbox

Message

Delete | Archive | Reply | Reply to All | Forward | Meeting | Attachment | Move | Junk | Rules | Read/Unread | Categorise | Follow Up

## RE: Summer Make up classes

**Michelle Metzler**
Friday, June 14, 2019 at 12:27 AM
Saqi Barzani;  Pamela Wessells
Show Details

Ex. 7G

Recap:

All courses below are created in Moodle
All courses below have content
All courses below have the instructor enrolled
All course below have you, Saqi, enrolled

Michelle

**From:** Saqi Barzani
**Sent:** Thursday, June 13, 2019 3:52 PM
**To:** Michelle Metzler <mmetzler@stratford.edu>; Pamela Wessells <pwessells@stratford.edu>
**Subject:** Re: Summer Make up classes

Dear Michelle,

I got this email from our registrar. Can you please verify they exist in Moodle?

Thanks

Here I have created the classes for summer school and added the students into these classes, Please find below.

1) Fundamentals of Information Systems - Catalog ID (FCIS103) - Section (1SKU)
2) Fundamentals of Computing - Catalog ID ( FCIS110 ) Section (1SKU)
3) Presentations ( FESL053 - 1SKU)
4) Principles of Ethics ( FHUM110 - 1SKU)
5) English Comprehension and Compositions ( FENG 111 -1SKU)
6) Oral Communications (FENG211 - 1SKU)
7) Advanced Composition and Research (FENG230 - 1SKU)
8) Advanced Reading and Writing ( FESL062 - 1DKU )
9) Fundamentals of Mathematics ( FMAT110 - 01KU )
10) Statistics (FMAT211 - 01KU )