

# ERBIL MOU v1.3 (2)



**Feroze Khan**
Thursday, October 31, 2019 at 5:32 PM

Saqi Barzani; Feroze Khan; Neha Kuhar

Show Details

ERBIL MOU v1.3 (2)....
37.9 KB

Ex. 12A

Download All    Preview All

You replied to this message on 10/31/19, 6:33 PM.

Dr. Barzani,

Please sign the attached MOU and email us a copy.

Thank you
FK