

# RE: ERBIL MOU v1.3 (2)

 **Feroze Khan**
Thursday, October 31, 2019 at 6:48 PM
Saqi Barzani; Neha Kuhar

Show Details

Thanks Saqi.

Feroze Khan
Vice President, International Development
Stratford University, Virginia USA

Ex. 12B

**From:** Saqi Barzani
**Sent:** October 31, 2019 11:34 AM
**To:** Feroze Khan <fkhan@stratford.edu>
**Cc:** Neha Kuhar <nkuhar@stratford.edu>
**Subject:** Re: ERBIL MOU v1.3 (2)

Please find attached the signed copies.

Thanks

Saqi

**From:** Feroze Khan
**Sent:** Thursday, October 31, 2019 10:26 AM
**To:** Saqi Barzani
**Cc:** Neha Kuhar; Feroze Khan
**Subject:** Preliminary Agreement v1 3

Dr. Barzani,

Please sign the attached agreement and email us a copy.

Thank you
FK