# Notification from ACICS

**Richard Shurtz**
Friday, December 20, 2019 at 7:14 PM
Saqi Barzani;   Feroze Khan

Show Details

📎 00019411_Stratford-...
2.2 MB

⬇ Download All     👁 Preview All

Ex. 16

Saqi,

ACICS has issued a Show Cause to close all of Stratford University because of an unauthorized campus in Erbil. We must take immediate action to avert this closure. We will discuss options on Sunday.

Please see the attached letter. Your new Facebook page was very damning. It is hard to recover from this evidence. We warned you to remove everything from the web.

RS

Sent from Mail for Windows 10