From: **Saqi Barzani** <saqibarzani@gmail.com>
Date: Sat, Jan 4, 2020 at 12:56 AM
Subject: Re: Proposed Email to US and India Students. It will also be posted to the web.
To: Feroze Khan <fkhan@stratford.edu>, Richard Shurtz <rshurtz@stratford.edu>

**Ex. 18**

Mr. Feroze,

I just shared your proposed text with our partners and legal advisors, and we are in total disagreement of what you have decided to post for the Stratford US and Indian Students, as it clearly includes untrue statements and misrepresentation of the real situation. It also shows that you have no regards to our previous discussions and proposals to resolve this issue amicably.

T**he following are our comments and objections on the Stratford proposed text:**

**1.** You are stating that: "*The directive was issued in response to the operation and delivery of Stratford Language Institute programs at a new site in Erbil, Kurdistan. Unfortunately, this arrangement was unclear to our accreditor; therefore, we are working diligently to meet the requirements of the show-because directive issued by ACICS".* **It is confirmed beyond any doubt that you entered into an official agreement to establish a <u>full and accredited branch campus,</u> trying to escape this responsibility through insisting that it was a language institute is extremely weak and unfounded defense. You have been fully involved in the academic delivery of full Stratford programs and courses that represent a branch campus, THIS CAN NEVER BE DENIED! As it is easily proven through a large number of official documents, support material and an endless number of reputable witnesses. it will never help your cause to continue to falsify and misrepresent facts. and it will work against you to publicly announce false information.**

**2.** You are entirely blaming the Stratford University non-compliance on the disputed Erbil issue, and disregarding that you have severe adverse actions against other campuses in the US which are related to Academic Achievement amongst other causes, same causes that led to the closure of your other 3 campuses, and this will be considered as another major public misrepresentation and falsification of facts. **PLEASE VISIT THE DEPARTMENT OF EDUCATION WEBSITE AND SEARCH UNDER STRATFORD UNIVERSITY, all of the facts are already posted on the Department website, and officially well known to the**

**State Council of Higher Education for Virginia, and several other official Higher Education Entities.**

**As discussed, and requested in our last teleconference with Dr. Mohammed:**

**A.   Neither Stratford nor ACICS has the legal authority or the contractual control to mention the "The American Stratford University in Erbil" on any public platform, official or unofficial documents, and it is your full responsibility and ethical duty to notify ACICS of the true facts without any falsification, otherwise, we will definitely and  immediately notify them, the Department of Education and all of the other official offices that we have previously mentioned, we will also provide the compelling evidence we have to support our claims, along with launching a public platform where everything related to this topic is posted (This is also a legal right).** We believe that Stratford can resolve this issue amicably and tell ACICS the truth, otherwise, you will soon realize that your approach of continuing to falsify facts will be led to weakening your position more and will bring you much closer to losing your accreditation by revocation.

**B.**   For the last time, we demand that the name of our campus, its mother company, any related our entities, and the campus president not to be mentioned or referenced on any website or documents, **and in case of posting anything related to your show-cause and lack of compliance of the ACICS accreditation criteria, anything related to us should be redacted.**

<span style="color:red">**We remain committed to reach an amicable solution for this unfortunate situation that you created for yourself and us, but time is running, and we will regretfully have to take several legal and ethical actions within the next couple of days to protect our name, reputation and business interests.**</span>

<span style="color:red">**Stratford should follow the professional and protective approach of the Department of Education, where their post didn't include any reference to names or locations, the department knows better not to legally mention details they haven't legally and officially verified.**</span>

*"POSTED ON THE DEPARTMENT OF EDUCATION WEBISTE: Failed to obtain approval to operate, advertise, and recruit at a non-main location Engaged in recruitment and admissions activities at a location not approved by ACICS Misrepresent to ACICS its advertising, in another language, of non-main activity"*

**Looking forward to your compliance to with our simple requests to avoid any irreversible complications.**

**Dr. Saqi Barzani,**

**IAC Chairman**

From: **Saqi Barzani** <saqibarzani@gmail.com>
Date: Mon, Jan 6, 2020 at 9:05 AM
Subject: https://www.stratford.edu/disclosures#pid_section
To: Richard Shurtz <rshurtz@stratford.edu>, Feroze Khan <fkhan@stratford.edu>

Please note that this against our mutual agreement. We urge you to remove **Erbil - Kurdistan** from your text immediately before these issues are escalated. Also, we urge you again **NOT to contact** any one of our students at the Erbil campus. We hope to be able to fix these issues amicably without going thorough a legal battle.

The directive was issued in response to the operation and delivery of **Stratford Language Institute programs at a new site in Erbil, Kurdistan.** This show-cause directive was not issued in relation to any academic or administrative operations at our US based campuses, and no student's ability to receive their Stratford University degree will be affected because of this show-cause directive.

Our current grant of accreditation has been extended until May 31, 2020. Over the next few months, Stratford University is committed to ensuring that all reaccreditation criteria are met, and that any area of noncompliance related to the site in **Erbil, Kurdistan** are satisfied.

--
Dr. Saqi Barzani