

Accrediting Council for
Independent Colleges & Schools

February 26, 2020    ID Code: 00019411(MC)

**VIA EMAIL**    *acicsfallschurch@stratford.edu*

Dr. Richard Schurtz
President
Stratford University
7777 Leesburg Pike, Suite 100-S
Falls Church, VA 22043

**Subject: Additional Stipulates on Current Institutional Accreditation Status**

Dear Dr. Schurtz:

At its February 2020 meeting, the Council considered new information shared by a whistle-blower which is material to the institution's current show-cause directive and renewal of accreditation application review. The Council notes that the institution will be appearing in person at its April 2020 meeting to respond to the Council's letter dated December 19, 2019. The information includes a YouTube video of yourself clearly stating in English that the Erbil campus is fully accredited and offering programs that are being offered in the U.S. Additionally, copies of internal emails were provided that further support the existence of a Stratford University campus in Erbil that was not approved by ACICS.

In light of this new information, along with a separate report from a former employee of Stratford American University in Erbil, Iraq, and recognizing that the institution currently serves more than 2000 students across all its approved campuses, the Council has an ongoing concern with the institution's administrative capability. Therefore, the institution is directed to do the following:

1.  Immediately cease new enrollment, including those students who registered but have not yet started, at all campuses. **Within 24 hours of electronic receipt** of this communication, the institution must notify its administrative staff, including all those involved in recruiting and admission activities, as well as prospective students, of the Council's directive. The notice to prospective students must be prominently posted on the homepage of the institution's website. Communication to staff must be via email, with a copy sent to info@acics.org at the time of transmission.

2.  An audit of those students who registered, but have not yet started, must be submitted to ACICS and include the date of registration, the scheduled start date of classes, program of study, and any credit balances.

3.  Submit executed teach-out agreements that provide a reasonable option for current students to complete their programs. These agreements must be signed by both parties. These agreements will be reviewed by ACICS for its required approval. The institution is advised that the agreements are in addition to the institutional teach-out plan that must be provided as part of the show-cause directive.

The information and materials relating to items #2 and #3 above must be submitted via the institution's Show-Cause Directive Application available on the ACICS Member Center no later than **March 10, 2020**. The institution is advised that failure to comply with the Council's directive may result in an adverse action.

Please contact Ms. Perliter Walters-Gilliam at pwgilliam@acics.org if you have any questions about this request.

Sincerely,

Michelle Edwards
President and CEO

c:  Dr. Dutchie Reid, Woodbridge branch campus (acicswoodbridge@stratford.edu)
    Dr. Norman Flowers, Baltimore branch campus (acicsbaltimore@stratford.edu)
    Mr. Amit Prasad, New Delhi branch campus (acicsnewdelhi@stratford.edu)
    Dr. Angela Esedebe, Alexandria branch campus (acicsalexandria@stratford.edu)
    Ms. Cathy Sheffield, Accreditation and State Liaison, U.S. Department of Education
    Ms. Sylvia Rosa-Casanova, State Council of Higher Education for Virginia
        (sylviarosacasanova@schev.edu)
    Ms. Trish Gordon-McCown, Maryland Higher Education Commission
        (trish.mccown@maryland.gov)
    Ms. India Tips, Accrediting Bureau of Health Education Schools (itips@abhes.org)
    Ms. Lori Weber, American Culinary Federation Education Foundation
        (lweber@acfchefs.net)
    Ms. Jennifer Butlin, Commission on Collegiate Nursing Education
        (jbutlin@ccneaccreditation.org)
    Ms. Katherine Westerlund and Mr. James Hicks, U.S. Immigration and Customs
        Enforcement, Student Exchange and Visitor Program
        (katherine.h.westerlund@ice.dhs.gov) (james.d.hicks@ice.dhs.gov)