

# Stratford University

INVOICE

Invoice Date 12/05/2019

Invoice # 00112019

**Stratford University**

7777 Leesburg Pike,

Falls Church, Virginia -22043

Phone:(703)821-8570

Bill To:

**International Academic City**

Gulan Street, Erbil- Iraq

| DESCRIPTION | PERIOD | AMOUNT |
|---|---|---|
| Royalty Payment on Gross Income | May 24,2019 to 31 December 2019 | $22,254.05 |

Make all checks payable to Stratford University. For wire Transfer, please use the details below:

**Stratford University International Wire Transfer Details:**

Intermediary Bank: Wells Fargo Bank Intl

Bank Location: San Francisco

Bank SWIFT: WFBIUS6S

Beneficiary Bank: Eagle Bank

Beneficiary SWIFT: //FW 055003298

Beneficiary Routing: 055003298

Beneficiary Customer: Stratford University

Beneficiary Account Number: 200182731

Further Credit/Reference Information: P000170620, Dr. Richard Shurtz II, ASU-SU

For further questions regards to the invoice, please contact:

**Feroze Khan**

V.P. International Development

Stratford University

7777 Leesburg Pike, Falls Church

Virginia 22043 USA

Email : fkhan@stratford.edu

Phone: 540-429-0194

*Payment due upon receipt*