

# Stratford
University

October 17, 2018

Dr. Yusuf Goran
The KRG Minister of Higher Education
& Scientific Research

Dear Dr. Goran:

The purpose of this letter is to inform you that we have appointed Assistant Professor Dr. Saqi Barzani as the president of the American Stratford University – Erbil. We have selected Dr. Barzani among other candidates because he has extensive experience in academics and management from the USA. He has over 15 years of academic experience and is fully aware of the educational system in the USA and also in KRG. He meets all the requirements of the Stratford University and your ministry. He has secured the Assistant Professor title from the Stratford University in the USA.

I appreciate your approval in this matter and look forward for your continuous support.

Sincerely,

Dr. Richard R. Shurtz II, PhD
Chairman of the Board
American Stratford University
Erbil

**Ex. 6A**